**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :       Chapter 11
                                                        :
                                                        :
LVI INTERMEDIATE HOLDINGS, INC., et                     :       Case No. 20-11413 (KBO)
al.,                                                    :
                                                        :
                                                        :       (Jointly Administered)
                   Debtors.¹                            :
                                                        x
------------------------------------------------------
```

**GLOBAL NOTES PERTAINING TO SCHEDULES
AND STATEMENTS OF FINANCIAL AFFAIRS**

On May 29, 2020 (the "<u>Petition Date</u>"), LVI Intermediate Holdings, Inc. ("<u>LVI</u>") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), which cases are being jointly administered under Case No. 20-11413 (KBO).  With the assistance of their professionals, the Debtors' management prepared the Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>SOFAs</u>" and, together with the Schedules, the "<u>Schedules and SOFAs</u>") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, and they are not intended to be fully reconciled to the financial statements.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery of inadvertent errors or omissions may result in material changes to the Schedules and SOFAs.  The information provided herein, except as otherwise noted, is as of the Petition Date.  Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); LVI Missouri, LLC (7088); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Whitten Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); and TLC The Laser Center (Institute), LLC (0959).  The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

the Schedules and SOFA.  Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtors.  The Debtors reserve their right to amend the Schedules and SOFAs from time to time as may be necessary or appropriate.  These global notes regarding the Schedules and SOFAs (the "Global Notes") comprise an integral part of the Schedules and SOFAs filed by the Debtors and should be referenced in connection with any review of the Schedules and SOFAs.  Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of the chapter 11 cases.

The Schedules and SOFAs have been signed by Lisa Melamed, the Chief Executive Officer and President of LVI and an authorized signatory of each Debtor.  In reviewing and signing the Schedules and SOFAs, Ms. Melamed has necessarily relied upon the efforts, statements and representations of certain accounting personnel and advisors.  Ms. Melamed has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

1.      Asset Presentation.  Each asset and liability of the Debtors is reflected on the Schedules and SOFA as of the Petition Date.  Such assets and liabilities are presented on the basis of their net book value in the Debtors' unaudited accounting books and records, not on the basis of current market values.  Although the Debtors do not expect that their assets or liabilities as of the Petition Date will vary materially from those listed in the Schedules and SOFAs, the Debtors reserve their right to amend or adjust the value of any asset or liability set forth herein.

2.      Liabilities.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change, and the Debtors reserve the right to change the allocation of liability to the extent such additional information becomes available.

The liabilities listed on the Schedules do not reflect any analysis of claims under Section 503(b)(9) of the Bankruptcy Code.  Accordingly, the entire amount of a prepetition liability for goods delivered in the twenty (20) days prior to the Petition Date is commingled with a creditor's other open liabilities reflected in the Debtors' accounts payable system.  A bar date for the filing of claims under Section 503(b)(9) has been separately established by the Bankruptcy Court, and creditors asserting claims under Section 503(b)(9) should refer to those bar date procedures and should not rely on the Schedules to assert an administrative expense claim under Section 503(b)(9) for any amount scheduled as due and owing as of the Petition Date.

To the extent the Debtors paid any pre-petition claims pursuant to any orders entered by the Bankruptcy Court in these Chapter 11 Cases, those amounts are not scheduled.

3.      Estimates.  As of the Petition Date, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of their assets, liabilities, revenue and expenses.

4.      Causes of Action.  The Debtors reserve any and all of their rights with respect to any causes of action they may have, whether or not listed in the Schedules and SOFAs, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.      Claims Description.  Any failure to designate a claim on the Schedules and/or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent" or "unliquidated."  The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules and SOFAs as to amount, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.

6.      Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

7.      Intercompany Transactions.   In the ordinary course of business, the Debtors engage in various transactions that relate to multiple Debtor entities which include but are not limited to: (a) transactions to a provider for goods/services which relate to operations among multiple Debtors; and (b) wages to certain employees whose scope of work expands among multiple Debtors.  These transactions have resulted in intercompany and intracompany (*see* Cash Management Motion [Docket No. 8]) claims which historically have not been accounted for on a Debtor by Debtor basis but instead have been accounted for by business segment due to limitations of the Debtors' accounting system.   As such, the intercompany receivables and payables are not reflected in the Schedules and SOFAs.

8.      Property and Equipment.  Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues.

9.      Insiders.  For purposes of the SOFAs, the Debtors have listed payments made to certain individuals and entities within one (1) year of the Petition Date.  By doing so, the Debtors do not take a position on whether any person or entity is or was an insider during a portion or all of the one-year period prior to the Petition Date.

10.     Specific Notes.  These Global Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs.  Disclosure of information in one Schedule, the SOFAs, an exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, the SOFA or any exhibits or continuation sheets.

11.     Totals.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.  To the extent there are unknown or undetermined amounts included in the Schedules and SOFAs, the actual totals may be different than the listed totals.

12.    <u>Unliquidated Claim Amounts</u>.  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "undetermined" or "unknown."  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

13.    <u>Claimants</u>.  The identity of some of the holders of claims may have changed over time due to trading and/or transfer of certain of these claims.  It is the Debtors' belief that the claims against the Debtors were as of the Petition Date held by the entities identified in the Schedules (or affiliates of such entities or beneficial holders for which such entities are nominees or asset managers), in the principal amounts set forth herein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).

14.    <u>Employee Addresses</u>.  Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and SOFAs, where applicable, pursuant to the Court's Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix in Lieu of Submitting a Separate Creditor Matrix for Each Debtor (B) File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors and (C) Redact Certain Personal Identification Information From the Matrix, and (II) Granting Related Relief [Docket. No. 43].

15.    <u>Patient Addresses</u>.  Current and former patient addresses have been removed from entries listed throughout the Schedules and SOFAs where applicable in order to comply with HIPAA or similar privacy law requirements, and pursuant to the Court's Order Authorizing Certain Procedures to Protect the Confidentiality of Patient Information as Required by Applicable Privacy Rules [Docket. No. 143].

16.    <u>General Reservation of Rights</u>.  The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFA as and to the extent necessary as they deem appropriate.

**<u>Specific Disclosures With Respect to the Debtors' Schedules</u>**

17.    <u>Schedule A/B: Part 3</u>:  As explained in the Debtors' Cash Management Motion [Docket No. 8] (the "<u>Cash Management Motion</u>") the Debtors' cash management structure includes approximately 158 bank accounts, including non-debtor accounts.  Only those accounts that belong to Debtors are included in the schedules.

18.    <u>Schedule A/B: Part 4.15</u>:  The Debtors have wholly and partially owned interests in various entities.  The Debtors note where ownership is directly held and not indirectly held.

19.    <u>Schedule A/B: Part 9.55</u>:  The Debtors historically maintain and record leasehold improvements on an individual debtor basis.  Due to limitations in the accounting system, the Debtors are unable to determine which specific properties are associated with each of the leasehold improvements and as such have not listed specific property information in the schedule.

20.    Schedule A/B: Part 10.62:    In the ordinary course the Debtors have various licensing arrangements which include: (a) software licensing, (b) IT licensing, (c) licensing with doctor affiliates, and (d) licensing with other third party practices.    The Debtors did not include these in Schedule 10.62 but has included these licensing arrangements, to the best of their abilities, in Schedule G to the extent they exist for each Debtor.

21.    Schedule A/B: Part 10.64:    While the Debtors have made reasonable efforts to respond comprehensively to Question 10.64, certain de minimis intangible assets may be omitted.

22.    Schedule A/B: Part 11.72:    As a result of a March 2019 change in control, the Debtors performed an analysis pursuant to Section 382 of the Internal Revenue Code and determined there is approximately $34,939,387 of allowable net operating losses.    As this analysis was done on a consolidated basis, the Debtors are not able to identify corresponding amounts for each Debtor.    In addition, as of this date the Debtors' analysis of existing net operating losses for fiscal year ending 2019 is not complete and as such have not listed any amounts in the schedule.

23.    Schedule A/B: Part 11.72:    The Debtors have no known outstanding tax refunds for fiscal year ending 2018.    As the tax returns have not yet been completed, any 2019 tax refunds have not been determined and as such have not listed any amounts in the schedule.

24.    Schedule E/F: Creditors Who Have Unsecured Claims.    The listing of any claim on Schedule E/F as a priority claim does not constitute an admission by the Debtors that such claim is entitled to priority under Section 507(a) of the Bankruptcy Code.    The Debtors reserve the right to dispute the priority status of any claim on any basis.

Although the Debtors have made a reasonable attempt to set forth their unsecured obligations in Schedule E/F, the actual amount of claims against the Debtors may vary from the represented liabilities.    Parties in interest should not accept that any listed liability necessarily reflects the correct amount of any unsecured creditor's allowed claim or the correct amount of all unsecured claims.    Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFA.

The claims listed on Schedule E/F arose or were incurred on various dates and, in certain instances, the date on which a claim arose may be unknown or subject to dispute.    Because fixing that date for each claim in Schedule E/F would be unduly burdensome and cost prohibitive, the Debtors have not listed a date for the claims listed on Schedule E/F.

Schedule E/F does not include employee withholding obligations of the Debtors, which the Debtors remit directly to the applicable authority.    In addition, Schedule F does not include certain deferred charges, deferred liabilities or accruals.

Schedule E/F does not include potential rejection damages claims of counterparties to executory contracts or unexpired leases that may be rejected by the Debtors.

5

25.     Schedule G: Executory Contracts and Unexpired Leases.  Although the Debtors have made every effort to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination agreements, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality or nondisclosure agreements.  Such documents may not be set forth in Schedule G.

The Debtors may be party to certain agreements that have expired by their terms.  Out of an abundance of caution, the Debtors may have listed certain such agreements on Schedule G.  The Debtors' inclusion of such contracts or agreements on Schedule G is not an admission that any such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission of those contracts from Schedule G.

**Specific Disclosures With Respect to the Debtors' SOFAs**

26.     Question 1.  The Debtors' responses to Question 1 reflect net revenue for the relevant period.

27.     Question 3.  The Debtors' responses reflect disbursement data from the respective Debtors' banking activity and excludes employee wage payments and withholdings such as tax withholdings and benefits withholdings remitted by the Debtors to the applicable authorities.

28.     Question 4.  The Debtors' responses reflect disbursement data collected from each Debtor's Great Plains accounting system.  The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.  For more information regarding the Debtors' officers and directors, see Question 28 and Question 29.

29.     Question 26.  The Debtor has provided financial statements in the ordinary course of its businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  In addition, the Debtor has provided financial reports to the Debtor's professionals.  Considering the number of such recipients and the possibility that

such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor has not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.  To assemble the extensive list of recipients would be unduly burdensome.

30.     Question 27.     The Debtors inventory critical pharmaceuticals and stock to established par levels.  Routine medical and office supplies are replenished on an as-needed basis.

**Fill in this information to identify the case:**

**Debtor name:** The LASIK Vision Institute, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-11416

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ..........................................................

   | UNDETERMINED |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ......................................................

   | $31,906,223.13 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B .........................................................

   | $31,906,223.13 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $186,111,497.00 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .......................................................

   | $0.00 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $21,080,201.70 |
   | --- |

4. **Total liabilities**
   Lines 2 + 3a + 3b ...............................................................................................................

   | $207,191,698.70 |
   | --- |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The LASIK Vision Institute, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-11416 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

**1.**  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2.**  **Cash on hand** | |
| 2.1.   CASH ON HAND AT LVI 002 | $100.00 |
| 2.2.   CASH ON HAND AT LVI 003 | $100.00 |
| 2.3.   CASH ON HAND AT LVI 004 | $100.00 |
| 2.4.   CASH ON HAND AT LVI 006 | $100.00 |
| 2.5.   CASH ON HAND AT LVI 007 | $131.00 |
| 2.6.   CASH ON HAND AT LVI 008 | $150.00 |
| 2.7.   CASH ON HAND AT LVI 009 | $405.88 |
| 2.8.   CASH ON HAND AT LVI 011 | $157.00 |
| 2.9.   CASH ON HAND AT LVI 013 | $5.00 |
| 2.10.  CASH ON HAND AT LVI 015 | $100.00 |
| 2.11.  CASH ON HAND AT LVI 016 | $100.00 |
| 2.12.  CASH ON HAND AT LVI 019 | $100.00 |
| 2.13.  CASH ON HAND AT LVI 020 | $125.05 |
| 2.14.  CASH ON HAND AT LVI 021 | $100.00 |
| 2.15.  CASH ON HAND AT LVI 024 | $25.00 |
| 2.16.  CASH ON HAND AT LVI 026 | $100.00 |
| 2.17.  CASH ON HAND AT LVI 035 | $87.00 |

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.18. | CASH ON HAND AT LVI 036 | $176.00 |
| 2.19. | CASH ON HAND AT LVI 037 | $100.00 |
| 2.20. | CASH ON HAND AT LVI 038 | $200.00 |
| 2.21. | CASH ON HAND AT LVI 040 | $100.00 |
| 2.22. | CASH ON HAND AT LVI 044 | $93.00 |
| 2.23. | CASH ON HAND AT LVI 045 | $176.80 |
| 2.24. | CASH ON HAND AT LVI 046 | $100.00 |
| 2.25. | CASH ON HAND AT LVI 047 | $184.00 |
| 2.26. | CASH ON HAND AT LVI 050 | $100.00 |
| 2.27. | CASH ON HAND AT LVI 051 | $150.00 |
| 2.28. | CASH ON HAND AT LVI 053 | $100.00 |
| 2.29. | CASH ON HAND AT LVI 054 | $100.00 |
| 2.30. | CASH ON HAND AT LVI 055 | $200.00 |
| 2.31. | CASH ON HAND AT LVI 056 | $100.00 |
| 2.32. | CASH ON HAND AT LVI 057 | $116.00 |
| 2.33. | CASH ON HAND AT LVI 058 | $126.00 |
| 2.34. | CASH ON HAND AT LVI 059 | $103.00 |
| 2.35. | CASH ON HAND AT LVI 060 | $100.00 |
| 2.36. | CASH ON HAND AT LVI 061 | $100.00 |
| 2.37. | CASH ON HAND AT LVI 062 | $100.00 |
| 2.38. | CASH ON HAND AT LVI 063 | $200.80 |
| 2.39. | CASH ON HAND AT LVI 064 | $200.00 |
| 2.40. | CASH ON HAND AT LVI 065 | $100.00 |
| 2.41. | CASH ON HAND AT LVI 066 | $100.00 |
| 2.42. | CASH ON HAND AT LVI 067 | $95.56 |
| 2.43. | CASH ON HAND AT LVI 068 | $99.00 |
| 2.44. | CASH ON HAND AT LVI 069 | $100.00 |
| 2.45. | CASH ON HAND AT LVI 070 | $100.00 |
| 2.46. | CASH ON HAND AT LVI 071 | $99.00 |
| 2.47. | CASH ON HAND AT LVI 072 | $200.00 |
| 2.48. | CASH ON HAND AT LVI 073 | $100.00 |
| 2.49. | CASH ON HAND AT LVI 074 | $100.00 |
| 2.50. | CASH ON HAND AT LVI 078 | $101.00 |
| 2.51. | CASH ON HAND AT LVI 079 | $99.00 |
| 2.52. | CASH ON HAND AT LVI 080 | $100.00 |
| 2.53. | CASH ON HAND AT LVI 081 | $100.00 |
| 2.54. | CASH ON HAND AT LVI 082 | $100.00 |
| 2.55. | CASH ON HAND AT LVI 083 | $100.00 |
| 2.56. | CASH ON HAND AT LVI 084 | $67.97 |

Debtor    **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.57. | CASH ON HAND AT LVI 085 | $100.00 |
| 2.58. | CASH ON HAND AT LVI 086 | $129.34 |
| 2.59. | CASH ON HAND AT LVI 087 | $200.00 |
| 2.60. | CASH ON HAND AT LVI 088 | $100.00 |
| 2.61. | CASH ON HAND AT LVI 089 | $100.00 |
| 2.62. | CASH ON HAND AT LVI 090 | $100.00 |
| 2.63. | CASH ON HAND AT LVI 091 | $100.00 |
| 2.64. | CASH ON HAND AT LVI 093 | $100.00 |
| 2.65. | CASH ON HAND AT LVI 094 | $100.00 |
| 2.66. | CASH ON HAND AT LVI 095 | $100.00 |
| 2.67. | CASH ON HAND AT LVI 096 | $6.00 |
| 2.68. | CASH ON HAND AT LVI 097 | $90.00 |
| 2.69. | CASH ON HAND AT LVI 098 | $100.00 |
| 2.70. | CASH ON HAND AT LVI 099 | $100.00 |
| 2.71. | CASH ON HAND AT LVI 100 | $200.00 |
| 2.72. | CASH ON HAND AT LVI 101 | $100.00 |
| 2.73. | CASH ON HAND AT LVI 102 | $100.00 |
| 2.74. | CASH ON HAND AT LVI 104 | $100.00 |
| 2.75. | CASH ON HAND AT LVI 105 | $94.80 |
| 2.76. | CASH ON HAND AT LVI 106 | $100.00 |
| 2.77. | CASH ON HAND AT LVI 109 | $100.00 |
| 2.78. | CASH ON HAND AT LVI 110 | $3.40 |
| 2.79. | CASH ON HAND AT LVI 113 | $100.00 |
| 2.80. | CASH ON HAND AT LVI 114 | $79.69 |
| 2.81. | CASH ON HAND AT LVI 115 | $120.00 |

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA<br>LVI OPERATING<br>22 LAKEVIEW AVENUE<br>SUITE 600<br>WEST PALM BEACH FL 33401 | CHECKING | *4430 | ($2,343.65) |
| 3.2. | BANK OF AMERICA<br>LASIK VISION INSTITUTE LLC<br>22 LAKEVIEW AVENUE<br>SUITE 600<br>WEST PALM BEACH FL 33401 | CHECKING | *8435 | $0.00 |
| 3.3. | BANK OF AMERICA<br>LASIK VISION INSTITUTE LLC<br>22 LAKEVIEW AVENUE<br>SUITE 600<br>WEST PALM BEACH FL 33401 | CHECKING | *8477 | $0.00 |

Debtor   **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.4. | BANK OF AMERICA<br>LVI MISSOURI LLC LOC NO. 2024<br>22 LAKEVIEW AVENUE<br>SUITE 600<br>WEST PALM BEACH FL 33401 | CHECKING | *6818 | $4,799.72 |
| 3.5. | BANK OF AMERICA<br>THE LASIK VISION INSTITUTE LLC 2080<br>22 LAKEVIEW AVENUE<br>SUITE 600<br>WEST PALM BEACH FL 33401 | CHECKING | *7426 | $0.00 |
| 3.6. | BB&T<br>THE LASIK VISION INSTITUTE LLC<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *6042 | $52,706.98 |
| 3.7. | BB&T<br>THE LASIK VISION INSTITUTE LLC<br>MEDICAL PLAZA ONE LC13<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *5402 | $0.00 |
| 3.8. | BB&T<br>THE LASIK VISION INSTITUTE LLC LC62<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *5410 | $0.00 |
| 3.9. | BB&T<br>THE LASIK VISION INSTITUTE LLC 2063<br>ACCOUNT<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *5488 | $0.00 |
| 3.10. | BB&T<br>THE LASIK VISION INSTITUTE LLC LC59<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *5593 | $0.00 |
| 3.11. | BB&T<br>THE LASIK VISION INSTITUTE LLC LC57<br>110 EAST BROWARD BLVD<br>SUITE 2050<br>FT. LAUDERDALE FL 33301 | CHECKING | *6050 | $0.00 |
| 3.12. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI<br>BOULDER<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *7986 | $0.00 |
| 3.13. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI<br>NORWALK<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *8133 | $0.00 |
| 3.14. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *6706 | $0.00 |

Debtor    **The LASIK Vision Institute, LLC**                                  Case number *(if known)* **20-11416**

**3.**     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.15. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *2317 | $0.00 |
| 3.16. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *4861 | $0.00 |
| 3.17. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *0650 | $0.00 |
| 3.18. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *4282 | $0.00 |
| 3.19. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *0611 | $0.00 |
| 3.20. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *3553 | $0.00 |
| 3.21. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *8630 | $0.00 |
| 3.22. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5960 | $0.00 |
| 3.23. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 37<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *4846 | $0.00 |
| 3.24. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 7<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *9922 | $0.00 |
| 3.25. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2021<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *1572 | $0.00 |

Debtor    **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.26. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2081<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5628 | $0.00 |
| 3.27. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI 50<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *8917 | $0.00 |
| 3.28. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2064<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5870 | $0.00 |
| 3.29. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2061<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *3042 | $0.00 |
| 3.30. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 19<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *0172 | $0.00 |
| 3.31. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2009<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *9109 | $0.00 |
| 3.32. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2091<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *8110 | $0.00 |
| 3.33. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2080<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *9337 | $0.00 |
| 3.34. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>TUCSON ACCOUNT<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *7571 | $0.00 |
| 3.35. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCKBOX DEPOSITORY<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *3834 | $0.00 |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.36. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>PAYROLL ACCOUNT<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *3842 | $0.00 |
| 3.37. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>DISBURSEMENT ACCOUNT<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5144 | $0.00 |
| 3.38. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>OPERATING ACCOUNT<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5805 | $870,986.41 |
| 3.39. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI 113-<br>TINLEY PARK<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *5781 | $0.00 |
| 3.40. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI-<br>GRAND RAPIDS<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *1967 | $0.00 |
| 3.41. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC #2026<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *3686 | $0.00 |
| 3.42. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2002<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *2186 | $0.00 |
| 3.43. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2011<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *2194 | $0.00 |
| 3.44. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2038<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *2202 | $0.00 |
| 3.45. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC<br>LOCATION 2056<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *2210 | $0.00 |

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.46. | JPMORGAN CHASE<br>THE LASIK VISION INSTITUTE, LLC LVI 114<br>DULUTH GA<br>3399 PGA BLVD.<br>SUITE 100<br>PALM BEACH GARDENS FL 33410 | CHECKING | *1935 | $0.00 |
| 3.47. | KEY BANK NATIONAL ASSOCIATION<br>LASIK VISION INSTITUTE LLC<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114 | CHECKING | *5879 | $44,334.13 |
| 3.48. | REGIONS BANK<br>THE LASIK VISION INSTITUTE LLC<br>PATIENT PROGRAM REFERRAL<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33411 | CHECKING | *2691 | $18,653.36 |
| 3.49. | REGIONS BANK<br>THE LASIK VISION INSTITUTE LLC<br>PAYROLL ACCOUNT<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33411 | CHECKING | *4464 | $0.00 |
| 3.50. | REGIONS BANK<br>THE LASIK VISION INSTITUTE LLC<br>LOCKBOX ACCOUNT<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33411 | CHECKING | *4421 | $0.00 |
| 3.51. | REGIONS BANK<br>THE LASIK VISION INSTITUTE LLC<br>DISBURSEMENT ACCOUNT<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33411 | CHECKING | *4472 | $0.00 |
| 3.52. | REGIONS BANK<br>THE LASIK VISION INSTITUTE LLC MASTER<br>OPERATING ACCOUNT<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33411 | CHECKING | *4456 | $1,618,911.28 |
| 3.53. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6602 | $0.00 |
| 3.54. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *7041 | $0.00 |
| 3.55. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6811 | $0.00 |
| 3.56. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *9013 | $0.00 |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.57. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6954 | $0.00 |
| 3.58. | WELLS FARGO<br>THE LASIK VISION INSTITUTE LLC<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6610 | $0.00 |
| 3.59. | WELLS FARGO<br>THE LASIK VISION INSTITUTE<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6471 | $0.00 |
| 3.60. | WELLS FARGO<br>THE LASIK VISION INSTITUTE<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *6654 | $56,983.48 |
| 3.61. | WELLS FARGO<br>THE LASIK VISION INSTITUTE<br>350 EAST LAS OLAS BLVD.<br>SUITE 1800<br>FORT LAUDERDALE FL 33301 | CHECKING | *2654 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,674,228.00

**Part 2:**    **Deposits and prepayments**

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   SECURITY<br><br>100 N FEDERAL HIGHWAY<br>100 N FEDERAL HIGHWAY, SUITE 400<br>HALLANDALE BEACH FL 33009 | $6,559.67 |
| 7.2.   SECURITY<br><br>16 COURT ST BROOKLYN OWNER, LLC<br>16 COURT STREET<br>BROOKLYN NY 11241 | $41,745.00 |
| 7.3.   SECURITY<br><br>2526 INVESTMENT CO., LLC<br>C/O COLLIERS INTERNATIONAL | $6,845.00 |

Debtor   **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

**7.**      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                          Current value of
                                                                                          debtor's interest

| 7.4. | SECURITY | $36,333.48 |
| --- | --- | --- |

40 RICHARDS LLC
1400 OLD COUNTRY ROAD
WESBURY NY 11590

| 7.5. | SECURITY | $8,946.00 |
| --- | --- | --- |

555 ASSOCIATES
555 CITY AVENUE, SUITE 1130
BALA CRYNWYD PA 19004

| 7.6. | SECURITY | $8,757.83 |
| --- | --- | --- |

9601 BLACKWELL ICJV, LLC
5910 N CENTRAL EXPRESSWAY
DALLAS TX 75206

| 7.7. | SECURITY | $22,100.00 |
| --- | --- | --- |

BANYAN STREET/GAP SATELLITE PLACE 300 OWNER LLC
1 INDEPENDENT DR
JAKSONVILLE FL 32202

| 7.8. | SECURITY | $31,395.00 |
| --- | --- | --- |

BELLEVUE PACIFIC LLC
TBD

| 7.9. | SECURITY | $10,820.00 |
| --- | --- | --- |

BENDERSON DEVELOPMENT
570 DELAWARE AVENUE
BUFALO NY 14202

| 7.10. | SECURITY | $40,000.00 |
| --- | --- | --- |

BFP2 / PLANTATION
1391 SAWGRASS CORPORATE PARKWAY
SUNRISE FL 33323

| 7.11. | UTILITY | $152.45 |
| --- | --- | --- |

BILLMATRX NIPSCO
TBD

| 7.12. | SECURITY | $14,182.42 |
| --- | --- | --- |

BISHOP SQUARE HSB TOWER
1OO1 BISHOP STREÉT
HONOLTJLU HI 96813

| 7.13. | SECURITY | $74,858.75 |
| --- | --- | --- |

CALIPINE CORPORATION
DBA: ANDERSEN, JUNG & CO
2269 CHESTNUT ST. #477
SAN FRANCISCO CA 94123

| 7.14. | SECURITY | $7,125.50 |
| --- | --- | --- |

CHRISTIAND & BLANCA MUNIVE
3998 INLAND EMPIRE BLVD, STE 300
ONTARIO CANADA 91764

| 7.15. | SECURITY | $59,187.84 |
| --- | --- | --- |

CIM/11600 WILSHIRE (LOS ANGELES), LP
TBD

| Debtor | **The LASIK Vision Institute, LLC** | Case number *(if known)* **20-11416** |
|---|---|---|

**7.**      **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.16. | SECURITY | $8,135.53 |
| | CP62929CAMELBACK<br>280 S SECOND STREET, STE 230<br>LOS ALTOS CA 94022 | |
| 7.17. | SECURITY | $5,326.67 |
| | CPI/AHP CHARLOTTE MEDICAL MOB OWNER, LLC<br>425 7TH STREET NE<br>CHARLOTTESVILLE VA 22902 | |
| 7.18. | SECURITY | $10,000.00 |
| | CPI/AHP FLETCHER MOB OWNER, L.L.C.<br>977 SEMINOLE TRAIL, PMB 344<br>CHARLOTTESVILLE VA 22901 | |
| 7.19. | SECURITY | $7,590.00 |
| | CRANBROOK REALTY INVESTMENT FUND, LP<br>4701 SISK ROAD, SUITE 101<br>MODESTO CA 95356 | |
| 7.20. | SECURITY | $13,186.52 |
| | CRP INVESTORS, LLC - C/O VECTRA MANAGEMENT GROUP<br>175 SOUTH MAIN, SUITE 610<br>SALT LAKE CITY UT 84111 | |
| 7.21. | SECURITY | $15,606.45 |
| | CV 363 CENTENIAL PARKWAY LLC<br>C/O KOELBEL AND COMPANY ACCTG<br>5291 E YALE AVE<br>DEVER CO 80222 | |
| 7.22. | UTILITY | $220.00 |
| | EL PASO ELECTRIC<br>TBD | |
| 7.23. | SECURITY | $6,253.63 |
| | ELEVATE ONE, LLC - C/O MATADOR EQUITY PARTNERS<br>12665 JEFFERSON BOULEVARD, 4TH FLOOR<br>LOS ANGELES CA 90066 | |
| 7.24. | SECURITY | $15,984.00 |
| | FARMINGTON EXCHANGE, LLC - C/O ACRE GROUP LLC<br>270 FARMINGTON AVENUE, SUITE 138<br>FARMINGTON CT 06032 | |
| 7.25. | UTILITY | $400.00 |
| | FP&L<br>TBD | |
| 7.26. | SECURITY | $5,497.33 |
| | GEORGELIS HOLDINGS LP<br>1126 PERSIMMON DRIVE<br>LANCASTER PA 17601 | |
| 7.27. | SECURITY | $14,700.00 |
| | GIBRALTAR ASSICIATES, INC<br>9000 BROOK TREE ROAD, SUITE 101<br>WEXFORD PA 15090 | |

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

**7.        Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.28.   SECURITY | $8,399.63 |
| GKII 1800 BERING LLC - C/O KBS REALTY ADVISORS<br>800 NEWPORT CENTER DRIVE, SUITE 700<br>NEWPORT BEACH CA 92660 | |
| 7.29.   SECURITY | $12,000.00 |
| GRANDVIEW HOLDINGS - DERBYSHIRE GROUP LLC - C/O GCP MANAGEMENT SERVICES LLC<br>1801 FITH AVENUE NORTH, SUITE 300<br>BIRMINGHAM AL 35203 | |
| 7.30.   SECURITY | $12,613.15 |
| HEALTH CARE TRUST OF AMERICA INC.<br>700 W. 20TH AVENUE, SUITE 302<br>HIALEAH FL 33016 | |
| 7.31.   SECURITY | $4,816.58 |
| HILL MANAGEMENT SERVICES, INC.<br>9640 DEERECO ROAD<br>TIMONIUM MD 21093 | |
| 7.32.   SECURITY | $5,395.03 |
| HOLT LUNSFORT COMMERCIAL<br>300 THROCKMORTON, SUITE 550<br>FORT WORTH TX 76102 | |
| 7.33.   SECURITY | $9,434.93 |
| HYMEADOW HOLDINGS. LLC, C/O KUCERA MANAGEMENT, INC<br>7200 NORTH MOPAC, STE 400<br>AUSTIN TX 78731 | |
| 7.34.   SECURITY | $4,687.50 |
| JAX CONCOURSE PROPERTY LLC<br>40 DANBURY RD<br>WILTON CT 06897 | |
| 7.35.   SECURITY | $7,296.66 |
| JOSHUA GREEN CORP - 5 CP<br>UNIT 72 - P.O. BOX 4500<br>PORTLAND OR 97208 | |
| 7.36.   SECURITY | $8,000.00 |
| KF PARENT II, C/O RJ KELLY COMPANY, INC.<br>55 CAMBRIDGE SUITE<br>BURLINGTON MA 01803 | |
| 7.37.   SECURITY | $6,730.00 |
| METAIRIE CENTRE - 2424 EDENBORN AVENUE, SUITE 600, METAIRIE, LOUISIANA 70001<br>METAIRIE CENTRE - 2424 EDENBORN AVENUE, SUITE 600, METAIRIE, LOUISIANA 70001<br>METAIRIE LA 70001 | |
| 7.38.   SECURITY | $14,336.66 |
| MID-ATLANTIC REALTY PARTNERS<br>3050 K STREET NW, SUITE 125<br>WASHINGTON DC 20007 | |
| 7.39.   UTILITY | $500.00 |
| MISHAWAKA UTILITIES<br>TBD | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**7.**      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                              Current value of
                                                                              debtor's interest

| 7.40. | SECURITY | $15,336.67 |
|---|---|---|

MONEYDART GLOBAL SERVICES
1000 WOODBRIDGE CENTER DR.
WOODBRIDGE NJ 07095

| 7.41. | SECURITY | $13,021.22 |
|---|---|---|

MORRIS, ALLEN
121 ALLHAMBRA PLAZA, PH 1
CORAL GABLES FL 33134

| 7.42. | UTILITY | $650.27 |
|---|---|---|

NATIONAL GRID
TBD

| 7.43. | SECURITY | $3,930.14 |
|---|---|---|

NEYER MANAGEMENT
3927 BROTHERTON ROAD
CINCINNATI OH 45209

| 7.44. | SECURITY | $5,922.59 |
|---|---|---|

NTS DEVELOPMENT COMPANY
500 NORTH HURSTBOURNE PARKWAY, SUITE 400
LOUISVILLE KY 40222

| 7.45. | SECURITY | $12,975.44 |
|---|---|---|

OAK BROOK PLACE LLC
1743-1799 W 22ND ST
OAK BROOK IL 60523

| 7.46. | SECURITY | $4,448.13 |
|---|---|---|

OAKLAND COMMONS ACQUISITION LLC
20750 CIVIC CENTER DR
SOUTHFIELD MI 48076

| 7.47. | SECURITY | $11,769.58 |
|---|---|---|

ONE PENN MARK
11595 NORTH MERIDIAN STREET
CARMEL IN 46032

| 7.48. | SECURITY | $4,002.00 |
|---|---|---|

PAC GALLERIA 75
3284 NORTHSIDE PARKWAY NW, SUITE 150
ATLANTA GA 30327

| 7.49. | SECURITY | $8,086.87 |
|---|---|---|

PARKWAY CENTER I & II
14180 DALLAS PARKWAY, SUITE 618
DALLAS TX 75254

| 7.50. | SECURITY | $13,760.13 |
|---|---|---|

PICOTTE COMPANIES
8 SOUTHWOODS LLC

| 7.51. | UTILITY | $642.00 |
|---|---|---|

PSEG
TBD

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**7.**      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                      Current value of
                                                                                       debtor's interest

| | | |
|---|---|---|
| 7.52. | SECURITY | $3,500.00 |
| | RCS GERMANTOWN I, LLC, C/O COMMERCIAL ADVISORS LLC<br>5101 WHEELS DR.<br>MEMPHIS TN 38117 | |
| 7.53. | SECURITY | $13,259.50 |
| | ROCHELLE PARK CORPORATE CENTER<br>340 WEST PASSAIC STREET, ROCHELLE PARK<br>ROCHELLE PARK, NJ 07662 | |
| 7.54. | UTILITY | $1,133.73 |
| | SAN DIEGO GAS & ELECTRIC<br>TBD | |
| 7.55. | UTILITY | $8,510.00 |
| | SECURED COMMUNICATIONS<br>TBD | |
| 7.56. | SECURITY | $12,753.00 |
| | SEVEN SPRINGS TRIPLE T PARTNERS<br>4539 TROUSDALE DRIVE<br>NASHVILLE TN 37204 | |
| 7.57. | SECURITY | $7,066.67 |
| | SHAREHOLDER VALUE, LTD<br>5307 WEST LOOP 289, SUITE 201<br>LUBBOCK TX 79414 | |
| 7.58. | UTILITY | $100.00 |
| | TEXAS GAS<br>TBD | |
| 7.59. | SECURITY | $13,223.52 |
| | THE REAL ESTATE ASSOCIATES FUND XI PORTFOLIO, L.P.<br>DAVIS PARTNERS LLC | |
| 7.60. | SECURITY | $20,075.44 |
| | TL GCP OWNER LLC<br>200 GARDEN CITY PLAZA, STE 325<br>GARDEN CITY NY 11530 | |
| 7.61. | SECURITY | $8,600.00 |
| | TOWER 1555<br>1555 PALM BEACH LAKE BOULEVARD<br>WEST PALM BEACH FL 33401 | |
| 7.62. | SECURITY | $14,000.00 |
| | UMC LLC<br>18700 BEACH BOULEVARD, STE 260<br>HUNTINGTON BEACH CA 92648 | |
| 7.63. | UTILITY | $900.00 |
| | VECTREN ENERGY DELIVERY<br>TBD | |

Debtor   **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

**7.**     **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|

7.64.   SECURITY                                                                                          $8,466.60

VINEYARD FLAGSHIP 87, LLC - BROADVIEW
C/O COLLIERS INTERNATIONAL REMS AR
1850 MT. DIABLO BLVD., SUITE 200
WALNUT CREEK CA 94596

7.65.   UTILITY                                                                                           $45.00

WEST VIEW WATER AUTHORITY
TBD

7.66.   SECURITY                                                                                          $4,574.99

WESTAR POLARIS III LLC
440 POLARIS PARKWAY
WSTERVILLE OH 43082

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|

8.1.    MARKETING                                                                                        $31.25

BOSTON PRIDE COMMITTEE

8.2.    RETAINER                                                                                          $25,000.00

BROAD & CASSEL

8.3.    LOCAL TAXES-BUS LICENSE                                                                           $371.30

BUSINESS LICENSING DIVISION (ALABAMA)

8.4.    LOCAL TAXES-BUS LICENSE                                                                           $4,416.69

BUSINESS LICENSING DIVISION (ALABAMA)

8.5.    INSURANCE - MED MAL                                                                               $1,819.85

CAMPEN, THOMAS (MA COVERAGE)

8.6.    RENT                                                                                              $45,177.50

CIM/11600 WILSHIRE (LOS ANGELES)

8.7.    MARKETING                                                                                         $5,000.00

CITY OF COLUMBUS-DEPT OF RECREATION & PARKS

8.8.    LOCAL TAXES-BUS LICENSE                                                                           $4,195.03

CITY OF FAIRFAX

8.9.    LOCAL TAXES-BUS LICENSE                                                                           $1,266.06

CITY OF GREENVILLE BUSINESS LICENSE

8.10.   LOCAL TAXES-BUS LICENSE                                                                           $4,269.00

CITY OF LOS ANGELES BL-ANNUAL

8.11.   LOCAL TAXES-BUS LICENSE                                                                           $3,954.12

CITY OF VIRGINIA BEACH BUSINESS LICENSE

8.12.   LOCAL TAXES-BUS LICENSE                                                                           $753.36

COUNTY OF HERRICO,VA

8.13.   MARKETING                                                                                         $3,666.00

DEL MAR FAIRGROUNDS

Debtor **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

## 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.14. | MARKETING | $5,000.00 |
| | DEVINE-WHFS,WQYK,WLLD,WRBQ,WYU | |
| 8.15. | MARKETING | $757.97 |
| | EXPERIAN | |
| 8.16. | LOCAL TAXES-BUS LICENSE | $966.60 |
| | GA, COBB COUNTY BL | |
| 8.17. | INSURANCE - MED MAL | $90.41 |
| | GILES, TIM | |
| 8.18. | INSURANCE - MED MAL | $155.63 |
| | HARTLEY, JAMES | |
| 8.19. | MARKETING | $2,500.00 |
| | HOUSTON CHILDREN'S FESTIVAL | |
| 8.20. | MARKETING | $12,614.40 |
| | HUBSPOT | |
| 8.21. | MARKETING | $132,320.00 |
| | MARKETING ARCHITECTS | |
| 8.22. | INSURANCE - MED MAL | $14,838.81 |
| | NAS-CONCOOL | |
| 8.23. | MARKETING | $3,500.00 |
| | NORTH FOURTH AVENUE MERCHANTS ASSOCIATION, INC | |
| 8.24. | MARKETING | $3,967.80 |
| | PAID WITH T&E CARD - NEED VENDOR NAMES | |
| 8.25. | MARKETING | $1,236.00 |
| | PAYPAL CCC10K | |
| 8.26. | INSURANCE - MED MAL | $937.50 |
| | PETTINELLI, DAMON J. | |
| 8.27. | MARKETING | $1,117.67 |
| | PP FIT CON LLC | |
| 8.28. | MARKETING | $4,410.83 |
| | SEARCH ENGINE Q1. TRUE UP_NIK | |
| 8.29. | INSURANCE - MED MAL | $13,437.50 |
| | SHAH, CHIRAG | |
| 8.30. | RENT | $24,572.06 |
| | SLOSBURG REAL PROPERTY | |
| 8.31. | MARKETING | $1,300.00 |
| | SQ MOTIV SERVICING | |
| 8.32. | MARKETING | $3,750.00 |
| | SQ *VISION STAR ENTERTAIN | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | | Current value of debtor's interest |
|---|---|---|
| 8.33. | MARKETING | $5,000.00 |
| | SQUARE EGG ENTERTAINMENT, INC | |
| 8.34. | MARKETING | $1,260.00 |
| | THE CENTER ON COLFAX | |
| 8.35. | LOCAL TAXES-BUS LICENSE | $4,246.50 |
| | TOWNSHIP OF LOWER MERION | |
| 8.36. | MARKETING | $2,250.00 |
| | TRENDKITE INC | |
| 8.37. | INSURANCE | $152,565.22 |
| | USI INSURANCE SERVICES NATIONAL | |
| 8.38. | MARKETING | $2,885.00 |
| | WOMENS EXPO MANAGEMENT IN | |
| 8.39. | INSURANCE - MED MAL | $4,616.87 |
| | YOUSSEFZADEH, BAVAND | |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                    | $1,277,089.63 |

---

| **Part 3:** | Accounts receivable |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | | | | **Current value of debtor's interest** |

**11.    Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $3,899,789.97 - | $1,312.38 | = ........ → | $3,898,477.59 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $2,367,439.61 - | $180,723.06 | = ........ → | $2,186,716.55 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | $6,085,194.14 |

---

| **Part 4:** | Investments |
|---|---|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

---

Debtor   **The LASIK Vision Institute, LLC**                                                Case number *(if known)* **20-11416**

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| | | | |
|---|---|---|---|
| 14.1. _____ | _____ | $_____ |

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | LASIK MANAGEMENT ALBANY, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.2. | LASIK MANAGEMENT AUSTIN, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.3. | LASIK MANAGEMENT HACKENSACK, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.4. | LASIK MANAGEMENT HARTFORD, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.5. | LASIK MANAGEMENT HOUSTON, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.6. | LASIK MANAGEMENT INDIANAPOLIS, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.7. | LASIK MANAGEMENT JACKSONVILLE, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.8. | LASIK MANAGEMENT LONG ISLAND, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.9. | LASIK MANAGEMENT LOUISVILLE, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.10. | LASIK MANAGEMENT ORLANDO, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.11. | LASIK MANAGEMENT TAMPA, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |
| 15.12. | LVI MISSOURI, LLC<br>1555 PALM BEACH LAKES BLVD.<br>SUITE 600<br>WEST PALM BEACH FL 33401 | 100.00% | Undetermined | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1.    _____    $_____

**17.**    **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    Raw materials**

19.1.    _____    _____    $_____    _____    $_____

**20.    Work in progress**

20.1.    _____    _____    $_____    _____    $_____

**21.    Finished goods, including goods held for resale**

21.1.    _____    _____    $_____    _____    $_____

**22.    Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1. | CARDS | 12/29/2017 | $977,149.06 | FIFO | $977,149.06 |
| 22.2. | CONES | 12/29/2017 | $649,381.13 | FIFO | $649,381.13 |
| 22.3. | BLADES | 12/19/2017 | $405,460.41 | FIFO | $405,460.41 |
| 22.4. | PLUGS | 12/19/2017 | $399,471.14 | FIFO | $399,471.14 |
| 22.5. | OTHER | 12/29/2017 | $469,541.54 | FIFO | $469,541.54 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $2,901,003.28 |
|---|

**24.    Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes Book value: $247,580.00 Valuation method: FIFO Current value: $247,580.00

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **The LASIK Vision Institute, LLC**    Case number *(if known)* **20-11416**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | $0.00 |

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.    OWNED | $373,326.23 | Book Value | $373,326.23 |
| **40.** **Office fixtures** | | | |
| 40.1.    SEE, PART 7, NO. 39 | $_____ | _____ | $_____ |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.    OWNED | $2,699,442.38 | Net Book Value | $2,699,442.38 |

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. _____ | $_____ | _____ | $_____ |

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $3,072,768.61 |
|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46.**    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| (Where available) | | | |

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. _____ | $_____ | _____ | $_____ |

**48.**    **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. _____ | $_____ | _____ | $_____ |

**49.**    **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. _____ | $_____ | _____ | $_____ |

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1.    CAPITAL LEASED ASSETS | $15,895,939.47 | Net Book Value | $15,895,939.47 |

**51.**    **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| $15,895,939.47 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

| Part 9: | Real property |
| --- | --- |

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 55.1. | REAL PROPERTY<br><br>LEASEHOLD IMPROVEMENTS - ALL PROPERTY<br>_____ | LEASED PROPERTY. GENERALLY NO FUTURE INTEREST UPON EXPIRATION OR TERMINATION OF LEASE AGREEMENT | $1,637,578.00 | Undetermined | UNDETERMINED |
| 55.2. | LVI060 WOODBRIDGE<br><br>SURGERY CENTER<br><br>MONEYDART GLOBAL SERVICES INC.<br>1000 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE NJ 07095 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.3. | LVI044 SACRAMENTO<br><br>SURGERY CENTER<br><br>RC ASSET BB, LLC<br>1060 S. 3RD STREET, SUITE 185<br>SAN JOSE CA 95112 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.4. | LVI083 DES MOINES<br><br>SURGERY CENTER<br><br>R & R REALTY GROUP<br>1080 JORDAN CREEK PARKWAY<br>STE 200 NORTH<br>DES MOINES IA 50266 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. | TOTAL VISION INSTITUTE OKLAHOMA CITY<br><br>SURGERY CENTER<br><br>SUNNY LEMON, LLC<br>11308 N. PENNSYLVANIA AVENUE<br>OKLAHOMA CITY OK 73120 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.6. | LVI078 ONTARIO<br><br>SURGERY CENTER<br><br>CHRISTIAN AND BLANCA MUNIVE<br>11441 FOOTHILL ROAD<br>RANCHO CUCAMONGA CA 91730 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. | LVI004 CARMEL<br><br>SURGERY CENTER<br><br>MRES PENN HOLDINGS LLC<br>11595 N. MERIDIAN ST.<br>CARMEL IN 46032 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **The LASIK Vision Institute, LLC**                                                  Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.8. LVI113 TINLEY PARK<br><br>SURGERY CENTER<br><br>BRIGID CAPITAL, LLC<br>11950 S. HARLEM AVENUE<br>PALOS HEIGHTS IL 60463 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.9. LVI002 ORLANDO<br><br>SURGERY CENTER<br><br>PEMBROOK MAITLAND<br>121 ALHAMBRA PLAZA<br>SUITE 1600<br>CORAL GABLES FL 33134 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.10. LVI011 FORT LAUDERDALE<br><br>SURGERY CENTER<br><br>BALOGH FAMILY PARTNERSHIP II, LLC<br>1391 SAWGRASS CORPORATE PARKWAY<br>SUNRISE FL 33323 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.11. LVI037 DALLAS<br><br>SURGERY CENTER<br><br>APEX PACIFIC PARTNERS<br>14180 DALLAS PARKWAY<br>SUITE 320<br>DALLAS TX 75254 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.12. LVI091 FORT MYERS<br><br>SURGERY CENTER<br><br>CAM PLANTATION LLC<br>1455 BLUE POINT AVENUE<br>C/O MARTIN KLINGENBERG<br>NAPLES FL 34102 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.13. LVI021 WEST PALM BEACH<br><br>SURGERY CENTER<br><br>REGIONS FINANCIAL TOWER, LLLP<br>1555 PALM BEACH LAKES BLVD<br>SUITE 1100<br>WEST PALM BEACH FL 33401 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.14. VGH HEADQUARTERS<br><br>CORPORATE OFFICE BUILDING<br><br>TOWER 1555, LLLP<br>1555 PALM BEACH LAKES BOULEVARD STE 110<br>WEST PALM BEACH FL 33401 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.15. LVI072 BROOKLYN<br><br>SURGERY CENTER<br><br>16 COURT ST BROOKLYN OWNER, LLC<br>16 COURT STREET BROOKLYN OWNER, LLC<br>P.O. BOX 75970<br>BALTIMORE MD 21275 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.16.   LVI006 SANDY<br><br>SURGERY CENTER<br><br>CRP INVESTORS, LLC<br>175 SOUTH MAIN SUITE 610<br>SALT LAKE CITY UT 84111 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.17.   LVI036 HOUSTON<br><br>SURGERY CENTER<br><br>GK II 1800 BERING LLC<br>1800 BERING SUITE 305<br>HOUSTON TX 77057 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.18.   LVI068 BIRMINGHAM<br><br>SURGERY CENTER<br><br>GRANDVIEW HOLDINGS - DERBYSHIRE GROUP LLC<br>1801 5TH AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM AL 35203 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.19.   LVI110 OREM<br><br>SURGERY CENTER<br><br>VINEYARD FLAGSHIP 87, LLC<br>1850 MT. DIABLO BLVD. #200<br>WALNUT CREEK CA 94596 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.20.   LVI107 NORWALK<br><br>SURGERY CENTER<br><br>THE DAVIS COMPANIES<br>187 DANBURY ROAD<br>WILTON CT 06897 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.21.   LVI085 ALBANY<br><br>SURGERY CENTER<br><br>PICOTTE COMPANIES<br>20 CORPORATE WOODS BLVD.<br>SUITE 600<br>ALBANY NY 12211 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.22.   LVI098 TUCSON<br><br>SURGERY CENTER<br><br>FOOTHILLS RETAIL PLAZA, LLC<br>2120 WEST INA ROAD<br>SUITE 200<br>TUCSON AL 85741 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.23.   LVI088 EL PASO<br><br>SURGERY CENTER<br><br>LOMA TEN BUSINESS PARK, LP<br>214 E. BALTIMORE DRIVE<br>EL PASO TX 79902 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.24. LVI089 FRESNO<br>SURGERY CENTER<br><br>BUTLER INVSMT GRP LLC/7088 BLDG<br>2160 N. FINE AVENUE<br>FRESNO CA 93727 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.25. LVI101 LANCASTER<br>SURGERY CENTER<br><br>GEORGELIS HOLDINGS, LP<br>2168 EMBASSY DRIVE<br>LANCASTER PA 17603 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.26. LVI015 METAIRIE<br>SURGERY CENTER<br><br>BAYOU VERRET LANDS, LLC<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE LA 70001 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.27. LVI073 HARTFORD<br>SURGERY CENTER<br><br>FARMINGTON EXCHANGE, LLC C/O ACRE GROUP LLC<br>270 FARMINGTON AVENUE STE 138<br>FARMINGTON CT 06032 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.28. LVI007 PHOENIX<br>SURGERY CENTER<br><br>CP62929, LLC<br>280 SECOND STREET, SUITE 230<br>LOS ALTOS CA 94022 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.29. LVI003 LAS VEGAS<br>SURGERY CENTER<br><br>KIRKORIAN ENTERPRISES, LLC<br>290 LOS GATOS SARATOGA ROAD<br>LOS GATOS CA 95030 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.30. LVI106 GRAND RAPIDS<br>SURGERY CENTER<br><br>PROFECTUS PARTNERS LLC<br>2900 CHARLEVOIX DR, SE<br>SUITE 160<br>GRAND RAPIDS MI 49546 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.31. LVI093 GREENVILLE<br>SURGERY CENTER<br><br>BURGESS COMPANY, LLC RECEIVER FOR PIEDMONT CENTER<br>37 VILLA ROAD, SUITE 200<br>GREENVILLE SC 29615 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.32.  LVI050 SAN ANTONIO<br>SURGERY CENTER<br><br>TEXAS NAME LIMITED<br>C/O N.F. MGMT., INC.<br>40 N.E. LOOP 410, SUITE 610<br>SAN ANTONIO TX 78216 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.33.  LVI016 DENVER<br>SURGERY CENTER<br><br>ELEVATE ONE, LLC<br>4100 E. MISSISSIPPI AVE. #450<br>GLENDALE CO 80246 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.34.  LVI040 OKLAHOMA CITY<br>SURGERY CENTER<br><br>OKC LPOB LLC<br>4200 S. HULEN ST. #410<br>FORT WORTH TX 76109 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.35.  LVI047 NASHVILLE<br>SURGERY CENTER<br><br>SEVEN SPRINGS TRIPLE T PARTNERS<br>4539 TROUSDALE DRIVE<br>NASHVILLE TN 37204 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.36.  LVI069 OAKLAND<br>SURGERY CENTER<br><br>CRANBROOK REALTY INVESTMENT FUND, LP<br>4701 SISK ROAD, SUITE 101<br>MODESTO CA 95356 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.37.  LVI097 TULSA<br>SURGERY CENTER<br><br>TULSA TOWERS LLC<br>4821 S. SHERIDAN, SUITE 201<br>TULSA OK 74145 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.38.  LVI086 MEMPHIS<br>SURGERY CENTER<br><br>RCS- GERMANTOWN I, LLC<br>5101 WHEELIS DRIVE<br>SUITE 320<br>MEMPHIS TN 38117 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.39.  LVI108 BOULDER<br>SURGERY CENTER<br><br>CV 363 CENTENNIAL PARKWAY, LLC<br>5291 EAST YALE AVENUE<br>DENVER CO 80222 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                                           Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.40.  LVI104 LUBBOCK<br><br>SURGERY CENTER<br><br>SHAREHOLDER VALUE, LTD<br>5307 WEST LOOP 289<br>SUITE 201<br>LUBBOCK TX 79414 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.41.  LVI045 BOSTON<br><br>SURGERY CENTER<br><br>KF PARENT II<br>55 CAMBRIDGE STREET<br>BURLINGTON MA 01803 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.42.  LVI067 PHILADELPHIA<br><br>SURGERY CENTER<br><br>555 ASSOCIATES<br>555 CITY AVENUE<br>STE 1130<br>BALA CYNWYD PA 19004 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.43.  LVI059 ROCKVILLE<br><br>SURGERY CENTER<br><br>9601 BLACKWELL ICJV, LLC<br>5910 N. CENTRAL EXPRESSWAY, SUITE 1400<br>DALLAS TX 75206 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.44.  LVI054 ST. LOUIS<br><br>SURGERY CENTER<br><br>BMO-I BALLAS PLACE, LLC<br>600 EMERSON<br>SUITE 210<br>CREVE COEUR MO 63141 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.45.  LVI008 COLUMBUS<br><br>SURGERY CENTER<br><br>WESTAR POLARIS III LLC<br>C/O OHIO EQUITIES<br>605 S. FRONT STREET, SUITE 200<br>COLUMBUS OH 43215 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.46.  LVI081 CLEVELAND<br><br>SURGERY CENTER<br><br>GENESIS BUILDING LTD<br>6055 ROCKSIDE WOODS BLVD<br>STE 100<br>INDEPENDENCE OH 44131 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.47.  LVI094 CHARLESTON<br><br>SURGERY CENTER<br><br>TROLLY-BOI, LLC<br>701 TRAVELERS BLVD. #545<br>SUMMERVILLE SC 29485 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                                                              Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.48.  LVI019 BROOKFIELD<br><br>SURGERY CENTER<br><br>BROOKFIELD INVESTORS LLC<br>707 SKOKIE BOULEVARD<br>SUITE 100<br>NORTHBROOK IL 60062 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.49.  LVI024 ATLANTA<br><br>SURGERY CENTER<br><br>PAC GALLERIA 75,LLC<br>721 EMERSON RD<br>SUITE 600<br>ST. LOUIS MO 63141 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.50.  LVI035 CHICAGO (RELOCATION)<br><br>SURGERY CENTER<br><br>OAK BROOK PLACE, LLC<br>8114 LAWNDALE AVENUE<br>SKOKIE IL 60076 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.51.  LVI090 ALBUQUERQUE<br><br>SURGERY CENTER<br><br>ASHCRAFT REAL ESTATE & DEVELOPMENT<br>CORP<br>8200 MOUNTAIN ROAD NE<br>STE 102<br>ALBUQUERQUE NM 87110 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.52.  LVI020 PITTSBURGH<br><br>SURGERY CENTER<br><br>GIBRALTAR ASSOCIATES, INC.<br>9000 BROOKTREE ROAD<br>SUITE 100<br>WEXFORD PA 15090 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.53.  LVI071 AUSTIN<br><br>SURGERY CENTER<br><br>HYMEADOW HOLDINGS, LLC<br>9011 MOUNTAIN RIDGE DRIVE<br>SUITE 200<br>AUSTIN TX 78759 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.54.  LVI051 SAN DIEGO<br><br>SURGERY CENTER<br><br>CPI/AHP FLETCHER MOB OWNER, L.L.C.<br>977 SEMINOLE TRAIL, PMB 344<br>CHARLOTTESVILLE VA 22901 | LEASEHOLD<br>INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.55. LVI084 RALEIGH<br><br>SURGERY CENTER<br><br>BRI 1875 MERIDIAN, LLC<br>C/O ACCESSO PARTNERS, LLC<br>100 N. FEDERAL HWY #400<br>HALLENDALE FL 33009 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.56. LVI065 CHARLOTTE<br><br>SURGERY CENTER<br><br>CPI/AHP CHARLOTTE MOB OWNER, LLC<br>C/O AHP MANAGEMENT, LLC<br>425 SEVENTH STREET, NE<br>CHARLOTTESVILLE VA 22902 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.57. LVI055 KANSAS CITY<br><br>SURGERY CENTER<br><br>2526 INVESTMENT CO., LLC<br>C/O COLLIERS INTERNATIONAL<br>4520 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64111 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.58. LVI049 PORTLAND<br><br>SURGERY CENTER<br><br>5 CENTERPOINTE DR. LLC<br>C/O MELVIN MARK BROKERAGE<br>UNIT 160 PO BOX 5153<br>PORTLAND OR 97208-5153 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.59. LVI074 HACKENSACK<br><br>SURGERY CENTER<br><br>ROCHELLE PARK CORPORATE CENTER<br>C/O ROYAL ASSET MONITORING SERVICES, INC<br>340 WEST PASSAIC STREET<br>ROCHELLE PARK NJ 07662 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.60. LVI079 SAN FRANCISCO<br><br>SURGERY CENTER<br><br>GOOGLE LLC<br>CBRE, INC. - ASSET SERVICES<br>150 CALIFORNIA ST., 4TH FLOOR<br>SAN FRANCISCO CA 94111 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.61. LVI046 BELLEVUE<br><br>SURGERY CENTER<br><br>PRINCIPAL LIFE INSURANCE COMPANY<br>LINCOLN PLAZA - P.O. BOX 310300<br>PROPERTY: 016511<br>DES MOINES IA 50331-0300 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.62.  LVI058 LOS ANGELES<br><br>SURGERY CENTER<br><br>CIM/11600 WILSHIRE (LOS ANGELES), LP<br>LOCKBOX #1894343183<br>P.O. BOX 8315<br>PASADENA CA 91109-8315 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.63.  LVI035 CHICAGO<br><br>SURGERY CENTER<br><br>IPX MID AMERICA INVESTORS LLC<br>ONE MID AMERICA PLAZA, SUITE 110<br>OAKBROOK TERRACE IL 60181 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.64.  LVI109 SYRACUSE<br><br>SURGERY CENTER<br><br>O'NEILL INTERMEDIARY, LLC<br>ONE WEBSTER'S LANDING<br>SYRACUSE NY 13202 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.65.  LVI038 FORT WORTH<br><br>SURGERY CENTER<br><br>FLDR/TLC OVERTON CENTRE, LP<br>OVERTON CENTER - TOWER II<br>P.O. BOX 678649, LB 9592<br>DALLAS TX 75267-8649 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.66.  LVI066 ORANGE<br><br>SURGERY CENTER<br><br>THE REALTY ASSOCIATES FUND XI PORTFOLIO, L.P.<br>P.O. BOX 2203<br>HICKSVILLE NY 11802 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.67.  LVI053 DETROIT<br><br>SURGERY CENTER<br><br>OAKLAND COMMONS ACQUISITION, LLC /<br>ARGENTIC REAL ESTATE INVESTMENT LLC<br>P.O. BOX 310807<br>DES MOINES IA 50331-0807 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.68.  LVI013 VIENNA<br><br>SURGERY CENTER<br><br>WESTWOOD OWNER / MRP REALTY<br>P.O. BOX 392413<br>PITTSBURGH PA 15251-9413 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.69.  LVI064 LOUISVILLE<br><br>SURGERY CENTER<br><br>HCP SPRINGS MOB LOUISVILLE, LLC<br>P.O. BOX 404485<br>ATLANTA GA 30384-4485 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.70.  LVI070 LONG ISLAND<br><br>SURGERY CENTER<br><br>TL GCP OWNER LLC<br>P.O. BOX 412210<br>BOSTON MA 02241-2210 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.71.  LVI057 BALTIMORE<br><br>SURGERY CENTER<br><br>HILL MANAGEMENT SERVICES, INC<br>P.O. BOX 472<br>EMERSON NJ 07630 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.72.  LVI062 VIRGINIA BEACH<br><br>SURGERY CENTER<br><br>THALHIMER, INC.<br>P.O. BOX 5160<br>GLEN ALLEN VA 23058 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.73.  LVI063 RICHMOND<br><br>SURGERY CENTER<br><br>FC RICHMOND II, LLC<br>P.O. BOX 75987<br>BALTIMORE MD 21275-5987 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.74.  LVI115 TEMPE<br><br>SURGERY CENTER<br><br>ACACIA COURT<br>P.O. BOX 82552<br>GOLETA CA 93118-2552 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.75.  LVI061 JACKSONVILLE<br><br>SURGERY CENTER<br><br>JAX CONCOURSE PROPERTY, LLC<br>P.O. BOX 865722<br>ORLANDO FL 32886-5722 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.76.  LVI009 CINCINNATI<br><br>SURGERY CENTER<br><br>KENWOOD PLACE ONE, LLC<br>NEYER MANAGEMENT<br>P.O. BOX 9037<br>CINCINNATI OH 45209 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.77.  LVI114 DULUTH<br><br>SURGERY CENTER<br><br>BANYAN STREET CAPITAL, LLC<br>P.O. BOX 945572<br>ATLANTA GA 30394-5572 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                     Case number *(if known)* **20-11416**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.78. TOTAL VISION INSTITUTE SAN DIEGO<br>SURGERY CENTER<br><br>SILVER CREEK, LLC<br>PO BOX 675431<br>RANCHO SANTA FE CA 92130 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.79. LVI026 TAMPA<br>SURGERY CENTER<br><br>3030 NORTH ROCKY POINT DRIVE, LLC<br>PO BOX 743578<br>ATLANTA GA 30374-3578 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.80. LVI082 BUFFALO<br>SURGERY CENTER<br><br>FIRST BERKSHIRE BUSINESS TRUST<br>PO BOX 823201<br>PHILADELPHIA PA 19182 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.81. LVI080 PROVIDENCE<br>SURGERY CENTER<br><br>OMNI COMBINED W.E., LLC<br>PO BOX 856<br>EAST GREENWICH RI 02818 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.82. LVI056 MIAMI<br>SURGERY CENTER<br><br>HTA-KENDALL, LLC - 147801<br>P.O. BOX 56149<br>DENVER CO 80256 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

**56.  Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                    UNDETERMINED

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1. | $_____ | _____ | $_____ |
| **61.** | **Internet domain names and websites** | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. | LASIKADVANTAGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. | LASIKTVOFFER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3. | LASIKVISIONNETWORK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4. | LVIDEALS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.5. | LVILASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.6. | LVIOFFERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.7. | LVIVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.8. | LVIVISIONDEALS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.9. | THETLCDIFFERENCE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.10. | TLC400.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.11. | TLCDIFFERENCE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.12. | TLCTVOFFER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.13. | VGROUPHOLDINGS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.14. | VGROUPHOLDINGS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.15. | VGROUPHOLDINGS.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.16. | VISIONCORRECTUSA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.17. | 199LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.18. | 2020OKC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.19. | 2020OKLAHOMA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.20. | 220LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.21. | 220LASIX.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.22. | 249LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.23. | AHORAVEO2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.24. | ALCOK2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.25. | ARREGLAMIVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.26. | BERNITSKY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.27. | BETTERVISIONBETTERVALUE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.28. | BETTERVISIONFAST.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.29. | BETTERVISIONWEB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.30. | BLUE1WATER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.31. | BLUE2WATER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.32. | BLUE3WATER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.33. | BLUE4WATER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.34. | BLUE5WATER.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**61.    Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.35. | CAMBIATUVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.36. | CAMBIATUVISTA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.37. | CARNOSIDADDELOJO.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.38. | CLUBLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.39. | DOCTORMOADEL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.40. | DOINEEDLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.41. | DRBELARDO.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.42. | DRKENMOADEL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.43. | EYEEXAMSTODAY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.44. | FINANCELASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.45. | H12PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.46. | HAZLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.47. | HEALTHCAREMARKETINGSERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.48. | HI0PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.49. | HI1PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.50. | HI2PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.51. | HI3PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.52. | HI4PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.53. | HI5PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.54. | HI6PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.55. | HI7PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.56. | HI8PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.57. | HI9PRIVATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.58. | IMPROVEMYVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.59. | KENMOADEL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.60. | KENMOADEL2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.61. | LASIK-SURGEONS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.62. | LASIK220.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.63. | LASIK299.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.64. | LASIK56.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.65. | LASIKAHORA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.66. | LASIKAORA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.67. | LASIKESPANOL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.68. | LASIKHOY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.69. | LASIKLODGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.70. | LASIKLOUNGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.71. | LASIKLVI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.72. | LASIKOJOS.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                                     Case number *(if known)* **20-11416**

**61.      Internet domain names and websites**

|  |  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.73. | LASIKVISIONINSTITUTEREGISTRY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.74. | LASIKYES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.75. | LASIX220.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.76. | LVI2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.77. | LVIDEV.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.78. | LVILASIKREGISTRY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.79. | MEJORAMIVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.80. | MEJORARTUVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.81. | MEJORATUSOJOS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.82. | MEJORQUE2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.83. | MYLASIKQUIZ.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.84. | MYLASIKQUIZ1.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.85. | MYLASIKQUIZ2.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.86. | MYLASIKQUIZ3.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.87. | MYLASIKQUIZ4.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.88. | MYLASIKQUIZ5.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.89. | MYLASIKQUIZ6.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.90. | MYLASIKQUIZ7.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.91. | MYLASIKQUIZ8.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.92. | MYLASIKQUIZ9.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.93. | MYLASIKREGISTRY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.94. | NY2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.95. | NYESCOSMETIC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.96. | NYESLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.97. | OJOSLOSANGELES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.98. | OJOSNYC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.99. | QUIERES2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.100. | QUIERO2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.101. | QUIEROLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.102. | QUIEROMEJORVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.103. | REGAINYOURVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.104. | REGISTRYFORLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.105. | SEECHIEVEMENT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.106. | SIGHTCLUB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.107. | TERIGIO.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.108. | TERIJIO.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.109. | TLCOFFERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.110. | TOTALVISIONINSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**61.    Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.111.  TRYLVI3.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.112.  TRYLVI4.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.113.  TRYLVI5.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.114.  TRYLVI6.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.115.  VEA2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.116.  VEAMEJORHOY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.117.  VG-IC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.118.  VGHWEB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.119.  VISIONGROUPNETWORK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.120.  YESTOLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.121.  SAFELASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.122.  LASIKUNSUB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.123.  LASIKUNSUB1.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.124.  LASIKUNSUB2.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.125.  LASIKUNSUB3.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.126.  LASIKUNSUB4.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.127.  LVIUNSUB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.128.  LVIUNSUB1.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.129.  LVIUNSUB2.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.130.  LVIUNSUB3.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.131.  LVIUNSUB4.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.132.  1-888-CALL-TLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.133.  1-888-CALLTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.134.  1-888CALLTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.135.  1-888CALLTLC.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.136.  1-888CALLTLC.XYZ | UNDETERMINED | _____ | UNDETERMINED |
| 61.137.  1888CALLTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.138.  1LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.139.  20-10CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.140.  20-10LASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.141.  20-15CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.142.  20-15LASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.143.  20-20CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.144.  20-20LASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.145.  2010CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.146.  2010LASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.147.  2015CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.148.  2015LASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.149.  2020-LASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.150.  2020CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.151.  2020PLUS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.152.  24-7EYECARE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.153.  877PLANTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.154.  AFFORDABLECATARACTCARE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.155.  AFFORDABLECATARACTREMOVAL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.156.  AFFORDABLECATARACTSURGERY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.157.  AMDUPDATE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.158.  ATLANTALASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.159.  AUSTINLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.160.  BALTIMORELASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.161.  BEACONEYE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.162.  BETTERLASIKVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.163.  BLOODFILTRATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.164.  BLOODFILTRATION.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.165.  BLOODFILTRATION.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.166.  BRENTAHANSON.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.167.  C-LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.168.  CALL-TLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.169.  CALLTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.170.  CATARACT-VISION-INSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.171.  CATARACTASSISTANCE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.172.  CATARACTCAREINSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.173.  CATARACTCARESERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.174.  CATARACTEYESERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.175.  CATARACTSAWAY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.176.  CATARACTVISIONINST.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.177.  CATARACTVISIONINSTITUTE.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.178.  CATARACTVISIONINSTITUTELLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.179.  CATARACTVISIONSERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.180.  CHARLOTTELASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.181.  CLEAR-LASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.182.  CLEARLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.183.  CLEARSIGHTLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.184.  CLEARYOURCATARACTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.185.  CLEMSONLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.186.  CLEVELANDLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**61.**      **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.187. CONTOURALASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.188. CUSTOMABLATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.189. CUSTOMLASIKCENTERS.BIZ | UNDETERMINED | _____ | UNDETERMINED |
| 61.190. CUSTOMLASIKCENTERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.191. CUSTOMLASIKCENTERS.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.192. CVIHEALTH.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.193. CVIVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.194. DALLASLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.195. DENVERLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.196. DETROITLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.197. ELIASVAMVAKAS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.198. EYECAREHUB.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.199. EYEDOCTORSEARCH.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.200. EYELASER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.201. EYETOWN.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.202. EYEVANTAGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.203. FILTRATIONCENTER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.204. FITLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.205. FORESEE-HOME.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.206. FORESEEHOME.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.207. FORESEEHOME.US | UNDETERMINED | _____ | UNDETERMINED |
| 61.208. GOODBYECATARACTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.209. GREATLASIKJOBS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.210. HONOLULULASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.211. HOUSTONLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.212. INDIANAPOLISLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.213. JEFFERYMACHAT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.214. JEFFMACHAT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.215. KANSASCITYLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.216. KREMERTLCVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.217. LANSINGEYESPECIALIST.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.218. LANSINGEYESPECIALIST.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.219. LASER-K.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.220. LASERCATARACTSURGERYPRICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.221. LASERCENTER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.222. LASERCENTRE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.223. LASEREYECENTERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.224. LASEREYEVISION.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**61.     Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.225.  LASERVISION-CORRECTION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.226.  LASERVISIONARY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.227.  LASERVISIONCENTER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.228.  LASERVISIONCOLUMBUS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.229.  LASERVISIONINSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.230.  LASIK-VISION-INSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.231.  LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.232.  LASIKADVANTAGES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.233.  LASIKATCOLLEGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.234.  LASIKBELLEVUE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.235.  LASIKBOCARATON.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.236.  LASIKBROOKFIELD.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.237.  LASIKBURLINGTON.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.238.  LASIKDOCTOR.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.239.  LASIKEDINA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.240.  LASIKEYEPROCEDURE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.241.  LASIKFRIENDSANDFAMILY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.242.  LASIKJOURNEY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.243.  LASIKNATIONALNETWORK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.244.  LASIKREFERRALREWARDS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.245.  LASIKREWARDS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.246.  LASIKRX.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.247.  LASIKSALTLAKE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.248.  LASIKSELECTALUMNI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.249.  LASIKSELECTVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.250.  LASIKSELECTVISION.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.251.  LASIKSELECTVISION.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.252.  LASIKSHARETHEVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.253.  LASIKSYES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.254.  LASIKTHOUGHTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.255.  LASIKVIENNA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.256.  LASIKVISION.TV | UNDETERMINED | _____ | UNDETERMINED |
| 61.257.  LASIXYES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.258.  LASVEGASLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.259.  LAZEREYECENTER.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.260.  LAZEREYECENTERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.261.  LAZERVUE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.262.  LAZIKYES.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

**61.**      **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.263.  LIVEWITHVISION.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.264.  LIVEWITHVISION.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.265.  LONGPOINTEYE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.266.  LSLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.267.  LV-MD.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.268.  LVCI-MD.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.269.  LVI-STAGING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.270.  LVIHQ.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.271.  LVIJOBS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.272.  LVIREFERRALREWARDS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.273.  LVIREWARDS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.274.  LVIUSC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.275.  LZR.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.276.  MAINLINECATARACTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.277.  MAINLINELASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.278.  MANHATTANLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.279.  MARINLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.280.  MDXCHANGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.281.  MILITARYLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.282.  MINNEAPOLISLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.283.  NATIONALCATARACTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.284.  NATIONALVISIONNETWORK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.285.  NEWORLEANSLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.286.  NEWYORKLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.287.  NORTHWESTERNLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.288.  NYLASERVISIONARY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.289.  ODEXCHANGE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.290.  OHIOLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.291.  PHILADELPHIALASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.292.  PHOENIXLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.293.  PITTSBURGHLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.294.  PRESBIOPTICLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.295.  PRESBLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.296.  PRESBYOPTICLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.297.  PRK-NOW.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.298.  RHEOPHORESIS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.299.  SACRAMENTOLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.300.  SAFECATARACTCARE.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**    Case number *(if known)* **20-11416**

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.301.  SAFECATARACTREMOVAL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.302.  SAFECATARACTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.303.  SAFECATARACTSURGERY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.304.  SAFETYFIRSTLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.305.  SANFRANCISCOLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.306.  SANJOSELASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.307.  SCHEDULELASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.308.  SEATTLELASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.309.  SEEBETTERQUICKLY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.310.  SEEBETTERSOON.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.311.  SEETHEBEST.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.312.  SEETHENEWTLC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.313.  SHARINGTHEVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.314.  TELLYOURFRIENDSABOUTLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.315.  THE-LASIK-VISION-INSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.316.  THECATARACTVISIONINSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.317.  THELASEREYECENTERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.318.  THELASEREYECENTERS.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.319.  THELASIKBLOG.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.320.  THELASIKVISIONINSTITUTE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.321.  THELASIKVISIONINSTITUTE.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.322.  TLVI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.323.  TOPOGUIDED.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.324.  TOPOLASIKDALLAS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.325.  TRYCVI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.326.  TRYLVI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.327.  TRYLVI2.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.328.  TWENTYTWENTYLASERCENTERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.329.  TWINCITIESLASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.330.  VASCULARSCIENCE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.331.  VISIONCAREHOLDINGS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.332.  VISIONCAREHOLDINGS.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.333.  VISIONCAREHOLDINGS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.334.  VISIONCARESERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.335.  VISIONSELECTBENEFITS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.336.  XMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.337.  XMRADIOLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.338.  2020-LASIK.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

**61.        Internet domain names and websites**

|  |  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.339. | LVI2020.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.340. | 2020CUSTOMLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.341. | 2020-LASERVISION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.342. | 2020PLUS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.343. | LASIK2020NOW.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.344. | 2020LASIKNOW.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.345. | 2020ISMINE.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.346. | YEAROFLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.347. | THEYEAROFLASIK.COM | UNDETERMINED | _____ | UNDETERMINED |

**62.        Licenses, franchises, and royalties**

| 62.1. | SEE, GLOBAL NOTES | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|

**63.        Customer lists, mailing lists, or other compilations**

| 63.1. | CUSTOMER LISTS | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|

**64.        Other intangibles, or intellectual property**

| 64.1. | TRADE NAMES | $10,815,912.28 | Undertermined | UNDETERMINED |
|---|---|---|---|---|
| 64.2. | PHYSICIAN CONTRACTS | $24,124.31 | Undertermined | UNDETERMINED |

**65.        Goodwill**

| 65.1. | GOODWILL - CORPORATE | $8,216,320.60 | Undertermined | UNDETERMINED |
|---|---|---|---|---|
| 65.2. | GOODWILL - SYRACUSE | $129,191.35 | Undertermined | UNDETERMINED |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:  All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Debtor   **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

|  | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.**   **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1.   UNKNOWN | UNDETERMINED | UNDETERMINED | _____ | UNDETERMINED |

**73.**   **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | THE HARTFORD | U.S. GENERAL LIABILITY & AUTOMOBILE - POLICY NO. 2OUEN IB1595 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | THE HARTFORD | U.S. UMBRELLA – EXCESS - POLICY NO. 20XHU IB2176 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | THE HARTFORD | CANADA GENERAL LIABILITY & AUTOMOBILE - POLICY NO. 05LIA0133168 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | MEDPRO | U.S. PROFESSIONAL LIABILITY - POLICY NO. HN029390 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | BEAZLEY (LLOYDS) | PROFESSIONAL LIABILITY – EXCESS 1 - POLICY NO. W21247190301 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | MEDPRO | PROFESSIONAL LIABILITY – EXCESS 2 - POLICY NO. EN029390 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | THE HARTFORD | WORKERS COMPENSATION - POLICY NO. 20WE AB9Q7K | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | LLOYDS | BILLING ERRORS & OMISSIONS - POLICY NO. B0621PLVII0001 19 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | SOMPO | CYBER LIABILITY - POLICY NO. PRV10012066102 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | | | |
|---|---|---|---|---|---|
| 73.10. | AXA XL | CYBER LIABILITY – EXCESS - POLICY NO. PRV10012066102 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | AIG | CRIME & FIDELITY - POLICY NO. 39783819 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | AIG | FOREIGN LIABILITY - POLICY NO. WS11009434 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | AFFILIATED FM INSURANCE CO. | REAL & PERSONAL PROPERTY - POLICY NO. IA492 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | BERKLEY | DIRECTORS & OFFICERS LIABILITY – TAIL PRIMARY - POLICY NO. BPRO8053267 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | AIG | DIRECTORS & OFFICERS LIABILITY – R/O - POLICY NO. 24544449 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | CHUBB | DIRECTORS & OFFICERS LIABILITY – EXCESS D&O - POLICY NO. G71497665 001 | _____ | _____ | _____ | UNDETERMINED |
| 73.17. | CHUBB | DIRECTORS & OFFICERS LIABILITY – EXCESS EMPLOYMENT PRACTICES - POLICY NO. G71497677 001 | _____ | _____ | _____ | UNDETERMINED |
| 73.18. | NATIONWIDE | DIRECTORS & OFFICERS LIABILITY – EXCESS - POLICY NO. XMF1908947 | _____ | _____ | _____ | UNDETERMINED |
| 73.19. | ENCON | DIRECTORS & OFFICERS LIABILITY – PRIMARY POLICY NO. PV-496209 | _____ | _____ | _____ | UNDETERMINED |
| 73.20. | LLOYD'S | DIRECTORS & OFFICERS LIABILITY – EXCESS POLICY NO. 254309 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 73.21. | LLOYD'S | DIRECTORS & OFFICERS LIABILITY – EXCESS POLICY NO. FL 1902596 | _____ | _____ | _____ | UNDETERMINED |
| 73.22. | LLOYD'S | DIRECTORS & OFFICERS LIABILITY – EXCESS & DIC POLICY NO. DOH001128521 | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | INSTITUTED ACTION AGAINST LASIK PLUS FOR FAILING TO DISCLOSE REMUNERATION FOR PATIENT ON-LINE REVIEWS | FALSE ADVERTISING AND DECEPTIVE BUSINESS PRACTICES | UNDETERMINED | UNDETERMINED |
| 74.2. | LVI IS COUNTER SUING KEN MOADEL/LMM FOR BREACH OF CONTRACT, FAILURE TO INDEMNIFY, ATTORNEYS FEES & COSTS, ETC. | BREACH OF CONTRACT | $530,930.29 DUE TO SENSIS, INC PLUS ATTORNEYS FEES | UNDETERMINED |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| 76.1. | _____ | $_____ |
|---|---|---|

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | _____ | $_____ |
|---|---|---|

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                      | UNDETERMINED |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

---

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,674,228.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,277,089.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,085,194.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,901,003.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,072,768.61 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,895,939.47 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................... → | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                         + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $31,906,223.13 | + 91b. UNDETERMINED |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... $31,906,223.13

**Fill in this information to identify the case:**

**Debtor name:** The LASIK Vision Institute, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-11416

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|

**2.1.** | **Creditor's name and address**

ALCON LABORATORIES, INC.
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EACH LEASED LASER TOGETHER WITH ALL PROCEEDS (CASH AND NON-CASH) THEREOF, INCLUDING THE PROCEEDS OF ALL INSURANCE POLICIES ON EACH LEASED LASER, AND ALL BOOKS, RECORDS, DISKS, AND RELATED DATA PROCESSING SOFTWARE RELATED THERETO. ALL CAPITALIZED TERMS HEREIN SHALL HAVE THE MEANINGS ASCRIBED TO SUCH TERMS IN THAT CERTAIN EQUIPMENT CAPITAL LEASE AGREEMENT DATED AS OF :MARCH 27, 2015, BETWEEN DEBTOR AND SECURED PARTY.

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 3/30/2015, DOCUMENT # 20151320901 AND AS CONTINUED 3/6/2020, DOCUMENT # 20201665928

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$24,905,996.00     UNDETERMINED

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

ALCON LABORATORIES, INC.
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

WAVELIGHT EX500 EX LASER US 1417 1016-3-425 LASIK VISION INSTITUTE, LLC # 111 1736 E DAY RD MISHAWAKA IN 46545-4300 SOLD TO: 100188394 ORDER NUMBER 1007582300

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 6/29/2017, DOCUMENT # 20174301252

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

ALCON LABORATORIES, INC.
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

WAVELIGHT EX500 EX LASER US 1417 1016-3-422 LASIK VISION INSTITUTE# 107 40 RICHARDS AVE STE 501 NORWALK CT 06854-2319 SOLD TO: 100187679 ORDER NUMBER 10068767315

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 6/29/2017, DOCUMENT # 20174302508

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

ALCON LABORATORIES, INC.
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

WAVELIGHT EX500 EX LASER US 1417 1016-3-427 LASIK VISION INSTITUTE, LLC # 110 898 N 1200 W STE 103 OREM UT 84057- 3554 SOLD TO: 100188459 ORDER NUMBER 1007576466

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 6/29/2017, DOCUMENT # 20174302870

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

| | | |
|---|---|---|
| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

ALCON LABORATORIES, INC.
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

WAVELIGHT EX500 EX LASER US 1417 1016-3-421 LASIK VISION INSTITUTE# 108 363 CENTENNIAL PKWY STE 120 LOUISVILLE CO 80027- 1619 SOLD TO: 100188111 ORDER NUMBER 1007102847

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 6/29/2017, DOCUMENT # 20174303167

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | |
|---|---|
| 2.6. | **Creditor's name and address** |

<table>
<tr>
<td>

ALCON VISION LLC
6201 S. FREEWAY
FORT WORTH TX 76134

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

</td>
<td>

**Describe debtor's property that is subject to a lien**

ALL ALCON EQUIPMENT INCLUDING ACQUIRED EQUIPMENT COLLATERAL WAVELIGHT FS200 AND WAVELIGHT EXS00 FEMTOSECOND INCLUDING PROCEDURE CARDS

**Describe the lien**

UCC-1 RECORDED 5/28/2019, DOCUMENT # 20193683682

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

</td>
<td>

UNDETERMINED   UNDETERMINED

</td>
</tr>
</table>

| | |
|---|---|
| 2.7. | **Creditor's name and address** |

<table>
<tr>
<td>

LBC CREDIT PARTNERS III, L.P., AS AGENT
CIRA CENTRE, 2929 ARCH STREET
SUITE 1550
PHILADELPHIA PA 19104

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

</td>
<td>

**Describe debtor's property that is subject to a lien**

ALL ASSETS OF THE DEBTOR, WHEREVER LOCATED, WHETHER NOW OWNED OR EXISTING OR HEREAFTER ACQUIRED OR ARISING, TOGETHER WITH ALL PROCEEDS THEREOF.

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 10/10/2014 AS DOCUMENT # 20144092938 AND AS AMENDED 3/7/2015, DOCUMENT # 20161354693, AND CONTINUED 4/26/2019, DOCUMENT # 20192913981, AND AMENDED 9/9/2019, DOCUMENT # 20196252071, AND AMENDED 10/17/2019, DOCUMENT # 20196998210

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

</td>
<td>

$161,205,501.00   UNDETERMINED

</td>
</tr>
</table>

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 2.8. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | LBC CREDIT PARTNERS III, L.P., AS AGENT<br>CIRA CENTRE, 2929 ARCH STREET<br>SUITE 1550<br>PHILADELPHIA PA 19104 | ALL ASSETS OF THE DEBTOR, WHEREVER LOCATED, WHETHER NOW OWNED OR EXISTING OR HEREAFTER ACQUIRED OR ARISING, TOGETHER WITH ALL PROCEEDS THEREOF. | UNDETERMINED   UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED IN STATE OF DELAWARE 10/14/2014, DOCUMENT # 20144120911 AND AS AMENDED 3/7/2016, DOCUMENT # 20161354792, CONTINUED 4/26/2019, DOCUMENT #20192913973, AND FURTHER AMENDED 9/19/2019, DOCUMENT # 20196251933 AND 10/7/2019, DOCUMENT # 20196998228

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$186,111,497.00** |
|---|---|---|

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.1 | _____ |
| 3.2. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.2 | _____ |

Debtor    **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

| 3.3. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.3 | _____ |
| 3.4. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.4 | _____ |
| 3.5. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.5 | _____ |
| 3.6. | ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Line 2.6 | _____ |
| 3.7. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.1 | _____ |
| 3.8. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.2 | _____ |
| 3.9. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.3 | _____ |
| 3.10. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.4 | _____ |
| 3.11. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.5 | _____ |
| 3.12. | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.6 | _____ |
| 3.13. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.1 | _____ |
| 3.14. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.2 | _____ |
| 3.15. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.3 | _____ |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 3.16. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.4 | _____ |
| 3.17. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.5 | _____ |
| 3.18. | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | Line 2.6 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** The LASIK Vision Institute, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-11416 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | _____ | ☐ Contingent | $_____ | $_____ |
| | _____ | ☐ Unliquidated | | |
| | _____ | ☐ Disputed | | **Nonpriority amount** |
| | _____ | | | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | _____ | | |
| | **Last 4 digits of account number:** __ __ __ __ | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) | ☐ No | | |
| | (_____) | ☐ Yes | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**List All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|
|  | 1021 PINNACLE POINT, LLC<br>PO BOX 25189<br>COLUMBIA SC 29223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,945.54 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|
|  | 1ST SOLUTION PEST CONTROL<br>PO BOX 972506<br>MIAMI FL 33197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $642.00 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|
|  | 2526 INVESTMENT COMPANY<br>C/O COLLIERS INTERNATIONAL<br>4520 MAIN - SUITE 1000<br>KANSAS CITY MO 64111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,393.62 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 3030 NORTH ROCKY POINT DRIVE LLC<br>PO BOX 743578<br>ATLANTA GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,766.07 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 3595 GRANDVIEW PARKWAY HOLDINGS LLC<br>1801 5TH AVENUE NORTH, SUITE 300<br>C/O GRAHAM & COMPANY<br>BIRMINGHAM AL 35203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,848.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 40 RICHARDS, LLC<br>187 DANBURY ROAD<br>WILTON CT 06897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,817.25 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

5 CENTERPOINTE DR. LLC
C/O MELVIN MARK BROKERAGE
UNIT 160 PO BOX 5153
PORTLAND OR 97208-5153

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,047.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

555 ASSOCIATES
555 CITY AVENUE
SUITE 1130
BALA CYNWYD PA 19004

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,703.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

8 SOUTHWOODS LLC
20 CORPORATE WOODS BLVD
SUITE 600
ALBANY NY 12211

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,920.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.10. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 9601 BLACKWELL ICJV LLC 5910 N. CENTRAL EXPRESSWAY, SUITE 1400 DALLAS TX 75206 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $18,438.01 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A B FIRE EQUIPMENT 2759 N WN 19TH STREET POMPANO BEACH FL 33069 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $98.44 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A SPECIAL T INC 1000 STINSON WAY #110 WEST PALM BEACH FL 33411 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $11,582.75 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABB OPTICAL<br>12301 NW 39TH ST<br>CORAL SPRINGS FL 33065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,755.58 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABC AUTOMATIC FIRE PROTECTION INC<br>P O BOX 50229<br>BROOKLYN NY 11205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.78 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABENITY INC<br>725 COOL SPRINGS BLVD<br>SUITE 600<br>FRANKLIN TN 37067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ACCOUNTING PRINCIPALS INC
DEPT CH 14031
PALATINE IL 60055

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,488.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.17.   **Nonpriority creditor's name and mailing address**

ACCUTOME, INC.
3222 PHOENIXVILLE PIKE
BUILDING 50
MALVERN PA 19355

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$140.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.18.   **Nonpriority creditor's name and mailing address**

ADREVS
60 RAILROAD PLACE, SUITE 203
SARATOGA SPRINGS NY 12866

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.19. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AIRGAS USA LLC
PO BOX 102289
PASADENA CA 91189-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,205.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.20. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

ALCON
PO BOX 677775
DALLAS TX 75267-7775

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,406,105.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.21. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

ALCON LABORATORIES INC
PO BOX 677775
DALLAS TX 75267-7775

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,744,189.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                       Case number *(if known)* **20-11416**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLEN, DR. VALERIE
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLSTATE MAINTENANCE INC
19720 VENTURA BLVD #105
WOODLAND HILLS CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAZON BUSINESS
PO BOX 035184
SEATTLE WA 98124-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,011.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

---

3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

AMCON
9735 GREEN PARK INDUSTRIAL DR
ST. LOUIS MO 63123

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,363.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.26. **Nonpriority creditor's name and mailing address**

AMERICALL - AUTODEBIT
PO BOX 1393
TACOMA WA 98401-1393

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$719.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.27. **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
PO BOX 650448
DALLS TX 75265-0448

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,842,503.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.28.   **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS - 360001
PO BOX 650448
DALLAS TX 75265-0448

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,518.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.29.   **Nonpriority creditor's name and mailing address**

AMERICAN FAMILY FITNESS INC
11760 WEST BROAD STREET
RICHMOND VA 23233

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.30.   **Nonpriority creditor's name and mailing address**

AMOBEE INC
PO BOX 894409
LOS ANGELES CA 90189

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$187,904.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.31.    **Nonpriority creditor's name and mailing address**

ANAGO OF NASHVILLE
475 METROPLEX DRIVE
SUITE 214
NASHVILLE TN 37211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$225.00

---

3.32.    **Nonpriority creditor's name and mailing address**

ANTONIEWICZ, RONALD R
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SEVERANCE

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$106,592.18

---

3.33.    **Nonpriority creditor's name and mailing address**

APEX PACIFIC PARTNERS I, LLC
5068 W PLANO PARKWAY
SUITE 300
PLANO TX 75093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$14,736.08

---

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.34. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* |

3.34.   **Nonpriority creditor's name and mailing address**

APOTHECARE COMPOUNDING SOLUTIONS
3303 SOUTH COUNTY TRAIL
EAST GREENWICH RI 02818

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$90.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.35.   **Nonpriority creditor's name and mailing address**

AQUA FILTER FRESH INC
ONE COMMERCE DRIVE
PITTSBURGH PA 15239

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$48.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.36.   **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES
9627 PREMIER PARKWAY
MIRAMAR FL 33025

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$266.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARENA DISTRICT PHARMACY LLC
262 NEIL AVE
SUITE 130
COLUMBUS OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

$77.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARENT FOX LLP
PO BOX 644672
PITTSBURGH PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,755.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARKANSAS SOFT WATER LLC
131 W MILITARY
NORTH LITTLE ROCK AR 72118

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

---

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARMSTRONG COMMUNICATION SYS INC
135 W. 26TH ST#10D
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$102.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARTHUR GOLDNER & ASSOCIATES, INC.
707 SKOKIE BOULEVARD
SUITE 100
NORTHBROOK IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,070.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARVIK UPHOLSTERY
5239 CORNISH ST
HOUSTON TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ASD HEALTHCARE
PO BOX 848104
DALLAS TX 75284-8104

☐ Contingent

☐ Unliquidated

☐ Disputed

$650.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.44. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ASHCRAFT REAL ESTATE AND DEVELOPMENT
CORP
1700 LOUISIANA NE STE 220
ALBUQUERQUE NM 87110

☐ Contingent

☐ Unliquidated

☐ Disputed

$35,006.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.45. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

AT&T 5001 LVI 116
PO BOX 5017
CAROL STREAM IL 60197-5017

☐ Contingent

☐ Unliquidated

☐ Disputed

$58.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.46. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

| | | |
|---|---|---|
| | ATLANTIC RELOCATION SYSTEMS | *Check all that apply.* |
| | PO BOX 403650 | ☐ Contingent |
| | ATLANTA GA 30384-3650 | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.47. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

| | | |
|---|---|---|
| | AVELLA OF DEER VALLEY, INC | *Check all that apply.* |
| | 24416 N 19TH AVE | ☐ Contingent |
| | PHOENIX AZ 85085 | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$211.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.48. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

| | | |
|---|---|---|
| | AWARD MASTERS, INC | *Check all that apply.* |
| | 5353 N PALAFOX ST | ☐ Contingent |
| | PENSACOLA FL 32505-2930 | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$12.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

---

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B GRACZYK INC
UNIVERSAL / EYE CARE PRODUCTS
1028 LEISURE WORLD
MESA AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

$578.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALOGH FAMILY PARTNERSHIP II, LLC
1391 SAWGRASS CORPORATE PARKWAY
SUNRISE FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,860.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANYAN STREET/GAP SATELLITE PLACE 300
OWNER LLC
1 INDEPENDENT DRIVE, SUITE 1850
JACKSONVILLE FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,338.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| 3.52. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BAUSCH & LOMB SURGICAL/VALEANT<br>4395 COLLECTION CENTER DR<br>CHICAGO IL 60693-0043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,492.95 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.53. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BAXTER HEALTHCARE CORPORATION<br>PO BOX 33037<br>NEWARK NJ 07188-0037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46.92 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.54. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BAYOU VERRET LANDS, LLC<br>2709 RIDGELAKE DRIVE, SUITE 100<br>METAIRIE LA 70002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,920.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| Debtor | **The LASIK Vision Institute, LLC** | | Case number *(if known)* **20-11416** |
|---|---|---|---|

---

**3.55.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BENEFIT HUB INC.
230 PARK AVENUE, SUITE 1000
NEW YORK NY 10169

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,845.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.56.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BERNENS MEDICAL
5053 GLENWAY AVE
CINCINNATI OH 45238

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.57.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BERRIOS, JOSEPH
CONROY SIMBERG
STUART F COHEN ESQ
3440 HOLLYWOOD BLVD
2ND FL
HOLLYWOOD FL 33021

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                 Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BIOTISSUE INC.
7300 CORPORATE CENTER DRIVE
SUITE 700
MIAMI FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,887.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BLEPHEX LLC
119 S.E PARKWAY CT,
SUITE 250
FRANKLIN TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,701.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BLUE DOT SAFES CORPORATION
2707 N GAREY AVENUE
POMONA CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

$268.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BMO-I BALLAS PLACE, LLC
600 EMERSON ROAD, SUITE 210
CREVE COEUR MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,142.96

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       PROPERTY RENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOSS'S PINNACLE POINT, LLC
P.O. BOX 25189
COLUMBIA SC 29223

☐ Contingent
☐ Unliquidated
☐ Disputed

$53,995.98

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       PROPERTY RENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOTTONES MAINTENANCE LLC
535 E 3RD ST
PLAINFIELD NJ 07060

☐ Contingent
☐ Unliquidated
☐ Disputed

$652.50

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.64. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRACE WOOD MANAGEMENT LLC<br>1400 E EXPRESSWAY 83<br>SUITE 155<br>MCALLEN TX 78503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83,114.04 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.65. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRI 1875 MERIDIAN, LLC<br>P. O. BOX 714802<br>CINCINNATI OH 45271-4802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,498.76 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.66. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRIGID CAPITAL, LLC - LVI 113<br>11950 S. HARLEM AVE<br>PALOS HEIGHTS IL 60463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,894.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.67.** | **Nonpriority creditor's name and mailing address**

BUD GRIFFIN CUSTOMER SUPPORT, INC.
PO BOX 1710
BELLAIRE TX 77402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$965.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.68.** | **Nonpriority creditor's name and mailing address**

BUTLER INVESTMENT GROUP LLC
C/O ROBERT L JENSEN & ASSOCIATES
2160 N FINE AVE
FRESNO CA 93727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,928.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.69.** | **Nonpriority creditor's name and mailing address**

BVI/BEAVER-VISITEC INTERNATIONAL
PO BOX 734261
CHICAGO IL 60673-4261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56,457.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAL INTERPRETING & TRANSLATIONS
12304 SANTA MONICA BLVD
SUITE 300
LOS ANGELES CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,980.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAL INTERPRETING AND TRANSLATIONS
12304 SANTA MONICA BLVD
SUITE 300
LOS ANGELES CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,590.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALIPINE CORPORATION
ATTN- JOHN LU
999 GREEN STREET
SAN FRANCISCO CA 94133

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,189.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73.   **Nonpriority creditor's name and mailing address**

CAM PLANTATION
1455 BLUE POINT AVE
NAPLES FL 34102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,908.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.74.   **Nonpriority creditor's name and mailing address**

CARDINAL HEALTH INC - PHARMA
C/O BANK OF AMERICA LOCKBOX
5303 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$478.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.75.   **Nonpriority creditor's name and mailing address**

CDW LLC
P.O. BOX 75723
CHICAGO IL 60675-6723

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36,968.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTURYLINK
PO BOX 52187
PHOENIX AZ 85072-2187

☐ Contingent
☐ Unliquidated
☐ Disputed

$300,579.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE PRIDE
P.O. BOX 32362
CHARLOTTE NC 28232

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CIM SMA I INVESTMENTS, LLC
P O BOX 7597
BALTIMORE MD 21275-5970

☐ Contingent
☐ Unliquidated
☐ Disputed

$36,533.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CIM-11600 WILSHIRE LOS ANGELES, LP
LOCKBOX #1894343183
PO BOX 8315
PASADENA CA 91109-8315

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,965.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.80.    **Nonpriority creditor's name and mailing address**

CISCO SYSTEMS CAPITAL CORPORATION
PO BOX 41602
PHILADELPHIA PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.81.    **Nonpriority creditor's name and mailing address**

CITY OF RIVIERA BEACH
600 W BLUE HERON BOULEVARD
RIVIERA BEACH FL 33404

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$457.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.82. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CLINICAL PROPERTY HOLDINGS, LLC
653 COLLINS MEADOW DRIVE
GEORGETOWN SC 29440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$88,927.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.83.    **Nonpriority creditor's name and mailing address**

COLLOMB, MATTHEW
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$84.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.84.    **Nonpriority creditor's name and mailing address**

COLUMBUS EYE ASSOCIATES, INC
7840 MONTGOMERY ROAD
CINCINNATI OH 45236

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONCENTRA MEDICAL CENTERS
OHC OF OKLAHOMA, LLC
302 QUADRUM DRIVE
OKLAHOMA CITY OK 73108-1110

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOK, BEN
SHUTTS AND BOWEN LLP
MATTHEW SACKEL DEVON A WOOLARD
525 OKEECHOBEE BLVD
STE 1100
WEST PALM BEACH FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

$441,106.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COVERYS
11605 MIRACLE HILLS DR #200
ATT- PATTI HIEMER
OMAHA NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,052.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.88.    **Nonpriority creditor's name and mailing address**

CPAC EQUIPMENT, INC.
PO BOX 175
LEICESTER NY 14481-0175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$1,387.14

---

3.89.    **Nonpriority creditor's name and mailing address**

CPI/AHP MOB I, LLC - LVI065
ATTN: ACCOUNTS RECEIVABLE
425 SEVENTH STREET NE
CHARLOTTESVILLE VA 22902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$12,991.23

---

3.90.    **Nonpriority creditor's name and mailing address**

CPI/AHP MOB I, LLC -LVI051
ATTN: ACCOUNTS RECEIVABLE
977 SEMINOLE TRAIL, PMB 344
CHARLOTTESVILLE VA 22901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$31,785.71

---

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

---

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRANBROOK REALTY INV FUND LP DBA
AIRPORT CORP CENT
C/O CRANBROOK GROUP INC
7677 OAKPORT STREET,STE 180
OAKLAND CA 94621

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,199.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROOZ MEDIA LLC
PO BOX 2841
COEUR D'ALENE ID 83816

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,440.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRP INVESTORS, LLC
175 SOUTH MAIN, SUITE 610
SALT LAKE CITY UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,390.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

---

3.94.   **Nonpriority creditor's name and mailing address**

CRYSTAL ROCK LLC
PO BOX 10028
WATERBURY CT 06725-0028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $4.98 |

---

3.95.   **Nonpriority creditor's name and mailing address**

CRYSTAL SPRING WATER
1259 WEST MAIN ROAD
MIDDLETOWN RI 02842-6391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $386.65 |

---

3.96.   **Nonpriority creditor's name and mailing address**

CSA MANAGEMENT INC
9011 MOUNTAIN RIDGE DRIVE, SUITE 200
AUSTIN TX 78759

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $22,634.78 |

---

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | |
|---|---|
| 3.97. | **Nonpriority creditor's name and mailing address** |

|   |   |   |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| CT CORPORATION SYSTEM<br>PO BOX 4349<br>ACCT#1447200<br>CAROL STREAM IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | |
|---|---|
| 3.98. | **Nonpriority creditor's name and mailing address** |

|   |   |   |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| CUPERTINO PARTNERS VI<br>280 SECOND STREET, SUITE 230<br>LOS ALTOS CA 94022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,316.26 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | |
|---|---|
| 3.99. | **Nonpriority creditor's name and mailing address** |

|   |   |   |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| CV 363 CENTENNIAL PARKWAY, LLC<br>5291 EAST YALE AVENUE<br>DENVER CO 80222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,785.54 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                           Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

3.100.  **Nonpriority creditor's name and mailing address**

DEPT OF LABOR AND INDUSTRIES
PO BOX 24106
SEATTLE WA 98124-6524

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$531.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**

DEX IMAGING, LLC
POST OFFICE BOX 17454
CLEARWATER FL 33762-0454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$48,765.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**

DIAMOND SPRING WATER INC.
P.O.BOX 38668
RICHMOND VA 23231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUGLAS EMMETT 2010, LLC
1003 BISHOP ST. #440
HONOLULU HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

$171,282.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUONG, TINA - AMB
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$208.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DURRANI, RUBINA
MIKITA AND ROCCANOVA LLC
WILLIAM MIKITA ESQ
1301 HWY 36
BUILDING I STE 105
HAZLET NJ 07730

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

---

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELEVATE ONE LLC
C/O MATADOR EQUITY PARTNERS
12655 JEFFERSON BLVD
LOS ANGELES CA 90066

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,984.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.107. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE BUILDING CARE, INC
3843 S BRISTOL STREET, #237
SANTA ANA CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,762.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ENTERPRISE RENT A CAR
PO BOX 801770
KANSAS CITY MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

$634.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.109. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ENTOS DESIGN INC
5400 LBJ FREEWAY
SUITE 125
DALLAS TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

$441.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.110. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ESSILOR LABORTORIES OF AMERICA INC
13515 N. STEMMONS FREEWAY
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

$857.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.111. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

EUREKA WATER COMPANY
P.O. BOX 26730
OKLAHOMA CITY OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

$37.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS MAINTENANCE
9744 LEHIGH AVE
MONTCLAIR CA 91763

☐ Contingent
☐ Unliquidated
☐ Disputed

$210.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EYE CARE CENTER OF CHESAPEAKE
801 VOLVO PARKWAY
SUITE 133
CHESAPEAKE VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,060.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAGRON/JCB LABORATORIES LLC
8710 E. 34TH ST NORTH
WICHITA KS 67226

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,989.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                                  Case number *(if known)* **20-11416**

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FARMINGTON EXCHANGE LLC
C/O ACRE GROUP LLC
270 FARMINGTON AVE
FARMINGTON CT 06032

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,432.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FAVORITE HEALTHCARE STAFFING INC
PO BOX 26225
OVERLAND PARK KS 66225

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,162.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FC RICHMOND II LLC
P O BOX 4857
PORTLAND OR 97208-4857

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                 Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.118.

**Nonpriority creditor's name and mailing address**

FIRST BERKSHIRE BUSINESS TRUST
PO BOX 823201
PHILADELPHIA PA 19182-3201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$10,994.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.119.

**Nonpriority creditor's name and mailing address**

FLATIRON CAPITAL
PO BOX 712195
DENVER CO 80271-2195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,505.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.120.

**Nonpriority creditor's name and mailing address**

FLDR TLC OVERTON CENTRE LP
PO BOX 978649, LB9592
DALLAS TX 75267-8649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$14,370.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| **3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.121. **Nonpriority creditor's name and mailing address**

FOOTHILLS RETAIL PLAZA INC
2120 WEST INA ROAD
SUITE 200
TUCSON AZ 85741

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,587.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.122. **Nonpriority creditor's name and mailing address**

FUNKE ELECTRIC INC
6968 GOWANDS ST RD
HAMBURG NY 14075

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$240.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.123. **Nonpriority creditor's name and mailing address**

GARRANA RMG APC
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| | |
|---|---|
| 3.124. | **Nonpriority creditor's name and mailing address** |

GENESIS BUILDING LTD
6055 ROCKSIDE WOODS BLVD
SUITE 100
INDEPENDENCE OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,314.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.125.    **Nonpriority creditor's name and mailing address**

GEORGELIS HOLDINGS LP
2168 EMBASSY DRIVE
LANCASTER PA 17603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,324.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.126.    **Nonpriority creditor's name and mailing address**

GIBRALTAR ASSOCIATES, INC. LVI-20
9000 BROOKTREE ROAD
SUITE 101
WEXFORD PA 15090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,946.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GKII 1800 BERING LLC
PO BOX 205168
DALLAS TX 75320-5168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34,341.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.128.    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

GLASSDOOR
100 SHORELINE HWY, BLDG A
MILL VALLEY CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.129.    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

GLOBALWIDE MEDIA, INC.
2945 TOWNSGATE RD
STE 350
WESTLAKE VILLAGE CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,315.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GO2 PARTNERS INC
701 LEE STREET
SUITE 1050
DES PLAINES IL 60016

$3,855.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                      TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOLD COAST OPHTHALMIC INSTRUMENT
3600 S CONGRESS AVENUE
SUITE C
BOYNTON BEACH FL 33426

$33,140.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                      TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOOGLE INC
ACCT #270028365 RMS
4836 BRECKSVILLE RD
RICHFIELD OH 44286

$242,508.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                      TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

**3.133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

GOOGLE INC- RENT LVI79
CBRE ACCOUNTING - BAYHILL
101 CALIFORNIA STREET, FLOOR 22
SAN FRANCISCO CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,425.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.134.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

GRANITE TELECOMMUNICATIONS
CLIENT ID #311
PO BOX 983119
BOSTON MA 02298-3119

☐ Contingent
☐ Unliquidated
☐ Disputed

$45,503.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

GUARDIAN PROTECTION SERVICES
174 THORN HILL ROAD
WARRENDALE PA 15086

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,926.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                         Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| **3.136.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | HAMDEN THREE INVESTORS, LLC<br>2319 WHITMEY AVENUE<br>SUITE 1A<br>HAMDEN CT 06518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,353.36 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.137.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | HANSA OPHTHALMICS LLC-AKA PRECISION<br>4083 NW 79TH AVENUE<br>DORAL FL 33166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,357.28 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.138.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | HAWAII BIO WASTE SYSTEMS INC<br>1084 PU'UWAI STREET<br>HONOLULU HI 96819 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.88 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HCP SPRINGS MOB LOUISVILLE LLC
C/O HOLLADAY PROPERTIES
PO BOX 404485
ATLANTA GA 30384-4485

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,419.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HENRY SCHEIN INC
BOX 371952
PITTSBURGH PA 15250-7952

☐ Contingent
☐ Unliquidated
☐ Disputed

$108,633.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERBERT'S PHARMACY
9001 WILSHIRE BLVD
SUITE 201
BEVERLY HILLS CA 90211

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.142. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.142.    **Nonpriority creditor's name and mailing address**

HILL MANAGEMENT SERVICE INC
PO BOX 472
EMERSON NJ 07630

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,121.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

3.143.    **Nonpriority creditor's name and mailing address**

HOCKENSON, MARKUS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,606,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRANSACTION BONUS

**Is the claim subject to offset?**

☐ No
☐ Yes

3.144.    **Nonpriority creditor's name and mailing address**

HOUSING AUTHORITY COUNTY OF SAN
JOAQUIN
2291 WEST MARCH LANE #B-215
STOCKTON CA 95207

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53,517.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

---

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HTA-KENDALL, LLC<br>P.O. BOX 561549<br>DENVER CO 80256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,195.01 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

| 3.146. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HUDSON HOSPITAL & CLINIC<br>405 STAGELINE ROAD<br>HUDSON WI 54016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.08 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

| 3.147. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | I.B.I.S. INC.<br>420 TECHNOLOGY PKWY<br>SUITE 100<br>PEACHTREE CORNERS GA 30092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,080.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

Debtor    **The LASIK Vision Institute, LLC**                           Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.148. **Nonpriority creditor's name and mailing address**

ICARE INDUSTRIES INC
4399 35TH ST
ST PETERSBURG FL 33714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$539.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.149. **Nonpriority creditor's name and mailing address**

IDRIVE INTERACTIVE LLC
3909 HARTZDALE DR
SUITE 907
CAMP HILL PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,570.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.150. **Nonpriority creditor's name and mailing address**

INNOVATIVE EXCIMER SOLUTIONS
48 CARNFORTH RD
TORONTO ON M4A 2K7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,680.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

---

3.151.    **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 27128
NEW YORK NY 10087-7128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $10,964.41 |

---

3.152.    **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 915004
DALLAS TX 75391-5004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $9,129.15 |

---

3.153.    **Nonpriority creditor's name and mailing address**

ISTORAGE BLUE ASH - AMEX
8900 ROSSASH ROAD
CINCINNATI OH 45236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $305.88 |

---

Debtor    **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAMES KAO OPTHOMOLOGY
Address Intentionally Omitted

$890.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CONTRACTOR FEES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAX CONCOURSE PROPERTY, LLC
P O BOX 865722
ORLANDO FL 328869-572

$12,344.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      PROPERTY RENT

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JERSEY PRIDE, INC
2248 SOUTH BRANCH ROAD
BRANCHBURG NJ 08853

$495.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE DEBT

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.157.  **Nonpriority creditor's name and mailing address**

JORDAN,CLAUDIO
HODGE AND LANGLEY LAW FIRM PC
CHARLES J HODGE
229 MAGNOLIA ST
PO BOX 2765
SPARTANBURG SC 29304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.158.  **Nonpriority creditor's name and mailing address**

JW SURGICAL, LLC
200 FRIENDSHIP ROAD
DREXEL HILL PA 19026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,774.00

---

3.159.  **Nonpriority creditor's name and mailing address**

KEELER USA
P O BOX 74007574
CHICAGO IL 60674-7574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,354.35

Debtor    **The LASIK Vision Institute, LLC**                                            Case number *(if known)* **20-11416**

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENWOOD PLACE ONE LLC
C/O NEYER MANGEMENT
3927 BROTHERTON ROAD STE 200
CINCINNATI OH 45209

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,820.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KF PARENT II
55 CAMBRIDGE ST
BURLINGTON MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,933.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KINNEY, DR CHARLES H
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,075.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

KIRKORIAN ENTERPRISES L.L.C.
290 LOS GATOS-SARATOGA RD
LOS GATOS CA 95030

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,305.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

KIRKPATRICK PLAZA, LLC
C/O COLLIERS INTERNATIONAL
1 ALLIED DRIVE, SUITE 1500
LITTLE ROCK AR 72202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$52,164.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.165.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

KWC ACACIA COURT LLC
BLDGID : P0000001
PO BOX 82552
GOLETA CA 93118-2552

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,595.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | |
|---|---|
| **3.166.** | **Nonpriority creditor's name and mailing address** |

3.166.  **Nonpriority creditor's name and mailing address**

LANGUAGE SCIENTIFIC
101 STATION LANDING, SUITE 500
MEDFORD MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$480.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.167.  **Nonpriority creditor's name and mailing address**

LASHBACK LLC
1017 OLIVE STREET
4TH FLOOR
ST LOUIS MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.168.  **Nonpriority creditor's name and mailing address**

LAZ PARKING
ATTN: PARKING OFFICE
11620 WILSHIRE BLVD
LOS ANGELES CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,203.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|

3.169.   **Nonpriority creditor's name and mailing address**

LCA VISION INC
7840 MONTGOMERY ROAD
CINCINNATI OH 45236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.170.   **Nonpriority creditor's name and mailing address**

LEVEL 3 COMMUNICATIONS, LLC
PO BOX 910182
DENVER CO 80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$726.57

---

3.171.   **Nonpriority creditor's name and mailing address**

LIFECARE INC
2 ARMSTRONG ROAD
SHELTON CT 06484

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$21,085.00

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 3.172. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINCOLN LIFE & ANNUITY OF NY
PO BOX 7247-0347
PHILADELPHIA PA 19170-0347

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,622.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.173. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINCOLN MANAGEMENT
PROPERTY: 016511
LINCOLN PLAZA
P.O. BOX 310300
DES MOINES IA 50331-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,304.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.174. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINDE ELECTRONICS & SPECIALTY GASES
88299 EXPEDITE WAY
CHICAGO IL 60695-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$261.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | LINDE GAS LLC<br>88299 EXPEDITE WAY<br>CHICAGO IL 60695-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,378.38 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | LINDSEY, DR MALLORIE<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,960.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTRACTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | LOMA TEN BUSINESS PARK LP<br>C/O EPTEX REAL ESTATE PARTNERS<br>214 E BALTIMORE DR<br>EL PASO TX 79902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,450.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | LOMBART INSTRUMENT 5358 ROBIN HOOD ROAD NORFOLK VA 23513-2430 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $661.81 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MADRIVO MEDIA LLC 3889 S EASTERN AVENUE LAS VEGAS NV 89169 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $14,523.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MARFORI, BRIX Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,412.50 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| **3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.181.**

**Nonpriority creditor's name and mailing address**

MARKETING ARCHITECTS
110 CHESHIRE LANE, SUITE 200
MINNEAPOLIS MN 55305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$72,038.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.182.**

**Nonpriority creditor's name and mailing address**

MATIAN, DR GHAZALEH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.183.**

**Nonpriority creditor's name and mailing address**

MAXIM STAFFING SOLUTIONS
12558 COLLECTIONS CENTER DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$829.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MCCARTHY, KENNEY & REIDY, P.C.
101 MERRIMAC STREET
SUITE 700
BOSTON MA 02114-4716

☐ Contingent
☐ Unliquidated
☐ Disputed

$247.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MCKESSON MEDICAL SURGICAL
PO BOX 634404
CINCINNATI OH 45263-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.186.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MEDIA6DEGREES INC
PO BOX 347730
PITTSBURGH PA 15251-4730

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,863.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MESSER LLC<br>88718 EXPEDITE WAY<br>CHICAGO IL 60695-1700 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $244.97 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.188. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | METLIFE-GROUP BENEFITS/METLIFE SMALL BUSINESS CENTER<br>BOX# 804466<br>811 MAIN STREET, 7TH FLOOR<br>KANSAS CITY MO 64180-4466 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,718.67 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MICROSPECIALTIES, LLC<br>430 SMITH STREET<br>MIDDLETOWN CT 06457 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.75 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|

3.190.   **Nonpriority creditor's name and mailing address**

MIES, DR CHAD
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CONTRACTOR FEES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$6,170.00

---

3.191.   **Nonpriority creditor's name and mailing address**

MIKLANCIC, DIANE
VAN SICLEN STOCKS AND FIRKINS
TYLER K FIRKINS
721 45TH ST NE
AUBURN WA 98002-1381

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.192.   **Nonpriority creditor's name and mailing address**

MILLER, CHARLES
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$783.22

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.193.    **Nonpriority creditor's name and mailing address**

MOADEL DR, KENNETH
110 E 40TH ST
UNIT 600 - 603
NEW YORK NY 10016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.194.    **Nonpriority creditor's name and mailing address**

MODUS DIRECT LLC
1343 MAIN STREET
SUITE 600
SARASOTA FL 34236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$50,000.00

---

3.195.    **Nonpriority creditor's name and mailing address**

MONEYDART GLOBAL SERVICES INC
1000 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$16,483.32

---

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**3.196.**  **Nonpriority creditor's name and mailing address**

MORIA INC
1050 CROSS KEYS DRIVE
DOYLESTOWN PA 18902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$42,605.81

---

**3.197.**  **Nonpriority creditor's name and mailing address**

MOVEIT SPECIALIZED LOGISTICS
103 MOVEIT DR
PO BOX 220
BREDA IA 51436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$11,173.07

---

**3.198.**  **Nonpriority creditor's name and mailing address**

MRES PENN HOLDINGS LLC
PO BOX 6180
BUILDING ID: HAG001
HICKSVILLE NY 11802-6180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$14,384.81

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| 3.199. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.199.** **Nonpriority creditor's name and mailing address**

MUNIVE, CHRISTIAN
3998 INLAND EMPIRE BLVD #300
ONTARIO CA 91764

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,879.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.200.** **Nonpriority creditor's name and mailing address**

MURPHY, O.D, DELORES
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.201.** **Nonpriority creditor's name and mailing address**

NATIONAL MAINTENANCE SERVICES INC
12 SOUTH DIXIE HWY
UNIT 3
LAKE WORTH FL 33460

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,677.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

---

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONWIDE BUSINESS CONCEPTS
1439 W CHAPMAN AVENUE #64
ORANGE CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

$984.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.203. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEUSTAR INFO SERVICES INC
BANK OF AMERICA
PO BOX 742000
ATLANTA GA 30374-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

$72,316.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NGT CORPORATION
8965 GUILFORD ROAD
SUITE 100
COLUMBIA MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

$337.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                  Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.205. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

NICOR GAS COMPANY
P O BOX 5407
CAROL STREAM IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

$538.56

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      UTILITIES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.206. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

NOBLE SYSTEMS
1200 ASHWOOD PARKWAY
SUITE 300
ATLANTA GA 30338-4747

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,893.23

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.207. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

NORWALK CHAMBER OF COMMERCE
101 EAST AVENUE
NORWALK CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE DEBT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| | |
|---|---|
| **3.208.** | **Nonpriority creditor's name and mailing address** |

**3.208.**  **Nonpriority creditor's name and mailing address**

NUFIT MEDIA INC
ONE KENDALL SQUARE B2101
CAMBRIDGE MA 02139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,562.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.209.**  **Nonpriority creditor's name and mailing address**

OAK BROOK PLACE LLC
P O BOX 788471
PHILADELPHIA PA 19178-8471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.210.**  **Nonpriority creditor's name and mailing address**

OAKLAND COMMONS ACQUISITION LLC
P O BOX 310807
DES MOINES IA 50331-0807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,092.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.211. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.211.**  **Nonpriority creditor's name and mailing address**

OASIS MEDICAL INC
514 SOUTH VERMONT AVENUE
GLENDORA CA 91741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$91,200.32

---

**3.212.**  **Nonpriority creditor's name and mailing address**

OCULUS INC
17721 59TH AVE NE
ARLINGTON WA 98223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$15,654.83

---

**3.213.**  **Nonpriority creditor's name and mailing address**

OFFICETEAM
PO BOX 743295
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,159.67

---

Debtor    **The LASIK Vision Institute, LLC**

Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.214. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

OG & E
PO BOX 24990
OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

$630.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.215. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

OKC LPOB LLC
4200 S HULEN ST. SUITE 410
FORT WORTH TX 76109

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,715.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.216. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

OMNI COMBINED WE LLC
PO BOX 856
EAST GREENWICH RI 02818

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,831.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| 3.217. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | O'NEIL BUILDING FUND, LP - LVI 109<br>ONE WEBSTERS LANDING<br>SYRACUSE NY 13202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,683.23 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.218. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | OPTICALL, INC<br>8029 COOPER CREEK BLVD<br>BUILDING 3 UNIT 104<br>UNIVERSITY PARK FL 34201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,387.62 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.219. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | OPTIZMO TECHNOLOGIES LLC<br>401 CONGRESS AVE<br>SUITE 1540<br>AUSTIN TX 78701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,200.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ORTEGA, GARY
580 ROSE AVE
PRICE UT 84501

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.221.   **Nonpriority creditor's name and mailing address**

PAETEC
ATTN: CASH APPLICATIONS
600 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,060.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.222.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1001
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1002
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1003
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1004
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1005
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1006
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1007
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | PATIENT ID # 1008 | *Check all that apply.* |
| | Address Intentionally Omitted | |

**Amount of claim**

$50.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.230.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1009

Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.231.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1010

Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1011
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1012
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1013
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1013
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.236. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1014
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1015
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1016 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PATIENT ID # 1017 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PATIENT ID # 1018 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $150.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.241.**

**Nonpriority creditor's name and mailing address**

PATIENT ID # 1019
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.242.**

**Nonpriority creditor's name and mailing address**

PATIENT ID # 1020
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.243.**

**Nonpriority creditor's name and mailing address**

PATIENT ID # 1021
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1022
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.245. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1023
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.246. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1024
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1024
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.248.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1026
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.249.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1027
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1028
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1029
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1030
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.253. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1031 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.254. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1032 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.255. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1033 Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REFERRAL REWARD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.256. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PATIENT ID # 1034
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.257. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PATIENT ID # 1035
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.258. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PATIENT ID # 1036
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1036
Address Intentionally Omitted

**Amount of claim**

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.260. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1037
Address Intentionally Omitted

**Amount of claim**

$75.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.261. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1037
Address Intentionally Omitted

**Amount of claim**

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                         Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1038
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.263. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1039
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1040
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.265. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1041
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.266. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1042
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.267. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1042
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.268. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.268.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

PATIENT ID # 1043
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    REFERRAL REWARD

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
☐ Yes

---

3.269.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

PATIENT ID # 1044
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    REFERRAL REWARD

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
☐ Yes

---

3.270.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Amount of claim**

PATIENT ID # 1045
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    REFERRAL REWARD

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | PATIENT ID # 1046 | ☐ Contingent |
| | Address Intentionally Omitted | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.272. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | PATIENT ID # 1046 | ☐ Contingent |
| | Address Intentionally Omitted | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | PATIENT ID # 1046 | ☐ Contingent |
| | Address Intentionally Omitted | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 92 of 144

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1046
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1047
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1048
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|

**3.277.**  **Nonpriority creditor's name and mailing address**

PATIENT ID # 1049
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REFERRAL REWARD

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$75.00

---

**3.278.**  **Nonpriority creditor's name and mailing address**

PATIENT ID # 1049
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REFERRAL REWARD

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$50.00

---

**3.279.**  **Nonpriority creditor's name and mailing address**

PATIENT ID # 1050
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REFERRAL REWARD

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$50.00

Debtor   **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.280.** **Nonpriority creditor's name and mailing address**

PATIENT ID # 1051
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.281.** **Nonpriority creditor's name and mailing address**

PATIENT ID # 1051
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REFERRAL REWARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.282.** **Nonpriority creditor's name and mailing address**

PATIENT ID # 1056
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1057
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1059
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1063
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                         Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1066
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.287.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1067
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.288.    **Nonpriority creditor's name and mailing address**

PATIENT ID # 1068
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.289.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1069
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PATIENT REFUND

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.290.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1070
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PATIENT REFUND

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.291.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1075
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$165.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PATIENT REFUND

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1080
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.293. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1081
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$299.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1082
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1083
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1086
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1087
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                         Case number *(if known)* **20-11416**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1096
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1099
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1102
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | **The LASIK Vision Institute, LLC** | | Case number *(if known)* **20-11416** |

---

**3.301.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATIENT ID # 1104
Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$20.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

---

**3.302.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATIENT ID # 1105
Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

---

**3.303.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATIENT ID # 1109
Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.304.** **Nonpriority creditor's name and mailing address**
PATIENT ID # 1112
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$10.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.305.** **Nonpriority creditor's name and mailing address**
PATIENT ID # 1113
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.306.** **Nonpriority creditor's name and mailing address**
PATIENT ID # 1114
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1116
Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1117
Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

$37.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PATIENT ID # 1118
Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

$80.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1122
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1124
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1131
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                           Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1136
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $69.95 |

---

| | | |
|---|---|---|
| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1137
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $100.00 |

---

| | | |
|---|---|---|
| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1138
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $200.00 |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1140
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.317.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1143
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.318.   **Nonpriority creditor's name and mailing address**

PATIENT ID # 1144
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

---

| | | |
|---|---|---|
| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1147
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1148
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PATIENT ID # 1152
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1155 | ☐ Contingent | $100.00 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PATIENT REFUND | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☐ Yes | |

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1159 | ☐ Contingent | $20.00 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PATIENT REFUND | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☐ Yes | |

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PATIENT ID # 1160 | ☐ Contingent | $100.00 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PATIENT REFUND | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | | ☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1161
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PATIENT REFUND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATIENT ID # 1172
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEMBROOK MAITLAND LTD
121 ALHAMBRA PLAZA
SUITE 1600
CORAL GABLES FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,559.84

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PENSKE RACING SOUTH INC ATTN: ACCOUNTS RECEIVABLE PO BOX 500 MOORESVILLE NC 28115-0500 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,500.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.329. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PINEHURST BUILDING LLC PO BOX 310061 DES MOINES IA 50331-0061 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $18,316.69 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROPERTY RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.330. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PINPOINT OPTICS LLC 48 GRANNIS ROAD ORANGE CT 06477 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $22,058.05 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PORTER PROS LLC
861 SAN BRUNO AVE WEST #1
SAN BRUNO CA 94066

☐ Contingent
☐ Unliquidated
☐ Disputed

$893.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREFERRED APARTMENT COMMUNITIES
OPERATING PARTNERSHIP, L.P
C/O PAC GALLERIA 75, LLC
P O BOX 74091
CLEVELAND OH 44194-4091

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,710.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER ELECTRIC OF IOWA LLC
6082 NW BEAVER DR
SUITE 3
JOHNSTON IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

$370.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                     Case number *(if known)* **20-11416**

| | |
|---|---|
| 3.334. | **Nonpriority creditor's name and mailing address** |

PREMIUM ASSIGNMENT CORPORATION
PO BOX 8000
TALLAHASSEE FL 32314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$22.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| 3.335. | **Nonpriority creditor's name and mailing address** |

PROFECTUS PARTNERS LLC
2900 CHARLEVOIX DR SE
SUITE 360
GRAND RAPIDS MI 49546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$11,079.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| 3.336. | **Nonpriority creditor's name and mailing address** |

PUREADS LLC
1311 CALLE BATIDO
SUITE 230
SAN CLEMENTE CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$15,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.337.    **Nonpriority creditor's name and mailing address**

QUALITY ROOFING SERVICES INC
7920 GEORGETOWN ROAD
SUITE 400
INDIANAPOLIS IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$540.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.338.    **Nonpriority creditor's name and mailing address**

R & R REALTY GROUP
1080 JORDAN CREEK PARKWAY
STE 200 NORTH
DES MOINES IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$41,034.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.339.    **Nonpriority creditor's name and mailing address**

RAINBOW DISTRIBUTING COMPANY INC
P.O BOX 1475
LANESBOROUGH MA 01237

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**3.340.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

RAY HAMILTON COMPANY
2105 E KEMPER ROAD
CINCINNATI OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.341.** **Nonpriority creditor's name and mailing address**

RC ASSET BB LLC
1060 S 3RD STREET
SUITE 185
SAN JOSE CA 95112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,847.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.342.** **Nonpriority creditor's name and mailing address**

RCS GERMANTOWN I, LLC - LVI 86
C/O COMMERCIAL ADVISORS ASSET SERVICES,
LLC
5101 WHEELIS DRIVE, SUITE 320
MEMPHIS TN 38117

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,220.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                  Case number *(if known)* **20-11416**

| | |
|---|---|

**3.343.** **Nonpriority creditor's name and mailing address**

READY REFRESH BY NESTLE
PO BOX 856192
LOUISVILLE KY 40285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.344.** **Nonpriority creditor's name and mailing address**

RED BANYAN GROUP, LLC
PO BOX 670132
CORAL SPRINGS FL 33067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.345.** **Nonpriority creditor's name and mailing address**

REGIONS CREDIT CARD
1555 PALM BEACH LAKES BLVD.
WEST PALM BEACH FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,080.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                           Case number *(if known)* **20-11416**

| 3.346. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RELX INC DBA REED EXHIBITIONS
P O BOX 9599
NEW YORK NY 10087-4599

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,925.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.347. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCHELLE PARK CORPORATE CENTER
340 WEST PASSAIC STREET
RP340 ASSOCIATES - 2ND FLOOR ATTN: TINA
ROCHELLE PARK NJ 07662

☐ Contingent

☐ Unliquidated

☐ Disputed

$14,078.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.348. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROSENBERG MEDIA -TVI PAID IN TVI
14413 AUTUMN BRANCH TERRACE
BOYDS MD 20841

☐ Contingent

☐ Unliquidated

☐ Disputed

$33,337.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ROTH STAFFING COMPANIES, L.P<br>PO BOX 60003<br>ANAHEIM CA 92812 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,944.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RUBINBROWN LLP<br>PO BOX 790379<br>ST LOUIS MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,342.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RUIZ, JESUS<br>LAW OFFICE OF TODD J KROUNER PC<br>TODD J KROUNER<br>93 NORTH GREELEY AVE<br>CHAPPAQUA NY 10514 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>PENDING LITIGATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.352.**

**Nonpriority creditor's name and mailing address**

SADIGHI, DR HODA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.353.**

**Nonpriority creditor's name and mailing address**

SCHAEF AIR INC
9057 ARROW ROUTE, STE#160
RANCHO CUCAMONGA CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$573.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.354.**

**Nonpriority creditor's name and mailing address**

SCOTT & WHITEHEAD
4675 MACARTHUR COURT
SUITE 1240
NEWPORT BEACH CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$711.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCRIBE SOFTWARE
150 DOW STREET
MANCHESTER NH 03101

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.356. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SECURED COMMUNICATIONS, INC.
3249 SE QUAY ST
PT ST LUCIE FL 34984

☐ Contingent
☐ Unliquidated
☐ Disputed

$94,727.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.357. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENCOMM
912 CHAD LANE
TAMPA FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,879.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

SENSIS, INC.
TRAVERSE LEGAL PLC D/B/A HALL LEGAL
BRIAN A HALL
600 CONGRESS AVE
14TH FLOOR
AUSTIN TX 78701-3263

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SEVEN SPRINGS TRIPLE T PARTNERS
C/O SOLOMON DEVELOPMENT LLC
4539 TROUSDALE DR
NASHVILLE TN 37204

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,504.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SFI LTD PARTNERSHIP 14
10040 REGENCY CIRCLE
SUITE 200
OMAHA NE 68114

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,331.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SHAREHOLDER VALUE LTD
5307 WEST LOOP 289 STE 201
LUBBOCK TX 79414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,066.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.362.    **Nonpriority creditor's name and mailing address**

SHEN, DR KATHERINE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$325.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.363.    **Nonpriority creditor's name and mailing address**

SILHOUETTES INC
PO BOX 8201
JOHNSON CITY TN 37615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,870.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SILVER, ARIANNA
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$220.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SJL INC
P O BOX 1783
BROKEN ARROW OK 74013

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,341.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SKINCEUTICALS
PO BOX 731080
DALLAS TX 75373

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$62.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLOSBURG REAL PROPERTY
10040 REGENCY CIRCLE
OMAHA NE 86114

☐ Contingent
☐ Unliquidated
☐ Disputed

$70,322.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.368. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMART FAMILY VISION LLC
19705 W 97TH
LENEXA KS 66220

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CONTRACTOR FEES

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.369. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOLUTION REACH
P O BOX 74938
CHICAGO IL 60675-4938

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,320.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

| 3.370. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SONOMED<br>PO BOX 1677<br>SOUTHEASTERN PA 19399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $362.83 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.371. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SPOT COOLERS<br>29749 NETWORK PLACE<br>CHICAGO IL 60673-1297 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $804.38 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.372. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | STAPLES ADVANTAGE<br>DEPT ATL<br>PO BOX 105748<br>ATLANTA GA 30348-5748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $157,872.57 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **The LASIK Vision Institute, LLC**                           Case number *(if known)* **20-11416**

| 3.373. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERICYCLE INC.
ATTN: CASH APPS
4010 COMMERCIAL AVE
NORTHBROOK IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,565.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.374. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRATUS BUILDING SOLUTIONS OF SAN DIEGO
P O BOX 208299
DALLAS TX 75320-8299

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.375. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUMOTEXT
201 E. MARKHAM
SUITE 150
LITTLE ROCK AR 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 3.376. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.376. **Nonpriority creditor's name and mailing address**

SYNERGEYES INC
2236 RUTHERFORD ROAD
SUITE 115
CARLSBAD CA 92008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$237.99

---

3.377. **Nonpriority creditor's name and mailing address**

TALK2REP, INC- DNT USE- ENTER IN VGH
3363 W. COMMERCIAL BLVD.
SUITE A200
FORT LAUDERDALE FL 33309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$15,747.00

---

3.378. **Nonpriority creditor's name and mailing address**

TEM SYSTEMS, INC
4747 N. NOB HILL ROAD, SUITE 5
SUNRISE FL 33351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$2,388.25

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | |
|---|---|
| 3.379. | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

TEXAS NAME MERCANTILE INVESTMENT LLC
PO BOX 677256
DALLAS TX 75267-7256

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,263.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | |
|---|---|
| 3.380. | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

THE BURGESS COMPANY LLC
37 VILLA ROAD
SUITE 200
GREENVILLE SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,458.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | |
|---|---|
| 3.381. | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

THE PLAZA PHASE III, LLC
4715 LINCOLNWAY EAST
MISHAWAKA IN 46544

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,314.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                        Case number *(if known)* **20-11416**

| 3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE REALTY ASSOCIATES FUND XI PORTFOLIO, L.P.
P O BOX 2203
HICKSVILLE NY 11802

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,636.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.383. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THERMAL ENGINEERS INC
12489 SAN JOSE BLVD
SUITE 1
JACKSONVILLE FL 32223

☐ Contingent
☐ Unliquidated
☐ Disputed

$62.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.384. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TITAN SECURITY LLC
PO BOX 278
DEWITT NY 13214

☐ Contingent
☐ Unliquidated
☐ Disputed

$77.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

| 3.385. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

TL GCP OWNER LLC
P O BOX 412210
BOSTON MA 02241-2210

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,435.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.386. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

TOTAL FACILITY SOLUTIONS INC
7466 SW 48 STREET
MIAMI FL 33155

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,431.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.387. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

TOWER 1555
1555 PALM BEACH LAKES BLVD
SUITE 1100
WEST PALM BEACH FL 33401

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,793.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.388.** 

**Nonpriority creditor's name and mailing address**

TRAN, DR HUY
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.389.**

**Nonpriority creditor's name and mailing address**

TROLLEY- BOI,LLC
701 TRAVELERS BLVD STE 545
SUMMERVILLE SC 29485

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,375.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.390.**

**Nonpriority creditor's name and mailing address**

TULSA TOWERS LLC
C/O BAUER & ASSOCIATES INC
4821 S SHERIDAN SUITE 201
TULSA OK 74145

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,013.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TURNER REPORTING SERVICES
7500 W LANE MEAD BLVD
SUITE 9246
LAS VEGAS NV 89128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $1,302.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.392.    **Nonpriority creditor's name and mailing address**

U AND ME MOVING
2626 ELECTRONICS WAY
WEST PALM BEACH FL 33407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $11,300.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.393.    **Nonpriority creditor's name and mailing address**

UMC, LLC
18700 BEACH BLVD, # 260
HUNTINGTON BEACH CA 92648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $9,548.15 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The LASIK Vision Institute, LLC**                                                Case number *(if known)* **20-11416**

| 3.394. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNITED ILLUMINATING COMPANY 010-0001418-8048
010-0001418-8048
PO BOX 9230
CHELSEA MA 02150-9230

☐ Contingent
☐ Unliquidated
☐ Disputed

$762.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.395. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VDC ENTERPRISES
149 BRIGHTON LANE
MARS PA 16046

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,155.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.396. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VELOSIO LLC
P O BOX 933191
CLEVELAND OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,710.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.397. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |

3.397.    **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS - 660108
PO BOX 660108
DALLAS TX 75266-0108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,949.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.398.    **Nonpriority creditor's name and mailing address**

VERIZON-15124 - MOADEL
PO BOX 15124
ALBANY NY 12212-5124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$112.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.399.    **Nonpriority creditor's name and mailing address**

VINCODO, LLC
1554 CLARK DR
YARDLEY PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$93,088.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

3.400.    **Nonpriority creditor's name and mailing address**

VINEYARD FLAGSHIP 87, LLC
1850 MT. DIABLO BLVD. #200
WALNUT CREEK CA 94596

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$69,052.23

3.401.    **Nonpriority creditor's name and mailing address**

VISTA STAFFING SOL/WHITAKER MEDICAL
FILE 50834
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$10,225.00

3.402.    **Nonpriority creditor's name and mailing address**

VMI CLEANING CORP
44 MALL ROAD
SUITE G-16
BURLINGTON MA 01803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$1,210.00

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 3.403. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.403.   **Nonpriority creditor's name and mailing address**

WESTAR POLARIS III LLC
C/O THE DAIMLER GROUP INC
1533 LAKE SHORE DR STE 50
COLUMBUS OH 43204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$15,420.26

---

3.404.   **Nonpriority creditor's name and mailing address**

WESTWOOD VENTURE LLC
3050 K STREET, SUITE 125
WASHINGTON DC 20007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$19,792.16

---

3.405.   **Nonpriority creditor's name and mailing address**

WHITEHALL LLC
C/O THE KATSIAS COMPANY
P.O. BOX 922
VIRGINIA BEACH VA 23451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY RENT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$13,440.54

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.406. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.406.  **Nonpriority creditor's name and mailing address**

WILLIAMS, TAMARA
WATSON BURNS PLLC
FRANK L WATSON III WILLIAM F BURNS
253 ADAMS AVE
MEMPHIS TN 38103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.407.  **Nonpriority creditor's name and mailing address**

WOOD WORKS
254 HESPER AVE
METAIRIE LA 70005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$545.00

---

3.408.  **Nonpriority creditor's name and mailing address**

WORKPLACE PARTNERS INC
9648 OLIVE ROAD
#316
ST LOUIS MO 63132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,000.00

---

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | | |
|---|---|---|---|---|
| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

XEROX CORPORATION
PO BOX 827598
PHILADELPHIA PA 19182-7598

☐ Contingent

☐ Unliquidated

☐ Disputed

$836.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

XO COMMUNICATIONS SERVICES INC
PO BOX 15043
ALBANY NY 12212-5043

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,459.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

YAHOO INC
PO BOX 89-4147
LOS ANGELES CA 90189-4147

☐ Contingent

☐ Unliquidated

☐ Disputed

$215.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

| 3.412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YELP! INC
PO BOX 204393
DALLAS TX 75320-4393

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,275.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.413. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZALAZNICK, DR. STEVEN
PASSAIC EYE CARE PC
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,525.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONTRACTOR FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.414. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZETA GLOBAL CORP
185 MADISON AVENUE
5TH FLOOR
NEW YORK NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,797.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ZIEMER U.S.A.
620 E 3RD ST
ALTON IL 62002

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,818,354.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | |
|---|---|---|
| 3.416. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ZIEMER U.S.A.
620 E 3RD ST
ALTON IL 62002

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$252,314.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Part 2 line 3.20 | _____ |
| ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | Part 2 line 3.21 | _____ |
| ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | _____ | _____ |
| AMOBEE INC<br>MEGAN REIFEISS<br>PO BOX 894409<br>LOS ANGELES CA 90189 | Part 2 line 3.30 | _____ |
| AUSTIN SIEGFRIED<br>PO BOX 650448<br>DALLAS TX 75265-0448 | Part 2 line 3.27 | _____ |
| AUSTIN SIEGFRIED<br>PO BOX 650448<br>DALLAS TX 75265-0448 | Part 2 line 3.28 | _____ |
| BRACE WOOD<br>SARA TAYLOR<br>1400 E EXPRESSWAY 83<br>SUITE 155<br>MCALLEN TX 78503 | Part 2 line 3.64 | _____ |
| CENTURYLINK<br>MIGUEL ZELAYA<br>PO BOX 52187<br>PHOENIX AZ 85072-2187 | Part 2 line 3.76 | _____ |
| CLINICAL PROPERTY HOLDINGS, LLC<br>ERIC SOLHEIM<br>653 COLLINS MEADOW DRVIE<br>GEORGETOWN SC 29940 | Part 2 line 3.82 | _____ |
| DINSMORE &SHOHL LLP<br>1900 CHEMED CENTER<br>255 EAST FIFTH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.169 | _____ |
| DINSMORE &SHOHL LLP<br>1900 CHEMED CENTER<br>255 EAST FIFTH STREET<br>CINCINNATI OH 45202 | Part 2 line 3.84 | _____ |
| DOUGLAS EMMETT 2010 LLC<br>CARMELA VILLAGRACIA<br>1003 BISHOP ST<br>#440<br>HONOLULU HI 96813 | Part 2 line 3.103 | _____ |

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

FURR AND COHEN PA                         Part 2 line 3.387                    _____
ROBERT C FURR,ESQ
2255 GLADES RD.,STE 301E
BOCA RATON FL 33431

GILMAN AND BEDIGAN LLC                    Part 2 line 3.282                    _____
CHARLES A GILMAN ESQ
1954 GREENSPRING DR
STE 250
TIMONIUM MD 21093

GOOGLE INC                                Part 2 line 3.132                    _____
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043

GOOGLE INC                                Part 2 line 3.133                    _____
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043

GREENBERG TRAURIG LLP                     Part 2 line 3.20                     _____
DENNIS A MELORO
THE NEMOURS BLDG
1007 NORTH ORANGE ST.,STE 1200
WILMINGTON DE 19801

GREENBERG TRAURIG LLP                     Part 2 line 3.21                     _____
DENNIS A MELORO
THE NEMOURS BLDG
1007 NORTH ORANGE ST.,STE 1200
WILMINGTON DE 19801

GREENBERG TRAURIG PA                      Part 2 line 3.20                     _____
ARI NEWMAN
333 SE 2ND AVE.,STE 4400
MIAMI FL 33131

GREENBERG TRAURIG PA                      Part 2 line 3.21                     _____
ARI NEWMAN
333 SE 2ND AVE.,STE 4400
MIAMI FL 33131

HENRY SCHEIN INC                          Part 2 line 3.140                    _____
HEATHER STEPHENS
PO BOX 371952
PITTSBURGH PA 15250-7952

HONIGMAN LLP                              Part 2 line 3.210                    _____
LAWRENCE A LICHTMAN,ESQ
2290 FIRST NATIONAL BLDG
660 WOODWARD AVE
DETROIT MI 48226

NEUSTAR INFO SVC INC                      Part 2 line 3.203                    _____
BANK OF AMERICA
HOMAN HAGHARI
PO BOX 742000
ATLANTA GA 30374-2000

OASIS MEDICAL                             Part 2 line 3.211                    _____
MATT KRALL
514 S VERMONT AVE
GLENDORA CA 91741

OASIS MEDICAL INC                         Part 2 line 3.211                    _____
MONICA LOERA
514 SOUTH VERMONT AVE
GLENDORA CA 91741

SLOSBURG REAL PROPERTY                    Part 2 line 3.367                    _____
BRIAN SCHUKAR
10040 REGENCY CIRCLE
OMAHA NE 86114

Debtor   **The LASIK Vision Institute, LLC**                                            Case number *(if known)* **20-11416**

STAPLES ADVANTAGE                    Part 2 line 3.372                    _____
DEPT ATL
JAMIE THOMAS
PO BOX 105748
ATLANTA GA 30348-5748

TOWER 1555                           Part 2 line 3.387                    _____
DEBRA LAWSON
1555 PALM BEACH LAKES BLVD STE 1100
WEST PALM BEACH FL 33401

VINCODO LLC                          Part 2 line 3.399                    _____
TIM DALY
1554 CLARK DR
YARDLY PA 19067

WILES & WILES LLP                    Part 2 line 3.51                     _____
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $0.00 |
| **5b.** | **Total claims from Part 2** | 5b. + | $21,080,201.70 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $21,080,201.70 |

Fill in this information to identify the case:

**Debtor name:** The LASIK Vision Institute, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-11416

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | **Title of contract** | _____ | (HUNT) BRIGHT, MELISSA |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | Address Intentionally Omitted |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | 16 COURT ST BROOKLYN OWNER, LLC |
| | **State the term remaining** | UNDETERMINED | 16 COURT STREET BROOKLYN OWNER, LLC |
| | **List the contract number of any government contract** | _____ | P.O. BOX 75970 BALTIMORE MD 21275 |

| 2.3. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | 2526 INVESTMENT CO., LLC |
| | **State the term remaining** | UNDETERMINED | C/O COLLIERS INTERNATIONAL 4520 MAIN STREET, SUITE 1000 KANSAS CITY MO 64111 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.4. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

2.4.   **Title of contract**

**State what the contract or lease is for**    PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**    LESSEE

**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

40 RICHARDS, LLC
187 DANBURY ROAD
WILTON CT 06897

---

2.5.   **Title of contract**

**State what the contract or lease is for**    PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**    LESSEE

**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

5 CENTERPOINTE DR. LLC
C/O MELVIN MARK BROKERAGE
UNIT 160
P O BOX 5153
PORTLAND OR 97208-5153

---

2.6.   **Title of contract**

**State what the contract or lease is for**    PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**    LESSEE

**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

555 ASSOCIATES
555 CITY AVENUE
STE 1130
BALA CYNWYD PA 19004

---

2.7.   **Title of contract**

**State what the contract or lease is for**    PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**    LESSEE

**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

9601 BLACKWELL ICJV, LLC
9601 BLACKWELL ROAD
ROCKVILLE MD 20850

---

2.8.   **Title of contract**

**State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ABARR, DR KATHLEEN K
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                                Case number *(if known)* **20-11416**

| 2.9. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ABYANEH, AMIR |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.10. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ABYANEH, AMIR |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.11. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | ACACIA COURT |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 82552 |
| | **List the contract number of any government contract** | | GOLETA CA 93118-2552 |

| 2.12. | **Title of contract** | REAL & PERSONAL PROPERTY - POLICY NO. IA492 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | AFFILIATED FM INSURANCE CO. |
| | **State the term remaining** | 3/31/2021 | 270 CENTRAL AVE |
| | **List the contract number of any government contract** | | JOHNSTON RI 02919 |

| 2.13. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AFREEN, SADIA |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.14. | **Title of contract** | CRIME & FIDELITY - POLICY NO. 39783819 |

**State what the contract or lease is for**      INSURANCE

**Nature of debtor's interest**      INSURED

**State the term remaining**      11/10/2020

**List the contract number of any government contract**      _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AIG
80 PINE STREET
NEW YORK NY 10005

---

2.15.   **Title of contract**      FOREIGN LIABILITY - POLICY NO. WS11009434

**State what the contract or lease is for**      INSURANCE

**Nature of debtor's interest**      INSURED

**State the term remaining**      11/10/2020

**List the contract number of any government contract**      _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AIG
80 PINE STREET
NEW YORK NY 10005

---

2.16.   **Title of contract**      DIRECTORS & OFFICERS LIABILITY – R/O - POLICY NO. 24544449

**State what the contract or lease is for**      INSURANCE

**Nature of debtor's interest**      INSURED

**State the term remaining**      3/1/2025

**List the contract number of any government contract**      _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AIG
80 PINE STREET
NEW YORK NY 10005

---

2.17.   **Title of contract**      _____

**State what the contract or lease is for**      PURCHASE AGREEMENT

**Nature of debtor's interest**      CONTRACT PARTY

**State the term remaining**      UNDETERMINED

**List the contract number of any government contract**      _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALBAN, THERESE M
(JACKSONVILLE PRACTICE)
Address Intentionally Omitted

---

2.18.   **Title of contract**      _____

**State what the contract or lease is for**      PURCHASE AGREEMENT

**Nature of debtor's interest**      CONTRACT PARTY

**State the term remaining**      UNDETERMINED

**List the contract number of any government contract**      _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALBAN, THERESE M
(ORLANDO PRACTICE)
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                     Case number *(if known)* **20-11416**

2.19.   **Title of contract** _____          State the name and mailing address
                                                                   for all other parties with whom the
        **State what the contract or**    PURCHASE AGREEMENT        debtor has an executory contract or
        **lease is for**                                           unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY            ALBAN, THERESE M
                                                                   (TAMPA PRACTICE)
        **State the term remaining**      UNDETERMINED              Address Intentionally Omitted

        **List the contract number of** _____
        **any government contract**

2.20.   **Title of contract** _____          State the name and mailing address
                                                                   for all other parties with whom the
        **State what the contract or**    EQUIPMENT LEASE AGREEMENT debtor has an executory contract or
        **lease is for**                                           unexpired lease

        **Nature of debtor's interest**   VENDOR                    ALCON LABORATORIES INC
                                                                   PO BOX 677775
        **State the term remaining**      UNDETERMINED              DALLAS TX 75267-7775

        **List the contract number of** _____
        **any government contract**

2.21.   **Title of contract** _____          State the name and mailing address
                                                                   for all other parties with whom the
        **State what the contract or**    INSTALLMENT LOAN AGREEMENT debtor has an executory contract or
        **lease is for**                                           unexpired lease

        **Nature of debtor's interest**   VENDOR                    ALCON LABORATORIES INC
                                                                   PO BOX 677775
        **State the term remaining**      UNDETERMINED              DALLAS TX 75267-7775

        **List the contract number of** _____
        **any government contract**

2.22.   **Title of contract** _____          State the name and mailing address
                                                                   for all other parties with whom the
        **State what the contract or**    LEGAL SERVICES AGREEMENT  debtor has an executory contract or
        **lease is for**                                           unexpired lease

        **Nature of debtor's interest**   LEGAL / PROFESSIONAL      ALVERSON TAYLOR MORTENSEN
                                                                   AND SANDERS
        **State the term remaining**      UNDETERMINED              6605 GRAND MONTECITO
                                                                   PARKWAY
        **List the contract number of** _____ SUITE 200
        **any government contract**                                 LAS VEGAS NV 89149

2.23.   **Title of contract** _____          State the name and mailing address
                                                                   for all other parties with whom the
        **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT debtor has an executory contract or
        **lease is for**                                           unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY            AMIN, KHYATI
                                                                   Address Intentionally Omitted
        **State the term remaining**      UNDETERMINED

        **List the contract number of** _____
        **any government contract**

Debtor    **The LASIK Vision Institute, LLC**                                                          Case number *(if known)* **20-11416**

| 2.24. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AMIN, KHYATI |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.25. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MARKETING | |
| | Nature of debtor's interest | VENDOR | AMOBEE INC |
| | State the term remaining | UNDETERMINED | PO BOX 894409 |
| | List the contract number of any government contract | | LOS ANGELES CA 90189 |

| 2.26. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | APEX PACIFIC PARTNERS |
| | State the term remaining | UNDETERMINED | 14180 DALLAS PARKWAY |
| | | | SUITE 320 |
| | List the contract number of any government contract | | DALLAS TX 75254 |

| 2.27. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | ASHCRAFT REAL ESTATE & |
| | State the term remaining | UNDETERMINED | DEVELOPMENT CORP |
| | | | 8200 MOUNTAIN ROAD NE |
| | List the contract number of any government contract | | STE 102 |
| | | | ALBUQUERQUE NM 87110 |

| 2.28. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RENTAL CAR AGREEMENT | |
| | Nature of debtor's interest | VENDOR | AVIS |
| | State the term remaining | UNDETERMINED | PO BOX 690360 |
| | List the contract number of any government contract | | TULSA OK 74169-0360 |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.29. | **Title of contract** | CYBER LIABILITY – EXCESS - POLICY NO. PRV10012066102 |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 11/10/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AXA XL
300 BROADACRES DR # 300
BLOOMFIELD NJ 07003

| | | |
|---|---|---|
| 2.30. | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BALOGH FAMILY PARTNERSHIP II, LLC
1391 SAWGRASS CORPORATE PARKWAY
SUNRISE FL 33323

| | | |
|---|---|---|
| 2.31. | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BANYAN STREET/GAP SATELLITE PLACE 300 OWNER LLC
1 INDEPENDENT DRIVE, SUITE 1850
JACKSONVILLE FL 32202

| | | |
|---|---|---|
| 2.32. | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BANYAN STREET/GAP SATELLITE PLACE 300 OWNER LLC
1 INDEPENDENT DRIVE, SUITE 1850
JACKSONVILLE FL 32202

| | | |
|---|---|---|
| 2.33. | **Title of contract** | |
| | **State what the contract or lease is for** | PRICING AGREEMENT |
| | **Nature of debtor's interest** | VENDOR |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BAUSCH & LOMB SURGICAL/VALEANT
4395 COLLECTION CENTER DR
CHICAGO IL 60693-0043

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| 2.34. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LICENSE & SERVICES AGREEMENT AND TRANSITION AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | BAVAND YOUSSEFZADEH-EXP |
| | **State the term remaining** | UNDETERMINED | 11746 BELLAGIO ROAD APT 303 |
| | List the contract number of any government contract | | LOS ANGELES CA 90049 |

| 2.35. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | BAYOU VERRET LANDS, LLC |
| | **State the term remaining** | UNDETERMINED | 2424 EDENBORN AVENUE SUITE 600 |
| | List the contract number of any government contract | | METAIRIE LA 70001 |

| 2.36. | **Title of contract** | PROFESSIONAL LIABILITY – EXCESS 1 - POLICY NO. W21247190301 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | BEAZLEY (LLOYDS) BEAZLEY USA SVC INC |
| | **State the term remaining** | 11/18/2020 | 30 BATTERSON PK RD FARMINGTON CT 06032 |
| | List the contract number of any government contract | | |

| 2.37. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – TAIL PRIMARY - POLICY NO. BPRO8053267 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | BERKLEY AON RISK SERVICES INC OF IL |
| | **State the term remaining** | 2/12/2021 | 200 EAST RANDOLPH ST 11TH FLOOR CHICAGO IL 60601 |
| | List the contract number of any government contract | | |

| 2.38. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEVELS, ANGELA Address Intentionally Omitted |
| | **State the term remaining** | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.39. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER DO, TODD |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.40. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER DO, TODD |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.41. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER, DR CRAIG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.42. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER, DR CRAIG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.43. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER, DR CRAIG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.44. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER, DR CRAIG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.45. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEYER, DR CRAIG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.46. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | BMC SOFTWARE, INC |
| | **State the term remaining** | | PO BOX 301165 |
| | **List the contract number of any government contract** | | DALLAS TX 75303-1165 |

| 2.47. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | BMO-I BALLAS PLACE, LLC |
| | **State the term remaining** | UNDETERMINED | 600 EMERSON |
| | **List the contract number of any government contract** | | CREVE COEUR MO 63141 |

| 2.48. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOSSIN, RICHARD M |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.49. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | BOSS'S PINNACLE POINT, LLC |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 25189 |
| | **List the contract number of any government contract** | _____ | COLUMBIA SC 29223 |

| 2.50. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | BRACE WOOD MANAGEMENT LLC |
| | **State the term remaining** | UNDETERMINED | 1400 E EXPRESSWAY 83 |
| | **List the contract number of any government contract** | _____ | MCALLEN TX 78503 |

| 2.51. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BREEDLOVE, HAL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BREEDLOVE, HAL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | BRI 1875 MERIDIAN, LLC |
| | **State the term remaining** | UNDETERMINED | ACCESSO PARTNERS LLC |
| | **List the contract number of any government contract** | _____ | MARY EASON |
| | | | PO BOX 714802 |
| | | | CINCINNATI OH 45271-4802 |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

2.54.    **Title of contract**

    **State what the contract or lease is for**       PROFESSIONAL SERVICES AGREEMENT

    **Nature of debtor's interest**       CONTRACT PARTY

    **State the term remaining**       UNDETERMINED

    **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRIGHT, MELISSA
Address Intentionally Omitted

2.55.    **Title of contract**

    **State what the contract or lease is for**       PROPERTY LEASE AGREEMENT

    **Nature of debtor's interest**       LESSEE

    **State the term remaining**       UNDETERMINED

    **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRIGID CAPITAL, LLC
11950 S. HARLEM AVENUE
PALOS HEIGHTS IL 60463

2.56.    **Title of contract**

    **State what the contract or lease is for**       PROPERTY LEASE AGREEMENT

    **Nature of debtor's interest**       LESSEE

    **State the term remaining**       UNDETERMINED

    **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD INVESTORS LLC
707 SKOKIE BOULEVARD
NORTHBROOK IL 60062

2.57.    **Title of contract**

    **State what the contract or lease is for**       PROFESSIONAL SERVICES AGREEMENT

    **Nature of debtor's interest**       CONTRACT PARTY

    **State the term remaining**       UNDETERMINED

    **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRULE OD, SUSAN
Address Intentionally Omitted

2.58.    **Title of contract**

    **State what the contract or lease is for**       MANAGEMENT SERVICES AGREEMENT

    **Nature of debtor's interest**       CONTRACT PARTY

    **State the term remaining**       UNDETERMINED

    **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRUSCO, MICHAEL
Address Intentionally Omitted

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | | |
|---|---|---|---|
| 2.59. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUSCO, MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.60. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUSCO, MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.61. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUSCO, MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.62. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUSCO, MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.63. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUSCO, MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.64. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BRUSCO, MICHAEL<br>Address Intentionally Omitted |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.65. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | BURGESS COMPANY, LLC<br>RECEIVER<br>37 VILLA ROAD, SUITE 200<br>GREENVILLE SC 29615 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.66. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | BUTLER INVSMT GRP LLC/7088 BLDG<br>2160 N. FINE AVENUE<br>FRESNO CA 93727 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.67. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LICENSE AND SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CALIFORNIA LASIK AND CATARACT INSTITUTE, INC.<br>18632 BEACH BLVD<br>SUITE 100<br>HUNTINGTON BEACH CA 92648 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

| 2.68. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | CAM PLANTATION LLC<br>1455 BLUE POINT AVENUE<br>NAPLES FL 34102 |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | |

Debtor    **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.69. | **Title of contract** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | CAMPEN, DR THOMAS |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.70. | **Title of contract** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | CAMPEN, DR THOMAS |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.71. | **Title of contract** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | CAMPEN, DR THOMAS |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.72. | **Title of contract** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | CARL HARDER |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.73. | **Title of contract** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | CARR, JONATHAN |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.74. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT LICENSING AGREEMENT | |
| | Nature of debtor's interest | VENDOR | CENTURY LINK |
| | State the term remaining | UNDETERMINED | PO BOX 52187 |
| | List the contract number of any government contract | | PHOENIX AZ 85072-2187 |

| 2.75. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CHADO OD, SAMUEL |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.76. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CHAN, JOHN |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.77. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CHATHA, MANMEET |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.78. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CHESEN, NEIL |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.79. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHIMA, HARMIN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.80. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | CHRISTIAN AND BLANCA MUNIVE |
| | **State the term remaining** | UNDETERMINED | 11441 FOOTHILL ROAD |
| | **List the contract number of any government contract** | _____ | RANCHO CUCAMONGA CA 91730 |

| 2.81. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS D&O - POLICY NO. G71497665 001 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | CHUBB |
| | **Nature of debtor's interest** | INSURED | WESTCHESTER PROFESSIONAL RISK |
| | **State the term remaining** | 3/1/2025 | 11575 GREAT OAKS WAY |
| | **List the contract number of any government contract** | _____ | STE 200 |
| | | | ALPHARETTA GA 30022 |

| 2.82. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS EMPLOYMENT PRACTICES - POLICY NO. G71497677 001 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | CHUBB |
| | **Nature of debtor's interest** | INSURED | WESTCHESTER PROFESSIONAL RISK |
| | **State the term remaining** | 3/1/2025 | 11575 GREAT OAKS WAY |
| | **List the contract number of any government contract** | _____ | STE 200 |
| | | | ALPHARETTA GA 30022 |

| 2.83. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | CIM/11600 WILSHIRE (LOS ANGELES), LP |
| | **State the term remaining** | UNDETERMINED | LOCKBOX #1894343183 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91109-8315 |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.84. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CLARK, MELVIN |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.85. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CLARK, MELVIN |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.86. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | CLINICAL PROPERTY HOLDINGS, LLC |
| | State the term remaining | UNDETERMINED | 653 COLLINS MEADOW DRIVE |
| | List the contract number of any government contract | | GEORGETOWN SC 29440 |

| 2.87. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MANAGEMENT SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CONCOOL, BARRY |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.88. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MANAGEMENT SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CONCOOL, BARRY |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.89. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONCOOL, BARRY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.90. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONCOOL, BARRY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.91. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MSA HOLDER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONCOOL, BARRY |
| | **State the term remaining** | UNDETERMINED | 8990 NORTH DAVIS HWY |
| | **List the contract number of any government contract** | | APT 6<br>PENSACOLA FL 32514 |

| 2.92. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONNELL, CHRISTOPHER |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.93. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | CP62929 CAMELBACK, LLC |
| | **State the term remaining** | UNDETERMINED | 280 SECOND STREET, SUITE 230<br>LOS ALTOS CA 94022 |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                                 Case number *(if known)* **20-11416**

---

**2.94.**  **Title of contract**

State what the contract or       PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest      LESSEE

State the term remaining         UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

CPI/AHP CHARLOTTE MOB OWNER,
LLC
C/O AHP MANAGEMENT, LLC
TAMMY MOORE
425 SEVENTH ST NE
CHARLOTTESVILLE VA 22902

---

**2.95.**  **Title of contract**

State what the contract or       PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest      LESSEE

State the term remaining         UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

CPI/AHP FLETCHER MOB OWNER,
L.L.C.
977 SEMINOLE TRAIL, PMB 344
CHARLOTTESVILLE VA 22901

---

**2.96.**  **Title of contract**

State what the contract or       PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest      LESSEE

State the term remaining         UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

CRANBROOK REALTY INVESTMENT
FUND, LP
4701 SISK ROAD, SUITE 101
MODESTO CA 95356

---

**2.97.**  **Title of contract**

State what the contract or       PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest      LESSEE

State the term remaining         UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

CRP INVESTORS, LLC
175 SOUTH MAIN SUITE 610
SALT LAKE CITY UT 84111

---

**2.98.**  **Title of contract**

State what the contract or       PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest      LESSEE

State the term remaining         UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

CV 363 CENTENNIAL PARKWAY,
LLC
5291 EAST YALE AVENUE
DENVER CO 80222

---

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**2.99.**   **Title of contract**          _____          State the name and mailing address
                                                                                     for all other parties with whom the
          **State what the contract or**   SERVICES AGREEMENT                        debtor has an executory contract or
          **lease is for**                                                           unexpired lease

          **Nature of debtor's interest**  VENDOR                                    CYXTERA COMMUNICATIONS, LLC
                                                                                     13322 COLLECTION CENTER DRIVE
          **State the term remaining**     _____          CHICAGO IL 60693-0133

          **List the contract number of**  _____
          **any government contract**

**2.100.**  **Title of contract**          _____          State the name and mailing address
                                                                                     for all other parties with whom the
          **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT           debtor has an executory contract or
          **lease is for**                                                           unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                            DANGELO, DR LUCIA
                                                                                     Address Intentionally Omitted
          **State the term remaining**     UNDETERMINED

          **List the contract number of**  _____
          **any government contract**

**2.101.**  **Title of contract**          _____          State the name and mailing address
                                                                                     for all other parties with whom the
          **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT           debtor has an executory contract or
          **lease is for**                                                           unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                            DASTRANGE, ROSA
                                                                                     Address Intentionally Omitted
          **State the term remaining**     UNDETERMINED

          **List the contract number of**  _____
          **any government contract**

**2.102.**  **Title of contract**          _____          State the name and mailing address
                                                                                     for all other parties with whom the
          **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT           debtor has an executory contract or
          **lease is for**                                                           unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                            DHAM, VIJAYATA VERA
                                                                                     Address Intentionally Omitted
          **State the term remaining**     UNDETERMINED

          **List the contract number of**  _____
          **any government contract**

**2.103.**  **Title of contract**          _____          State the name and mailing address
                                                                                     for all other parties with whom the
          **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT           debtor has an executory contract or
          **lease is for**                                                           unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                            DIEGEL, ROBERT
                                                                                     Address Intentionally Omitted
          **State the term remaining**     UNDETERMINED

          **List the contract number of**  _____
          **any government contract**

Debtor    **The LASIK Vision Institute, LLC**                          Case number *(if known)* **20-11416**

---

2.104.   **Title of contract**              _____    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                     DIEGEL, ROBERT
                                                                              Address Intentionally Omitted
         **State the term remaining**       UNDETERMINED

         **List the contract number of**    _____
         **any government contract**

2.105.   **Title of contract**              _____    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                     DININGER OD, AMANDA
                                                                              Address Intentionally Omitted
         **State the term remaining**       UNDETERMINED

         **List the contract number of**    _____
         **any government contract**

2.106.   **Title of contract**              _____    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     CAFETERIA PLAN                     debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest**    INSURANCE / BENEFITS               DISCOVERY BENEFITS INC
                                                                              PO BOX 9528
         **State the term remaining**       UNDETERMINED                      FARGO ND 58106-9528

         **List the contract number of**    _____
         **any government contract**

2.107.   **Title of contract**              _____    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     FSA                                debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest**    INSURANCE / BENEFITS               DISCOVERY BENEFITS INC
                                                                              PO BOX 9528
         **State the term remaining**       UNDETERMINED                      FARGO ND 58106-9528

         **List the contract number of**    _____
         **any government contract**

2.108.   **Title of contract**              _____    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     INSURANCE                          debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest**    VENDOR                             DISCOVERY BENEFITS INC
                                                                              PO BOX 9528
         **State the term remaining**       UNDETERMINED                      FARGO ND 58106-9528

         **List the contract number of**    _____
         **any government contract**

Debtor    **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

2.109.  **Title of contract**                  _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    INSURANCE

        **Nature of debtor's interest**    VENDOR          DISCOVERY BENEFITS INC
PO BOX 9528
FARGO ND 58106-9528

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____


2.110.  **Title of contract**                  _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**    CONTRACT PARTY          DIXON, MARGARET
Address Intentionally Omitted

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____


2.111.  **Title of contract**                  _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROPERTY LEASE AGREEMENT

        **Nature of debtor's interest**    LESSEE          DOUGLAS EMMETT 2010, LLC
1003 BISHOP ST. #440
HONOLULU HI 96813

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____


2.112.  **Title of contract**                  _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**    CONTRACT PARTY          DOYLE MD, REBECCA RAY
Address Intentionally Omitted

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____


2.113.  **Title of contract**                  _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**    CONTRACT PARTY          DOYLE OD, MATTHEW
Address Intentionally Omitted

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

| 2.114. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DOYLE, JACKIE LYNN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.115. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | EFAX CORPORATE |
| | **State the term remaining** | UNDETERMINED | PO BOX 51873 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90051-6173 |

| 2.116. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | ELEVATE ONE, LLC |
| | **State the term remaining** | UNDETERMINED | 4100 E. MISSISSIPPI AVE. #450 |
| | **List the contract number of any government contract** | _____ | GLENDALE CO 80246 |

| 2.117. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – PRIMARY POLICY NO. PV-496209 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ENCON GROUP INC |
| | **State the term remaining** | 6/24/2020 | LLOYDS UNDERWRITERS |
| | | | 1155 RUE METCALFE STE 2220 |
| | **List the contract number of any government contract** | _____ | MONTREAL QC H3B 2V6 CANADA |

| 2.118. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EVANS, DEREK |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.119.** **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY                          FAN-SMITH, JANICE
                                                                        Address Intentionally Omitted
State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

**2.120.** **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for    PROPERTY LEASE AGREEMENT

Nature of debtor's interest    LESSEE                                  FARMINGTON EXCHANGE, LLC C/O
                                                                        ACRE GROUP LLC
State the term remaining    UNDETERMINED                                270 FARMINGTON AVENUE STE 138
                                                                        FARMINGTON CT 06032
List the contract number of any government contract    _____

**2.121.** **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for    PROPERTY LEASE AGREEMENT

Nature of debtor's interest    LESSEE                                  FC RICHMOND II, LLC
                                                                        P.O. BOX 75987
State the term remaining    UNDETERMINED                                BALTIMORE MD 21275-5987

List the contract number of any government contract    _____

**2.122.** **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for    TRANSPORTATION SERVICES AGREEMENT

Nature of debtor's interest    VENDOR                                  FEDERAL EXPRESS
                                                                        P.O. BOX 660481
State the term remaining    UNDETERMINED                                DALLAS TX 75266-0481

List the contract number of any government contract    _____

**2.123.** **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for    PROPERTY LEASE AGREEMENT

Nature of debtor's interest    LESSEE                                  FIRST BERKSHIRE BUSINESS
                                                                        TRUST
State the term remaining    UNDETERMINED                                PO BOX 823201
                                                                        PHILADELPHIA PA 19182
List the contract number of any government contract    _____

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.124. | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** — PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** — LESSEE | FLDR/TLC OVERTON CENTRE, LP |
| | **State the term remaining** — UNDETERMINED | OVERTON CENTER - TOWER II DALLAS TX 75267-8649 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.125. | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** — PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** — CONTRACT PARTY | FLORKOWSKI MD, AARON |
| | **State the term remaining** — UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.126. | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** — PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** — LESSEE | FOOTHILLS RETAIL PLAZA, LLC |
| | **State the term remaining** — UNDETERMINED | 2120 WEST INA ROAD TUSCON AZ 85741 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.127. | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** — PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** — CONTRACT PARTY | FOX MD, MARTIN |
| | **State the term remaining** — UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.128. | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** — SERVICES AGREEMENT | |
| | **Nature of debtor's interest** — CONTRACT PARTY | FOX MD, MARTIN |
| | **State the term remaining** — UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.129. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GENESIS BUILDING, LTD. |
| | **State the term remaining** | UNDETERMINED | 6055 ROCKSIDE WOODS BLVD INDEPENDENCE OH 44131 |
| | **List the contract number of any government contract** | | |

| 2.130. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GEORGELIS HOLDINGS, LP |
| | **State the term remaining** | UNDETERMINED | 2168 EMBASSY DRIVE LANCASTER PA 17603 |
| | **List the contract number of any government contract** | | |

| 2.131. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GIBRALTAR ASSOCIATES, INC. |
| | **State the term remaining** | UNDETERMINED | 9000 BROOKTREE ROAD WEXFORD PA 15090 |
| | **List the contract number of any government contract** | | |

| 2.132. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GK II 1800 BERING LLC |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 205168 DALLAS TX 75320-5168 |
| | **List the contract number of any government contract** | | |

| 2.133. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GLASSER, DR ANTHONY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.134. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADVERTISING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | GLOBALWIDE MEDIA, INC. |
| | **State the term remaining** | UNDETERMINED | 2945 TOWNSGATE RD STE 350 WESTLAKE VILLAGE CA 91361 |
| | **List the contract number of any government contract** | | |

| 2.135. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GNANAKKAN, SELVIN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.136. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GNANAKKAN, SELVIN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.137. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GNANAKKAN, SELVIN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.138. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GORDON JENSEN |
| | **State the term remaining** | UNDETERMINED | GORDON C JENSEN INC Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

| 2.139. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GRANDVIEW HOLDINGS - DERBYSHIRE GROUP LLC 1801 5TH AVENUE NORTH BIRMINGHAM AL 35203 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

| 2.140. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREENBERG, JASON Address Intentionally Omitted |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

| 2.141. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREENBERG, JASON Address Intentionally Omitted |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

| 2.142. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | HAMDEN THREE INVESTORS, LLC 2319 WHITMEY AVENUE HAMDEN CT 06518 |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

| 2.143. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HAMMOND, MATTHEW Address Intentionally Omitted |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                                              Case number *(if known)* **20-11416**

| 2.144. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HANH M NGUYEN OD P.C. |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.145. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HARRIS, DANIEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.146. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | HCP SPRINGS MOB LOUISVILLE, LLC |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 404485 |
| | **List the contract number of any government contract** | | ATLANTA GA 30384-4485 |

| 2.147. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | HEALTHCARE FINANCE DIRECT LLC |
| | **State the term remaining** | UNDETERMINED | 1201 24TH STREET SUITE B-200 |
| | **List the contract number of any government contract** | | BAKERSFIELD CA 93309 |

| 2.148. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HENEN, BASANT THARWAT |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.149.**   **Title of contract**          _____    State the name and mailing address
                                                                             for all other parties with whom the
         **State what the contract or**    PROPERTY LEASE AGREEMENT          debtor has an executory contract or
         **lease is for**                                                    unexpired lease

         **Nature of debtor's interest**   LESSEE                            HILL MANAGEMENT SERVICES, INC
                                                                             P.O. BOX 472
         **State the term remaining**      UNDETERMINED                      EMERSON NJ 07630

         **List the contract number of**   _____
         **any government contract**

**2.150.**   **Title of contract**          _____    State the name and mailing address
                                                                             for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
         **lease is for**                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                    HOLLE, DOYLE
                                                                             Address Intentionally Omitted
         **State the term remaining**      UNDETERMINED

         **List the contract number of**   _____
         **any government contract**

**2.151.**   **Title of contract**          _____    State the name and mailing address
                                                                             for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
         **lease is for**                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                    HOLLE, DOYLE
                                                                             Address Intentionally Omitted
         **State the term remaining**      UNDETERMINED

         **List the contract number of**   _____
         **any government contract**

**2.152.**   **Title of contract**          _____    State the name and mailing address
                                                                             for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
         **lease is for**                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                    HORNBERGER, SAMANTHA
                                                                             Address Intentionally Omitted
         **State the term remaining**      UNDETERMINED

         **List the contract number of**   _____
         **any government contract**

**2.153.**   **Title of contract**          _____    State the name and mailing address
                                                                             for all other parties with whom the
         **State what the contract or**    PROPERTY LEASE AGREEMENT          debtor has an executory contract or
         **lease is for**                                                    unexpired lease

         **Nature of debtor's interest**   LESSEE                            HOUSING AUTHORITY COUNTY OF
                                                                             SAN JOAQUIN
         **State the term remaining**      UNDETERMINED                      2291 WEST MARCH LANE #B-215
                                                                             STOCKTON CA 95207
         **List the contract number of**   _____
         **any government contract**

Debtor   **The LASIK Vision Institute, LLC**                                                           Case number *(if known)* **20-11416**

| 2.154. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | HTA-KENDALL, LLC - 147801 |
| | **State the term remaining** | UNDETERMINED | DENVER CO 80256 |
| | **List the contract number of any government contract** | | |

| 2.155. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | HYMEADOW HOLDINGS, LLC |
| | **State the term remaining** | UNDETERMINED | 9011 MOUNTAIN RIDGE DRIVE |
| | **List the contract number of any government contract** | | AUSTIN TX 78759 |

| 2.156. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.157. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.158. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.159. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.160. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.161. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.162. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INSLER, DR MICHAEL |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.163. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IRELAND, IVAN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                                      Case number *(if known)* **20-11416**

---

2.164.   **Title of contract**                    _____        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**         PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**         CONTRACT PARTY         IRELAND, IVAN
Address Intentionally Omitted

        **State the term remaining**         UNDETERMINED

        **List the contract number of any government contract**         _____

---

2.165.   **Title of contract**                    _____        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**         PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**         CONTRACT PARTY         IRELAND, IVAN
Address Intentionally Omitted

        **State the term remaining**         UNDETERMINED

        **List the contract number of any government contract**         _____

---

2.166.   **Title of contract**                    _____        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**         PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**         CONTRACT PARTY         IRELAND, IVAN
Address Intentionally Omitted

        **State the term remaining**         UNDETERMINED

        **List the contract number of any government contract**         _____

---

2.167.   **Title of contract**                    _____        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**         PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**         CONTRACT PARTY         JACOBS, KATHERINE ANNE
Address Intentionally Omitted

        **State the term remaining**         UNDETERMINED

        **List the contract number of any government contract**         _____

---

2.168.   **Title of contract**                    _____        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**         PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**         CONTRACT PARTY         JAMES KAO
Address Intentionally Omitted

        **State the term remaining**         UNDETERMINED

        **List the contract number of any government contract**         _____

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

2.169.    **Title of contract**              _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

      **Nature of debtor's interest**    CONTRACT PARTY    JAMES KAO
Address Intentionally Omitted

      **State the term remaining**    UNDETERMINED

      **List the contract number of any government contract**    _____

---

2.170.    **Title of contract**              _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

      **Nature of debtor's interest**    CONTRACT PARTY    JAMES KAO
Address Intentionally Omitted

      **State the term remaining**    UNDETERMINED

      **List the contract number of any government contract**    _____

---

2.171.    **Title of contract**              _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

      **Nature of debtor's interest**    CONTRACT PARTY    JAMES KAO
Address Intentionally Omitted

      **State the term remaining**    UNDETERMINED

      **List the contract number of any government contract**    _____

---

2.172.    **Title of contract**              _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

      **Nature of debtor's interest**    CONTRACT PARTY    JARRETT DOTSON
Address Intentionally Omitted

      **State the term remaining**    UNDETERMINED

      **List the contract number of any government contract**    _____

---

2.173.    **Title of contract**              _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    PURCHASE AGREEMENT

      **Nature of debtor's interest**    CONTRACT PARTY    JASON GREENBERG
(INDIANAPOLIS PRACTICE)
Address Intentionally Omitted

      **State the term remaining**    UNDETERMINED

      **List the contract number of any government contract**    _____

---

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| **2.174.** | **Title of contract** | |
| | **State what the contract or lease is for** | PURCHASE AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JASON GREENBERG (LOUISVILLE PRACTICE)
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.175.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JAX CONCOURSE PROPERTY, LLC
P.O. BOX 865722
ORLANDO FL 32886-5722

| | | |
|---|---|---|
| **2.176.** | **Title of contract** | |
| | **State what the contract or lease is for** | LEGAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | LEGAL / PROFESSIONAL |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JONES WALKER LLP
201 ST CHARLES AVE
50TH FLOOR
NEW ORLEANS LA 70170-5100

| | | |
|---|---|---|
| **2.177.** | **Title of contract** | |
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOSEPH, GEORGE
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.178.** | **Title of contract** | |
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOSEPH, GEORGE
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.179. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH, GEORGE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.180. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH, GEORGE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.181. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH, GEORGE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.182. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH, GEORGE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.183. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KARBASSI, MOHAMMED |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

**2.184.**    **Title of contract**                    _____    State the name and mailing address
                                                                                                     for all other parties with whom the
           **State what the contract or**    AGREEMENT                                      debtor has an executory contract or
           **lease is for**                                                                          unexpired lease

           **Nature of debtor's interest**    CONTRACT PARTY                                KARIM, FATIMA
                                                                                                     Address Intentionally Omitted
           **State the term remaining**    UNDETERMINED

           **List the contract number of**    _____
           **any government contract**

**2.185.**    **Title of contract**                    _____    State the name and mailing address
                                                                                                     for all other parties with whom the
           **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT        debtor has an executory contract or
           **lease is for**                                                                          unexpired lease

           **Nature of debtor's interest**    CONTRACT PARTY                                KARIM, SADIA
                                                                                                     Address Intentionally Omitted
           **State the term remaining**    UNDETERMINED

           **List the contract number of**    _____
           **any government contract**

**2.186.**    **Title of contract**                    _____    State the name and mailing address
                                                                                                     for all other parties with whom the
           **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT        debtor has an executory contract or
           **lease is for**                                                                          unexpired lease

           **Nature of debtor's interest**    CONTRACT PARTY                                KARLIK, JEFFREY
                                                                                                     Address Intentionally Omitted
           **State the term remaining**    UNDETERMINED

           **List the contract number of**    _____
           **any government contract**

**2.187.**    **Title of contract**                    _____    State the name and mailing address
                                                                                                     for all other parties with whom the
           **State what the contract or**    OAP                                            debtor has an executory contract or
           **lease is for**                                                                          unexpired lease

           **Nature of debtor's interest**    CONTRACT PARTY                                KASWINKEL MD-OAP, DARYL
                                                                                                     Address Intentionally Omitted
           **State the term remaining**    UNDETERMINED

           **List the contract number of**    _____
           **any government contract**

**2.188.**    **Title of contract**                    _____    State the name and mailing address
                                                                                                     for all other parties with whom the
           **State what the contract or**    MEMBERSHIP INTEREST PURCHASE AGREEMENT AND    debtor has an executory contract or
           **lease is for**                TRANSITION AGREEMENT                             unexpired lease

           **Nature of debtor's interest**    VENDOR                                        KEN MOADEL
                                                                                                     110 E 40TH STREET
           **State the term remaining**    UNDETERMINED                                     UNIT 600 - 603
                                                                                                     NEW YORK NY 10016
           **List the contract number of**    _____
           **any government contract**

Debtor    **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| **2.189.** | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** LESSEE | KENWOOD PLACE ONCE, LLC NEYER MANAGEMENT |
| | **State the term remaining** UNDETERMINED | P.O. BOX 9037 CINCINNATI OH 45209 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| **2.190.** | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** LESSEE | KF PARENT II 55 CAMBRIDGE STREET |
| | **State the term remaining** UNDETERMINED | BURLINGTON MA 01803 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| **2.191.** | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | KIANA KAYMANESH |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| **2.192.** | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | KINNEY, MICAH |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| **2.193.** | **Title of contract** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** CONTRACT PARTY | KINNEY, MICAH |
| | **State the term remaining** UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | |

Debtor   **The LASIK Vision Institute, LLC**                                         Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| **2.194.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KIRKORIAN ENTERPRISES, LLC
290 SARATOGA-LOS GATOS ROAD
LOS GATOS CA 95030

| | | |
|---|---|---|
| **2.195.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KIRKPATRICK PLAZA, LLC
C/O COLLIERS INTERNATIONAL
LITTLE ROCK AR 72202

| | | |
|---|---|---|
| **2.196.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KOWNACKI, DR JOHN
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.197.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KROONA, KATIE
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.198.** | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KROONA, KATIE
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.199. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OAP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LIN MD-OAP, WONCHON |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.200. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | LINCOLN MANAGEMENT |
| | **State the term remaining** | UNDETERMINED | LINCOLN PLAZA |
| | **List the contract number of any government contract** | _____ | P.O. BOX 310300 DES MOINES IA 50331-0300 |

| 2.201. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS POLICY NO. 254309 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | LLOYD'S |
| | **State the term remaining** | 6/24/2020 | 120 E PALMETTO PK RD STE 300 BOCA RATON FL 33432 |
| | **List the contract number of any government contract** | _____ | |

| 2.202. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS POLICY NO. FL 1902596 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | LLOYD'S |
| | **State the term remaining** | 6/24/2020 | 120 E PALMETTO PK RD STE 300 BOCA RATON FL 33432 |
| | **List the contract number of any government contract** | _____ | |

| 2.203. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS & DIC POLICY NO. DOH001128521 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | LLOYD'S |
| | **State the term remaining** | 6/24/2020 | 120 E PALMETTO PK RD STE 300 BOCA RATON FL 33432 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                          Case number *(if known)* **20-11416**

| 2.204. | **Title of contract** | BILLING ERRORS & OMISSIONS - POLICY NO. B0621PLVII0001 19 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | LLOYDS |
| | **State the term remaining** | 11/10/2020 | CERTAIN UNDERWRITERS AT LLOYD'S |
| | **List the contract number of any government contract** | | 42 W 54TH ST #14 NEW YORK NY 10019 |

| 2.205. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | LOMA TEN BUSINESS PARK, LP |
| | **State the term remaining** | UNDETERMINED | 214 E. BALTIMORE DRIVE EL PASO TX 79902 |
| | **List the contract number of any government contract** | | |

| 2.206. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LOVATO, ALFRED |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.207. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACHAT, JEFFERY JOSEPH |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.208. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MSA HOLDER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACHAT, JEFFERY JOSEPH |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.209. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SURGEON SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACHAT, JEFFERY JOSEPH |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.210. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SURGEON TRAINER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACHAT, JEFFERY JOSEPH |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.211. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACKENZIE EGAN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.212. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADVERTISING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | MADRIVO MEDIA LLC |
| | **State the term remaining** | UNDETERMINED | 3889 S EASTERN AVENUE<br>LAS VEGAS NV 89169 |
| | **List the contract number of any government contract** | _____ | |

| 2.213. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARK CASSOL MD PSC |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor  **The LASIK Vision Institute, LLC**                                     Case number *(if known)* **20-11416**

| 2.214. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARK CASSOL MD PSC |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.215. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ADVERTISING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | MARKETING ARCHITECTS |
| | **State the term remaining** | UNDETERMINED | ATTN: ACCOUNTS RECEIVABLE 110 CHESHIRE LANE, SUITE 200 MINNEAPOLIS MN 55305 |
| | **List the contract number of any government contract** | _____ | |

| 2.216. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARTINEZ, JESUS |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.217. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MCINTIRE, ISA |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.218. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | MD MEDICAL MARKETING |
| | **State the term remaining** | UNDETERMINED | 1180 DRUMMOND #400 MONTREAL QC H3G 2S1 CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

2.219.  **Title of contract**                    U.S. PROFESSIONAL LIABILITY - POLICY NO. HN029390    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    INSURANCE

        **Nature of debtor's interest**    INSURED

        **State the term remaining**    11/18/2020

        **List the contract number of any government contract**    _____

MEDPRO
5814 REED RD
FORT WAYNE IN 46835

2.220.  **Title of contract**                    PROFESSIONAL LIABILITY – EXCESS 2 - POLICY NO. EN029390    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    INSURANCE

        **Nature of debtor's interest**    INSURED

        **State the term remaining**    11/18/2020

        **List the contract number of any government contract**    _____

MEDPRO
5814 REED RD
FORT WAYNE IN 46835

2.221.  **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**    CONTRACT PARTY

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____

MICHAEL S SOLOMON DO LLC
Address Intentionally Omitted

2.222.  **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

        **Nature of debtor's interest**    CONTRACT PARTY

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____

MICHAEL S SOLOMON DO LLC
Address Intentionally Omitted

2.223.  **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    IT LICENSING AGREEMENT

        **Nature of debtor's interest**    VENDOR

        **State the term remaining**    UNDETERMINED

        **List the contract number of any government contract**    _____

MICROSOFT GREAT PLAINS DYNAMICS
PO BOX 847543
DALLAS TX 75284-7543

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.224.** **Title of contract**

State what the contract or lease is for:   MANAGEMENT SERVICES AGREEMENT

Nature of debtor's interest:   CONTRACT PARTY

State the term remaining:   UNDETERMINED

List the contract number of any government contract:

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER OD, CHARLES
Address Intentionally Omitted

**2.225.** **Title of contract**

State what the contract or lease is for:   SERVICES AGREEMENT

Nature of debtor's interest:   VENDOR

State the term remaining:   UNDETERMINED

List the contract number of any government contract:

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MODUS DIRECT LLC
1343 MAIN STREET
SUITE 600
SARASOTA FL 34236

**2.226.** **Title of contract**

State what the contract or lease is for:   PROPERTY LEASE AGREEMENT

Nature of debtor's interest:   LESSEE

State the term remaining:   UNDETERMINED

List the contract number of any government contract:

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MONEYDART GLOBAL SERVICES INC.
1000 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

**2.227.** **Title of contract**

State what the contract or lease is for:   PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest:   CONTRACT PARTY

State the term remaining:   UNDETERMINED

List the contract number of any government contract:

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MOOSE, HOLLY
Address Intentionally Omitted

**2.228.** **Title of contract**

State what the contract or lease is for:   MANAGEMENT SERVICES AGREEMENT

Nature of debtor's interest:   CONTRACT PARTY

State the term remaining:   UNDETERMINED

List the contract number of any government contract:

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MORASON, ROBERT TODD
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                    Case number *(if known)* **20-11416**

**2.229.**  **Title of contract**          _____

State what the contract or lease is for      PROPERTY LEASE AGREEMENT

Nature of debtor's interest   LESSEE

State the term remaining      UNDETERMINED

List the contract number of any government contract   _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MRES PENN HOLDINGS, LLC
11595 N. MERIDIAN ST.
CARMEL IN 46032

**2.230.**  **Title of contract**          _____

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest   CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract   _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MURPHY, DR. DAVID
Address Intentionally Omitted

**2.231.**  **Title of contract**          _____

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest   CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract   _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MUSE, JAMES
Address Intentionally Omitted

**2.232.**  **Title of contract**          _____

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest   CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract   _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NAGY, GEORGE
Address Intentionally Omitted

**2.233.**  **Title of contract**          _____

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest   CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract   _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NAGY, GEORGE
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.234. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY – EXCESS - POLICY NO. XMF1908947 |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 3/1/2025 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONWIDE
7 WORLD TRADE CENTER
250 GREENWICH ST 37TH FLOOR
NEW YORK NY 10007

| | | |
|---|---|---|
| 2.235. | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NELSON, BRETT
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.236. | **Title of contract** | |
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT |
| | **Nature of debtor's interest** | VENDOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEUSTAR INFO SERVICES INC
BANK OF AMERICA
PO BOX 742000
ATLANTA GA 30374-2000

| | | |
|---|---|---|
| 2.237. | **Title of contract** | |
| | **State what the contract or lease is for** | AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEWSOM, BUDDE TIA
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.238. | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NGUYEN, O.D., TAM
-
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                   Case number *(if known)* **20-11416**

**2.239.** **Title of contract**

State what the contract or        PROFESSIONAL SERVICES AGREEMENT
lease is for

Nature of debtor's interest       CONTRACT PARTY

State the term remaining          UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

NGUYEN, THERESA
Address Intentionally Omitted

**2.240.** **Title of contract**

State what the contract or        IT LICENSING AGREEMENT
lease is for

Nature of debtor's interest       VENDOR

State the term remaining          UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

NOBLE SYSTEMS
1200 ASHWOOD PARKWAY
SUITE 300
ATLANTA GA 30338-4767

**2.241.** **Title of contract**

State what the contract or        PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest       LESSEE

State the term remaining          UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

OAK BROOK PLACE, LLC
P.O. BOX 788471
PHILADELPHIA PA 19178-8471

**2.242.** **Title of contract**

State what the contract or        PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest       LESSEE

State the term remaining          UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

OAKLAND COMMONS
ACQUISITIONS LLC
P.O. BOX 310807
DES MOINES IA 50331-0807

**2.243.** **Title of contract**

State what the contract or        MANAGEMENT SERVICES AGREEMENT
lease is for

Nature of debtor's interest       CONTRACT PARTY

State the term remaining          UNDETERMINED

List the contract number of
any government contract

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

ODAY, DAVID
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.244. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | OKC LPOB LLC |
| | **State the term remaining** | UNDETERMINED | 4200 S. HULEN ST. #410 |
| | **List the contract number of any government contract** | _____ | FORT WORTH TX 76109 |

| 2.245. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OKOYE, GODWIN STANLEY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.246. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OKOYE, GODWIN STANLEY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.247. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OKOYE, GODWIN STANLEY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.248. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OKOYE, GODWIN STANLEY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                                  Case number *(if known)* **20-11416**

| 2.249. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OKOYE, GODWIN STANLEY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.250. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | O'NEILL INTERMEDIARY, LLC |
| | **State the term remaining** | UNDETERMINED | ONE WEBSTER'S LANDING SYRACUSE NY 13202 |
| | **List the contract number of any government contract** | _____ | |

| 2.251. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OPFERMAN, WILLIAM |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.252. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | OPTIZMO TECHNOLOGIES LLC |
| | **State the term remaining** | UNDETERMINED | 401 CONGRESS AVE SUITE 1540 AUSTIN TX 78701 |
| | **List the contract number of any government contract** | _____ | |

| 2.253. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | PAC GALLERIA 75,LLC |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 74091 CLEVELAND OH 44194-4091 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.254.**  **Title of contract**          _____          State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

State what the contract or      OAP
lease is for

Nature of debtor's interest     CONTRACT PARTY               PAJKA MD-OAP, STANLEY
Address Intentionally Omitted

State the term remaining        UNDETERMINED

List the contract number of     _____
any government contract

**2.255.**  **Title of contract**          _____          State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

State what the contract or      PROFESSIONAL SERVICES AGREEMENT
lease is for

Nature of debtor's interest     CONTRACT PARTY               PALISANO, PAUL J
Address Intentionally Omitted

State the term remaining        UNDETERMINED

List the contract number of     _____
any government contract

**2.256.**  **Title of contract**          _____          State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

State what the contract or      PROPERTY LEASE AGREEMENT
lease is for

Nature of debtor's interest     LESSEE                       PARMENTER / ROCKY POINT
CENTRE
State the term remaining        UNDETERMINED                 P.O. BOX 743578
ATLANTA GA 30374-3578
List the contract number of     _____
any government contract

**2.257.**  **Title of contract**          _____          State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

State what the contract or      PROFESSIONAL SERVICES AGREEMENT
lease is for

Nature of debtor's interest     CONTRACT PARTY               PATEL, NAYAN
Address Intentionally Omitted

State the term remaining        UNDETERMINED

List the contract number of     _____
any government contract

**2.258.**  **Title of contract**          _____          State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

State what the contract or      PROFESSIONAL SERVICES AGREEMENT
lease is for

Nature of debtor's interest     CONTRACT PARTY               PATEL, SHEETAL
Address Intentionally Omitted

State the term remaining        UNDETERMINED

List the contract number of     _____
any government contract

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

2.259.  **Title of contract**                    _____        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
        **lease is for**                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                    PATEL, SONALI
                                                                           Address Intentionally Omitted
        **State the term remaining**     UNDETERMINED

        **List the contract number of**  _____
        **any government contract**

2.260.  **Title of contract**                    _____        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   PROPERTY LEASE AGREEMENT          debtor has an executory contract or
        **lease is for**                                                   unexpired lease

        **Nature of debtor's interest**  LESSEE                            PEMBROOK MAITLAND, LTD
                                                                           121 ALHAMBRA PLAZA
        **State the term remaining**     UNDETERMINED                      SUITE 1600
                                                                           CORAL GABLES FL 33134
        **List the contract number of**  _____
        **any government contract**

2.261.  **Title of contract**                    _____        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
        **lease is for**                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                    PERRINE, JEANNE
                                                                           Address Intentionally Omitted
        **State the term remaining**     UNDETERMINED

        **List the contract number of**  _____
        **any government contract**

2.262.  **Title of contract**                    _____        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
        **lease is for**                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                    PERRY, CRAIG
                                                                           Address Intentionally Omitted
        **State the term remaining**     UNDETERMINED

        **List the contract number of**  _____
        **any government contract**

2.263.  **Title of contract**                    _____        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   PROFESSIONAL SERVICES AGREEMENT   debtor has an executory contract or
        **lease is for**                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                    PERRY, CRAIG
                                                                           Address Intentionally Omitted
        **State the term remaining**     UNDETERMINED

        **List the contract number of**  _____
        **any government contract**

Debtor  **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.264. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PETTINELLI, DAMON J (GARDEN CITY PRACTICE) |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.265. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PETTINELLI, DAMON J (HACKENSACK PRACTICE) |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.266. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PIKO, AMY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.267. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PIRAINO, VINCENT |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.268. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PIRAINO, VINCENT |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor  **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**2.269.**  **Title of contract** _____

**State what the contract or lease is for**  PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**  LESSEE

**State the term remaining**  UNDETERMINED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PLY FAMILY PARTNERSHIP
3715 SUNNYSIDE AVENUE
MURRELLS INLET SC 29576

**2.270.**  **Title of contract** _____

**State what the contract or lease is for**  PROFESSIONAL SERVICES AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  UNDETERMINED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSSE, RYAN MARCEL
Address Intentionally Omitted

**2.271.**  **Title of contract** _____

**State what the contract or lease is for**  PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**  LESSEE

**State the term remaining**  UNDETERMINED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROFECTUS PARTNERS LLC
2900 CHARLEVOIX DR, SE
GRAND RAPIDS MI 49546

**2.272.**  **Title of contract** _____

**State what the contract or lease is for**  PROFESSIONAL SERVICES AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  UNDETERMINED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRYTULA OD, LIANE
Address Intentionally Omitted

**2.273.**  **Title of contract** _____

**State what the contract or lease is for**  PROPERTY LEASE AGREEMENT

**Nature of debtor's interest**  LESSEE

**State the term remaining**  UNDETERMINED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

R & R REALTY GROUP
1080 JORDAN CREEK PARKWAY
DES MOINES IA 50266

Debtor   **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

| | | |
|---|---|---|
| 2.274. | **Title of contract** | |
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT |
| | **Nature of debtor's interest** | VENDOR |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RACKSPACE US, INC
PO BOX 730759
DALLAS TX 75373-0759

| | | |
|---|---|---|
| 2.275. | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RC ASSET BB, LLC
1060 S. 3RD STREET, SUITE 185
SAN JOSE CA 95112

| | | |
|---|---|---|
| 2.276. | **Title of contract** | |
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RCS- GERMANTOWN I, LLC
5101 WHEELIS DRIVE
MEMPHIS TN 38117

| | | |
|---|---|---|
| 2.277. | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

REPPERT, TYLER GEORGE
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.278. | **Title of contract** | |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROBERTS, RYAN
Address Intentionally Omitted

Debtor   **The LASIK Vision Institute, LLC**                               Case number *(if known)* **20-11416**

**2.279.**  **Title of contract**            _____            State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                     ROBERTS, RYAN
                                                                              Address Intentionally Omitted
          **State the term remaining**      UNDETERMINED

          **List the contract number of**   _____
          **any government contract**

**2.280.**  **Title of contract**            _____            State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                     ROBERTS, RYAN
                                                                              Address Intentionally Omitted
          **State the term remaining**      UNDETERMINED

          **List the contract number of**   _____
          **any government contract**

**2.281.**  **Title of contract**            _____            State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                     ROBERTS, RYAN
                                                                              Address Intentionally Omitted
          **State the term remaining**      UNDETERMINED

          **List the contract number of**   _____
          **any government contract**

**2.282.**  **Title of contract**            _____            State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    PROPERTY LEASE AGREEMENT           debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   LESSEE                             ROCHELLE PARK CORPORATE
                                                                              CENTER
          **State the term remaining**      UNDETERMINED                       C/O ROYAL ASSET MONITORING
                                                                              SERVICES, INC
          **List the contract number of**   _____            340 WEST PASSAIC ST
          **any government contract**                                          RP340 ASSOCIATES 2ND FLOOR
                                                                              ROCHELLE PARK NJ 07662

**2.283.**  **Title of contract**            _____            State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                     ROZAKIS, GEORGE
                                                                              Address Intentionally Omitted
          **State the term remaining**      UNDETERMINED

          **List the contract number of**   _____
          **any government contract**

Debtor    **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**2.284.**    **Title of contract**    _____    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY    ROZAKIS, GEORGE
Address Intentionally Omitted

State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

**2.285.**    **Title of contract**    _____    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY    ROZAKIS, GEORGE
Address Intentionally Omitted

State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

**2.286.**    **Title of contract**    _____    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY    RUBINATE DO, LAURA
Address Intentionally Omitted

State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

**2.287.**    **Title of contract**    _____    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY    RUBINATE DO, LAURA
Address Intentionally Omitted

State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

**2.288.**    **Title of contract**    _____    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest    CONTRACT PARTY    RULE, SARAH
Address Intentionally Omitted

State the term remaining    UNDETERMINED

List the contract number of any government contract    _____

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.289.** **Title of contract**

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RUMBACH, MAX
Address Intentionally Omitted

**2.290.** **Title of contract**

State what the contract or lease is for      PURCHASE AGREEMENT

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SALIERNO DR, ANTHONY L
(HOUSTON PRACTICE)
Address Intentionally Omitted

**2.291.** **Title of contract**

State what the contract or lease is for      PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      UNDETERMINED

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHWARTZ, RONALD A
Address Intentionally Omitted

**2.292.** **Title of contract**

State what the contract or lease is for      IT LICENSING AGREEMENT

Nature of debtor's interest      VENDOR

State the term remaining      UNDETERMINED

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SENSIS, INC
1703 W. KOENING LN
AUSTIN TX 78756

**2.293.** **Title of contract**

State what the contract or lease is for      PROPERTY LEASE AGREEMENT

Nature of debtor's interest      LESSEE

State the term remaining      UNDETERMINED

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SEVEN SPRINGS TRIPLE T
PARTNERS
4539 TROUSDALE DRIVE
NASHVILLE TN 37204

Debtor   **The LASIK Vision Institute, LLC**                              Case number *(if known)* **20-11416**

| 2.294. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHAH, CHIRAG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.295. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHAH, CHIRAG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.296. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHAH, CHIRAG (EDISON PRACTICE) |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.297. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHAH, CHIRAG (PHILADELPHIA PRACTICE) |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.298. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | SHAREHOLDER VALUE, LTD 5307 WEST LOOP 289 |
| | **State the term remaining** | UNDETERMINED | LUBBOCK TX 79414 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.299. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CANADA INC. - DR. TONY SALIERNO, CANADA INC. - DR. WALTER NEIL WILLS, CANADA INC. - DR. JASON GREENBERG | |
| | Nature of debtor's interest | LEGAL / PROFESSIONAL | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | State the term remaining | UNDETERMINED | 333 SOUTH HOPE STREET 43RD FLOOR |
| | List the contract number of any government contract | | LOS ANGELES CA 90071-1422 |

| 2.300. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LVI - COLUMBIA, SC - LEASE DEFAULT | |
| | Nature of debtor's interest | LEGAL / PROFESSIONAL | SHUMAKER LOOP & KENDRICK LLP |
| | State the term remaining | UNDETERMINED | 176 CROGHAN SPUR RD SUITE 400 |
| | List the contract number of any government contract | | CHARLESTON SC 29407 |

| 2.301. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | SILVER CREEK, LLC |
| | State the term remaining | UNDETERMINED | PO BOX 675431 |
| | List the contract number of any government contract | | RANCHO SANTA FE CA 92130 |

| 2.302. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT LICENSING AGREEMENT | |
| | Nature of debtor's interest | VENDOR | SILVERPOP SYSTEMS INC |
| | State the term remaining | UNDETERMINED | PO BOX 347925 |
| | List the contract number of any government contract | | PITTSBURGH PA 15251-4925 |

| 2.303. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OFFER LETTER | |
| | Nature of debtor's interest | CONTRACT PARTY | SIMMONS, JONATHAN C |
| | State the term remaining | UNDETERMINED | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.304. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SINN, ROBIN |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.305. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | SLOSBURG REAL PROPERTY |
| | **State the term remaining** | UNDETERMINED | 10040 REGENCY CIRCLE OMAHA NE 86114 |
| | **List the contract number of any government contract** | _____ | |

| 2.306. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SMARZINSKI OD, KAY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.307. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SMARZINSKI OD, KAY |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.308. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SMITH, KENNETH |
| | **State the term remaining** | UNDETERMINED | (INDIANAPOLIS PRACTICE) Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

**2.309.**    **Title of contract**                  _____    State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**    PURCHASE AGREEMENT                      debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         SMITH, KENNETH
                                                                                   (LOUISVILLE PRACTICE)
         **State the term remaining**    UNDETERMINED                             Address Intentionally Omitted

         **List the contract number of**    _____
         **any government contract**

**2.310.**    **Title of contract**                  _____    State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         SMITH, LAWRENCE
                                                                                   Address Intentionally Omitted
         **State the term remaining**    UNDETERMINED

         **List the contract number of**    _____
         **any government contract**

**2.311.**    **Title of contract**                  _____    State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         SMITH, WILLIAM
                                                                                   Address Intentionally Omitted
         **State the term remaining**    UNDETERMINED

         **List the contract number of**    _____
         **any government contract**

**2.312.**    **Title of contract**                  _____    State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**    PROFESSIONAL SERVICES AGREEMENT        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         SOKOL-MADER OD, ABIGAIL
                                                                                   Address Intentionally Omitted
         **State the term remaining**    UNDETERMINED

         **List the contract number of**    _____
         **any government contract**

**2.313.**    **Title of contract**                  CYBER LIABILITY - POLICY NO. PRV10012066102    State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**    INSURANCE                              debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**    INSURED                               SOMPO
                                                                                   SOMPO JAPAN INSURANCE CO OF
         **State the term remaining**    11/10/2020                               AMERICA
                                                                                   777 3RD AVE # 28B
         **List the contract number of**    _____       NEW YORK NY 10017
         **any government contract**

Debtor   **The LASIK Vision Institute, LLC**                                                    Case number *(if known)* **20-11416**

| 2.314. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SORGENTONI, VINCENT |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.315. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SPENCER DO*, PATRICK |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.316. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | SPIRE VISION |
| | **State the term remaining** | UNDETERMINED | 1000 WISCONSIN AVE, NW |
| | **List the contract number of any government contract** | | STE 100 |
| | | | WASHINGTON DC 20007 |

| 2.317. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | STAPLES FACILITY SERVICES |
| | **State the term remaining** | UNDETERMINED | DEPT ATL |
| | **List the contract number of any government contract** | | PO BOX 105748 |
| | | | ATLANTA GA 30348-5748 |

| 2.318. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | STAPLES WATER |
| | **State the term remaining** | UNDETERMINED | DEPT ATL |
| | **List the contract number of any government contract** | | PO BOX 105748 |
| | | | ATLANTA GA 30348-5748 |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.319. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | SUNNY LEMON, LLC |
| | **State the term remaining** | UNDETERMINED | 11308 N. PENNSYLVANIA AVENUE OKLAHOMA CITY OK 73120 |
| | **List the contract number of any government contract** | | |

| 2.320. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | TABLEAU SOFTWARE INC |
| | **State the term remaining** | | PO BOX 204021 DALLAS TX 75320-4021 |
| | **List the contract number of any government contract** | | |

| 2.321. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | TABLEAU SOFTWARE, INC |
| | **State the term remaining** | UNDETERMINED | PO BOX 204021 DALLAS TX 75320-4021 |
| | **List the contract number of any government contract** | | |

| 2.322. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | TEXAS NAME MERCANTILE INVESTMENT, LLC |
| | **State the term remaining** | UNDETERMINED | 40 N.E. LOOP 410, SUITE 610 SAN ANTONIO TX 78216 |
| | **List the contract number of any government contract** | | |

| 2.323. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THAKKAR, SUCHITA |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

---

| 2.324. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | THALHIMER, INC. |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 5160 |
| | **List the contract number of any government contract** | | GLEN ALLEN VA 23058 |

| 2.325. | **Title of contract** | U.S. GENERAL LIABILITY & AUTOMOBILE - POLICY NO. 2OUEN IB1595 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | THE HARTFORD |
| | **State the term remaining** | 11/10/2020 | HARTFORD CASUALTY INSURANCE CO |
| | **List the contract number of any government contract** | | ONE HARTFORD PLZ |
| | | | HARTFORD CT 06155 |

| 2.326. | **Title of contract** | U.S. UMBRELLA – EXCESS - POLICY NO. 20XHU IB2176 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | THE HARTFORD |
| | **State the term remaining** | 11/10/2020 | HARTFORD CASUALTY INSURANCE CO |
| | **List the contract number of any government contract** | | ONE HARTFORD PLZ |
| | | | HARTFORD CT 06155 |

| 2.327. | **Title of contract** | WORKERS COMPENSATION - POLICY NO. 20WE AB9Q7K | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | THE HARTFORD |
| | **State the term remaining** | 11/10/2020 | HARTFORD CASUALTY INSURANCE CO |
| | **List the contract number of any government contract** | | ONE HARTFORD PLZ |
| | | | HARTFORD CT 06155 |

| 2.328. | **Title of contract** | CANADA GENERAL LIABILITY & AUTOMOBILE - POLICY NO. 05LIA0133168 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | THE HARTFORD |
| | **State the term remaining** | 11/10/2020 | THE HARTFORD CANADA |
| | **List the contract number of any government contract** | | PURVES REDMOND AND ASSOCIATES |
| | | | 70 UNIVERSITY AVE |
| | | | STE 400 |
| | | | TORONTO ON M5J2M4 |
| | | | CANADA |

Debtor   **The LASIK Vision Institute, LLC**                                          Case number *(if known)* **20-11416**

**2.329.**   **Title of contract**                     _____     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for     PROPERTY LEASE AGREEMENT

Nature of debtor's interest     LESSEE     THE OMNI GROUP
PO BOX 856
EAST GREENWICH RI 02818

State the term remaining     UNDETERMINED

List the contract number of any government contract     _____

**2.330.**   **Title of contract**                     _____     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for     PROPERTY LEASE AGREEMENT

Nature of debtor's interest     LESSEE     THE PLAZA PHASE III, LLC
4715 LINCOLNWAY EAST
MISHAWAKA IN 46544

State the term remaining     UNDETERMINED

List the contract number of any government contract     _____

**2.331.**   **Title of contract**                     _____     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for     PROFESSIONAL SERVICES AGREEMENT

Nature of debtor's interest     CONTRACT PARTY     TIRADO, ALEJANDRO
Address Intentionally Omitted

State the term remaining     UNDETERMINED

List the contract number of any government contract     _____

**2.332.**   **Title of contract**                     _____     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for     PROPERTY LEASE AGREEMENT

Nature of debtor's interest     LESSEE     TL GCP OWNER LLC
P.O. BOX 412210
BOSTON MA 02241-2210

State the term remaining     UNDETERMINED

List the contract number of any government contract     _____

**2.333.**   **Title of contract**                     _____     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for     PROPERTY LEASE AGREEMENT

Nature of debtor's interest     LESSEE     TOWER 1555, LLLP
1555 PALM BEACH LAKES
BOULEVARD STE 110
WEST PALM BEACH FL 33401

State the term remaining     UNDETERMINED

List the contract number of any government contract     _____

Debtor   **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| 2.334. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | TOWER 1555/PGA NATIONAL OFFICE CENTER/1551 FORUM PLACE |
| | **State the term remaining** | UNDETERMINED | 1555 PALM BEACH LAKES BLVD |
| | **List the contract number of any government contract** | | WEST PALM BEACH FL 33401 |

| 2.335. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | OAP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRATTLER MD-OAP, WILLIAM |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.336. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | TROLLY-BOI, LLC |
| | **State the term remaining** | UNDETERMINED | 701 TRAVELERS BLVD. #545 |
| | **List the contract number of any government contract** | | SUMMERVILLE SC 29485 |

| 2.337. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | TULSA TOWERS LLC |
| | **State the term remaining** | UNDETERMINED | 4821 S. SHERIDAN, SUITE 201 |
| | **List the contract number of any government contract** | | TULSA OK 74145 |

| 2.338. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VARR, DR WILLIAM |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **The LASIK Vision Institute, LLC**                                             Case number *(if known)* **20-11416**

| 2.339. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT LICENSING AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | VERIZON WIRELESS |
| | **State the term remaining** | UNDETERMINED | PO BOX 660108 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75266-0108 |

| 2.340. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | VINEYARD FLAGSHIP 87, LLC |
| | **State the term remaining** | UNDETERMINED | 1850 MT. DIABLO BLVD. #200 |
| | **List the contract number of any government contract** | _____ | WALNUT CREEK CA 94596 |

| 2.341. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VU, MAI PHOUNG |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.342. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WATKINS, TORRENCE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.343. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | WESTAR POLARIS III LLC |
| | **State the term remaining** | UNDETERMINED | OHIO EQUITIES |
| | **List the contract number of any government contract** | _____ | DAVE WAKEMAN |
| | | | 605 S FRONT ST STE 200 |
| | | | COLUMBUS OH 43215 |

Debtor   **The LASIK Vision Institute, LLC**                                                      Case number *(if known)* **20-11416**

| 2.344. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | LEGAL / PROFESSIONAL | WESTON, MIKE |
| | **State the term remaining** | UNDETERMINED | 118 THIRD AVENUE STE 700 |
| | **List the contract number of any government contract** | | CEDAR RAPIDS IA 52401 |

| 2.345. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | WESTWOOD OWNER LLC |
| | **State the term remaining** | UNDETERMINED | P.O. BOX 392413 PITTSBURGH PA 15251-9413 |
| | **List the contract number of any government contract** | | |

| 2.346. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WHITESIDE, STEPHEN B |
| | **State the term remaining** | UNDETERMINED | (AUSTIN PRACTICE) Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.347. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WHITESIDE, STEPHEN B |
| | **State the term remaining** | UNDETERMINED | (HOUSTON PRACTICE) Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.348. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILDERSON, LESLIE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **The LASIK Vision Institute, LLC**                                                            Case number *(if known)* **20-11416**

| 2.349. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WOODBRIDGE, DANIELLE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.350. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | YEE MD, CHIHUANG EDWARD |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.351. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | VENDOR | YELP INC |
| | **State the term remaining** | UNDETERMINED | PO BOX 204393 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75320-4393 |

| 2.352. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | YOUNG, WADE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.353. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | YOUNG, WADE |
| | **State the term remaining** | UNDETERMINED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

2.354.  **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                ZELDES, DR STEVEN
                                                                                 Address Intentionally Omitted
**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**    _____

2.355.  **Title of contract**                    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PROFESSIONAL SERVICES AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                ZHANG, TING
                                                                                 Address Intentionally Omitted
**State the term remaining**    UNDETERMINED

**List the contract number of any government contract**    _____

**Fill in this information to identify the case:**

**Debtor name:** The LASIK Vision Institute, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-11416

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. CATARACT VISION INSTITUTE FLORIDA, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.2. CATARACT VISION INSTITUTE, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.3. HEALTHCARE MARKETING SERVICES, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.4. LASER EYE SURGERY, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.5. LVI INTERMEDIATE HOLDINGS, INC. | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.6. LVI MISSOURI, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D ☐ E/F ☐ G |

Debtor    **The LASIK Vision Institute, LLC**                                    Case number *(if known)* **20-11416**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  QUALSIGHT, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.8.  TLC LASER EYE CENTERS (REFRACTIVE I), LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.9.  TLC THE LASER CENTER (INDIANA) LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.10.  TLC THE LASER CENTER (INSTITUTE), LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.11.  TLC THE LASER CENTER (PITTSBURGH) L.L.C. | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.12.  TLC VISION CAPITAL LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.13.  TLC VISION CENTER HOLDINGS, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.14.  TLC VISION CENTER HOLDINGS, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | ALCON LABORATORIES, INC. | ☑ D  ☐ E/F  ☐ G |
| 2.15.  TLC VISION CENTERS, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.16.  TLC WHITTEN LASER EYE ASSOCIATES, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.17.  TOTAL VISION INSTITUTE, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D  ☐ E/F  ☐ G |

Debtor    **The LASIK Vision Institute, LLC**                                         Case number *(if known)* **20-11416**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18.  TRUVISION CONTACTS, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.19.  TRUVISION, LLC | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.20.  VISION GROUP HOLDINGS | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | ALCON LABORATORIES, INC. | ☑ D<br>☐ E/F<br>☑ G |
| 2.21.  VISION GROUP HOLDINGS | 1555 PALM BEACH LAKES BOULEVARD SUITE 600 WEST PALM BEACH FL 33401 | LBC CREDIT PARTNERS III, L.P., AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> The LASIK Vision Institute, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 20-11416</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/26/2020
              MM/DD/YYYY

✗    */s/ Lisa Melamed*
_____
Signature of individual signing on behalf of debtor

Lisa Melamed
Printed name

CEO & President
Position or relationship to debtor